**RECEIVED**

OCT - 4 2005

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| CRYSTAL JAMES BLAIR, Individually and as Mother and Next Friend of Franklin Moose, a Minor, § § § § § § Plaintiffs, § § v. § § DANIEL A. JOHNSON, an individual, § and DON KELLY, an individual § d/b/a DON KELLY CO., § § Defendants. § | Civil Action No. 2:05CV 944-F (Covington County Case No. CV-05-185) |

## NOTICE OF REMOVAL

TO:   THE UNITED STATES DISTRICT COURT
      FOR THE MIDDLE DISTRICT OF ALABAMA

Defendant **DON KELLY, an individual d/b/a DON KELLY CO. ("KELLY")** respectfully shows unto the Court as follows:

1.   An action was commenced against the Defendants in the Circuit Court of Covington County Alabama, entitled *"Crystal James Blair, Individually and as Mother and Next Friend of Franklin Moose, a minor, Plaintiff v. Daniel A. Johnson, an individual, and Don Kelly, an individual d/b/a Don Kelly Co."* (Case Number CV-05-185). Plaintiff effected service of the complaint by certified mail upon Kelly on September 3, 2005. **The documents attached hereto as Exhibit "A" constituted all of the process, pleadings and orders served upon**

**defendants in this action.** This notice is filed in the United States District Court for the Middle District of Alabama, within the time allowed by law for the removal of civil actions to the United States District Court.

2.  Upon information and belief, Daniel A. Johnson ("Johnson") was, at the time of filing of this complaint and this notice of removal, an individual resident of Florida. Defendant, Kelly is a resident of Florida and the d/b/a Don Kelly Company's principal place of business is located in Newbury, Florida. No party is a resident of the State of Alabama. A consent to this removal petition by the Defendant Johnson is attached hereto as Exhibit "B".

3.  This court has original jurisdiction over this civil action under 28 U.S.C. § 1332. Defendant may remove this action under 28 U.S.C. § 1441 because it is a civil action between citizens of different states and, as demonstrated below, plaintiff seeks damages in excess of $75,000, exclusive of interest and costs.

4.  This matter involves a dispute between the plaintiff and defendants with reference to an automobile accident.

5.  Plaintiff's complaint asserts a claim for damages on the part of a parent and child. The adult plaintiff claims serious and permanent injury to neck, back and body. The minor plaintiff claims serious and permanent injury to his head and body.

6. Based on the foregoing diversity jurisdiction exists and the defendant is entitled to remove this case under 28 U.S.C. § 1332.

7. A true copy of this Notice of Removal is filed with the Clerk of the Circuit Court of Covington County, Alabama as required by 28 U.S.C. § 1446(d). See Exhibit "C".

WHEREFORE, defendant requests that this Court assume full jurisdiction over the cause herein as provided by law.

Respectfully submitted:

_____
KENNETH A. HITSON, JR. (HITK9097)
MICHAEL ANTHONY SHAW (SHAM3536)
RICK A. HOWARD (HOWR9513)
*Attorneys for Defendants, Daniel A. Johnson, an individual and Don Kelly, an individual d/b/a Don Kelly Co.*

**OF COUNSEL:**

NIX  HOLTSFORD GILLILAND
    HIGGINS & HITSON, P.C.
29000 U.S. Highway 98
Suite A-302
Daphne, Alabama 36526
(251)447-0234

## CERTIFICATE OF SERVICE

I hereby certify that I have this the 4th day of October, 2005, mailed, postage prepaid, an exact copy of the foregoing document to:

Wesley L. Laird, Esq.
LAIRD, BAKER & BLACKSTOCK
501 North Main Street
Opp, Alabama 36467

_____
OF COUNSEL

Crystal James Blair, Et Al. vs. Daniel A. Johnson, Et Al.
Civil Action No.
Client/Matter No.: 265/1034
Page 4 of 4