IN THE CIRCUIT COURT OF COVINGTON COUNTY, ALABAMA

| | | |
|---|---|---|
| CRYSTAL JAMES BLAIR, Individually and as Mother and Next Friend of Franklin Moose, a Minor, | § § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CV-05-185 |
| DANIEL A. JOHNSON, an individual, and DON KELLY, an individual d/b/a DON KELLY CO., | § § § § § | |
| Defendants. | § | |

RECEIVED
OCT - 4 2005
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

DEFENDANT'S EXHIBIT B

## NOTICE TO CIRCUIT COURT OF COVINGTON COUNTY OF REMOVAL

TO: Roger A. Powell, Circuit Clerk
Covington County Courthouse
1-K North Court Square
Andalusia, AL 36420

There is hereby filed with you a copy of the Notice of Removal so filed by Defendant, **Don Kelly, an individual d/b/a Don Kelly Co. ("Kelly")** by and through their undersigned counsel, in the case styled *"Crystal James Blair, Individually and as Mother and Next Friend of Franklin Moose, a minor, Plaintiff v. Daniel A. Johnson, an individual, and Don Kelly, an individual d/b/a Don Kelly Co."* (Case Number CV-05-185), designed to remove that action to the United States District Court for the Middle District of Alabama. The Notice of Removal was filed in the United States District Court for the Middle District of Alabama on the 4th

day of October, 2005.

Written notice of the filing of said Removal was given to the attorney of record for plaintiff herein by serve effective October 4, 2005, and you are hereby notified that the filing of a copy of the aforesaid Notice with you as clerk of the Circuit Court of Covington County, Alabama, effects removal of said cause to the United States District Court.

Respectfully submitted,

_____
KENNETH A. HITSON, JR. (HITK9097)
MICHAEL ANTHONY SHAW (SHAM3536)
RICK A. HOWARD (HOW045)
*Attorneys for Defendant, Don Kelly, an Individual d/b/a Don Kelly Co.*

**OF COUNSEL:**

NIX HOLTSFORD GILLILAND
    HIGGINS & HITSON, P.C.
29000 U.S. Highway 98
Suite A-302
Daphne, Alabama 36526
(251)447-0234

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 4th day of October, 2005, mailed, postage prepaid, an exact copy of the foregoing document to:

Wesley L. Laird, Esq.
LAIRD, BAKER & BLACKSTOCK
501 North Main Street
Opp, Alabama 36467

                                                    _____
                                                    **OF COUNSEL**

Blair et al vs. Johnson et al
CV-05-185
Client/Matter # 265/1034
Page 3 of 3