IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| CRYSTAL JAMES BLAIR, Individually and as Mother and Next Friend of Franklin Moose, a Minor,<br><br>Plaintiffs,<br><br>v.<br><br>DANIEL A. JOHNSON, an individual, and DON KELLY, an individual d/b/a DON KELLY CO.,<br><br>Defendants. | §§§§§§§§§§§§§§§ | Civil Action No. 2:05CV944-F<br>(Covington County Case No. CV-05-185) |

*RECEIVED*
OCT - 4 2005
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

## CONSENT TO REMOVAL

TO:  THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

Defendant, DANIEL A. JOHNSON, by and through undersigned counsel and consents to the removal of the above referenced matter to the United States District Court for the Middle District of Alabama.

Respectfully submitted:

_____
KENNETH A. HITSON, JR. (HITK9097)
MICHAEL ANTHONY SHAW (SHAM3536)
RICK A. HOWARD (HOWR9513)
*Attorneys for Defendant, Don Kelly, an Individual d/b/a Don Kelly Co.*

DEFENDANT'S EXHIBIT
C

OF COUNSEL:

NIX HOLTSFORD GILLILAND
    HIGGINS & HITSON, P.C.
29000 U.S. Highway 98 Ste. A-302
Daphne, Alabama 36526
(251)447-0234

## CERTIFICATE OF SERVICE

    I hereby certify that I have this the 4th day of October, 2005, mailed, postage prepaid, an exact copy of the foregoing document to:

Wesley L. Laird, Esq.
LAIRD, BAKER & BLACKSTOCK
501 North Main Street
Opp, Alabama 36467

                                                    _____
                                                    **OF COUNSEL**