IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CRYSTAL JAMES BLAIR, as mother and next friend of F.M., a minor,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>DANIEL A. JOHNSON, *et al.*,  )<br>)<br>Defendants.  ) | CASE NO. 2:05-cv-944-F |

## **O R D E R**

Pursuant to the E-Government Act of 2002, as amended on August 2, 2004, and the General Order Implementing Requirements of the E-Government Act entered by this court on December 16, 2004 (General Order No. 2:04-mc-3228), it is hereby

ORDERED that the caption of this case is changed to REDACT the name of the minor child, as only the initials of the child should be used, and REFLECT that this action is brought by Crystal James Blair, as mother and next friend of F.M. The parties are directed to use the new caption as it appears on this Order for all future submissions to the Court and to otherwise comply with the E-Government Act of 2002 and this Court's General Order implementing same.

DONE this 7th day of October, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE