# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| CRYSTAL JAMES BLAIR, as mother and next friend of F.M., a minor, § § § § § § Plaintiff, § § v. § DANIEL A. JOHNSON, et al., § § § § Defendants. § | CASE NO. 2:05-cv-944-F |

## REPORT OF PARTIES PLANNING MEETING

I.  Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on November 15, 2005, via telephone conference and was attended by:

Wesley L. Laird for Plaintiffs
Kenneth A. Hitson, Jr. for Defendant

II.  Pre-Discovery Disclosures

The parties will exchange initial disclosures required by Fed. R. Civ. P. 26(a)(1) December 20, 2005.

III.  Discovery Plan

The parties jointly propose to the Court the following discovery plan:

a.  All discovery commenced in time to be completed by June 1, 2006;
b.  Maximum of 40 interrogatories by each party to the other party; responses are due 30 days after the service.
c.  Maximum of 30 requests for admissions by each party to the other party; response due 30 days after service.
d.  Maximum of 10 depositions by Plaintiff and 10 depositions by Defendant.
e.  Each deposition will not exceed four hours unless agreed to by the parties.

f.  Reports from retained experts under Rule 26(a)(2) due:

       From Plaintiffs:   March 1, 2006
       From Defendants: April 1, 2006

IV. Other Items

a.  Parties do not request a conference with the Court before entry of the scheduling order;
b.  The parties request a pretrial conference after June 1, 2006.
c.  Plaintiffs will be allowed until May 1, 2006 to enjoin additional parties and until May 1, 2006 to amend pleadings.
d.  Defendants shall be allowed until June 1, 2005 to enjoin additional parties and until June 1, 2005 to amend pleadings.
e.  All potentially dispositive motions should be filed by no later than ninty (90) days prior to Court's pretrial date.
f.  Final list of witnesses and exhibits under Rule 26 (a)(3) should be due:

      From plaintiff(s) by July 1, 2006
      from Defendants(s) by July 1, 2006

g.  Parties should have until July 15, 2006, after service of final list of witnesses and exhibits to list an objection under Rule 26(a)(3).
h.  The case should be ready for trial by August 21, 2006, and is expected to take approximately 3 days.

Dated:   November 18, 2005

                                            s/WESLEY L. LAIRD
                                            Wesley L. Laird(LAI005)
                                            Attorney for the Plaintiff
                                            ASB-1956-A41W
                                            Laird, Baker, & Blackstock, LLC
                                            501 North main Street
                                            Opp, Alabama 36467
                                            334-493-9716

<u>S/ KENNETH A. HITSON, JR.(HITSK9097)</u>
Kenneth A. Hitson, Jr.
Nix, Holtsford, Gilliland, Higgins, & Hitson, P.C.
29000 U.S. Highway 98
Suite A-302
Daphne, Alabama 36526
251-447-0234