IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CRYSTAL JAMES BLAIR, Individually and as Mother and Next Friend of Franklin Moose, a Minor, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 2:05-cv-944-F |
| DANIEL A. JOHNSON, an individual, and DON KELLY, an individual d/b/a DON KELLY CO., | § § § § | |
| Defendants. | § | |

**INITIAL DISCLOSURES OF DON KELLY**

Defendant, Don Kelly, hereby makes the following initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) and LR 26.1 (A)(1):

1. Witnesses- Daniel A. Johnson, 3365 Highway 147, Laurel Hill Florida 32567, will testify regarding his involvement in an accident wherein while making a left turn a truck and was struck by Crystal James Blair and the facts and circumstances surrounded said accident; Don Kelly, 8007 S. West 250th Street, Newberry, Florida 32567, will testify as to his knowledge of the facts and circumstances surrounding the accident and his ownership of the truck involved in said accident; Roger Cender, Andalusia Police Department, is expected to testify regarding his investigation of said accident.

2. Documents-Alabama uniform traffic accident report dated October 16, 2003.

3. Insurance-Progressive Preferred Insurance Company; Insurance Coverage Declarations page for Don Kelly.

Respectfully Submitted,

S/ KENNETH A. HITSON, JR. (HITSK9097)
KENNETH A. HITSON, JR.
Nix Holtsford Gilliland Higgins & Hitson, P.C.
29000 US Highway 98
Suite A-302
Daphne, Alabama 36526

**OF COUNSEL:**

NIX HOLTSFORD GILLILAND
    HIGGINS & HITSON, P.C.
29000 U.S. Highway 98
Suite A-302
Daphne, Alabama 36526
(251)447-0234