# ALABAMA UNIFORM TRAFFIC ACCIDENT REPORT

AST-27 REV. 1/01

DPS Accident No: _____

Shaded Areas To Be Used By Data Processing Only    Sheet _1_ of _3_ Sheet(s)    Microfilm No. _____    Local Case No. 000011642

## LOCATION AND TIME

| Date | Time | Day of Week | County | City | Rural | Highway Classification | Local Zone |
|---|---|---|---|---|---|---|---|
| 10/16/2003 | 19:23 PM | TH | 23 | ANDALUSIA | | I-Interstate, (S)-State, F-Federal, C-County, M-Municipal, P-Private Prop, O-Other | WEST |

On Street, Road or Highway: **W BYPASS**
At Intersection of or Between (Node 1): **RIVER FALLS ST**
And (Node 2): NA

Street or Road Code: S055 / 58    Node Code: 0
Feet/Miles From 1 or 2: (Circle One)

NONCOLLISION EVENT / COLLISION EVENT codes listed

Intersection Related: (1) Node 1  2-Node 2  N-Not Int Related
Mile Post: ___
Control Access: 1-Main Rd  2-Frontage Rd  3-Interchange  4-Entrance Ramp  5-Exit Ramp  (6)-N/A
Prime Contr Circms: 12    Prime Contr Unit No: 1

First Harmful Event: 20
Event Location: 06
Distance to Fixed Object: NA FT
No. of Vehicles: 2
No. Pedestrians: 0
No. Injured: 0
No. Fatalities: 0
Unit 1 Type: ___  Unit 2 Type: ___

## UNIT 1 / DRIVER / LEFT SCENE / COM VEH

Driver Full Name: **CRYSTAL L JAMES**
Street Address: **18646 MEATHOUSE RD.**
City and State: **ANDALUSIA AL**
ZIP: **36420**
Telephone No: ___

DOB: 07/15/1980    Race: W    Sex: F    DL State: AL    Driver License No: 6611954
DL Class: D    DL Status: S    List Restrictions Not Complied With: ___    CDL Status: N    List Endorsements Not Complied With: ___    Residence Less Than 25 Miles: Yes / **No**

Place of Employment: **NONE**
Liability Insurance Co.: **GIECO**
Social Security No: **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**

Driver Condition: (1) No Defect  2-Apparently Asleep  3-Fatigued  4-Ill  8-Other  9-Unknown
Sobriety — Officer's Opinion: Alcohol: Yes / **No** / Unk; Drugs: Yes / **No** / Unk
Type Test Given: (9) No Test
Test: 1-Blood Test  2-Breath Test  3-Urine Test  4-Unable to Administer  5-Refused
Test Results: NA

Maneuver: 01    Travel Road Name: **W BYPASS**    Road Code: S055
Travel Direction: N (S) E W A-Not on Rd U-Unk
Other Contr Circumstances: 21    Prime Harm Event: 20    Event Loc: 06

Veh Year: 1998    Make: DODG    Model: DAKOTA    Body: OT    V.I.N.: 1B7FL26X9WS586504
License Tag Number: 23A543F    State: AL    Year: 2004

Owner's Name: **DONALD BAKER**    Street: **18646 MEATHOUSE RD.**    City: **ANDALUSIA**    State: **AL**    ZIP: **36420**

Type: (3) Pick Up
Usage: (1) Personal
Hazardous Cargo: (1) None
Attachment: (1) None
Contributing Defect: (99) Unknown

Speed Limit: 45 MPH    Est. Speed: 30 MPH
Citation Offense Charged: **DRIVING SUSPENDED**
Damage Severity: (3) Disabled    1-None Visible  2-Not Disabled
Vehicle Towed Away: **Yes** / No
Occupants in Unit: 2    Total Injuries in Unit: ___
Attachment: ___    Enter Point of Initial Impact: 01

Vehicle Towed By Whom: **BRYANT**    To Where: **BRYANT'S / STANLEY AVE.**

## UNIT 2 / DRIVER / LEFT SCENE / X COM VEH / PEDESTRIAN / X VEHICLE

Driver Full Name: **DANIEL A JOHNSON**
Street Address: **3365 HWY. 147**
City and State: **LAURAL HILL FL**
ZIP: **32567**
Telephone No: **(334) 834-5996**

DOB: 07/13/1968    Race: W    Sex: M    DL State: FL    Driver License No: J525161682530
DL Class: A    DL Status: C    CDL Status: C    Residence Less Than 25 Miles: Yes / **No**

Place of Employment: **DON KELLY CO.**
Liability Insurance Co.: **BROWN & BROWN**
Social Security No: **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**

Driver Condition: (1) No Defect
Sobriety — Officer's Opinion: Alcohol: Yes / **No** / Unk; Drugs: Yes / **No** / Unk
Type Test Given: (9) No Test
Test Results: NA

Maneuver: 14    Travel Road Name: **RIVER FALLS ST.**    Road Code: S055
Travel Direction: N E (S) W A-Not on Rd U-Unk
Other Contr Circumstances: 97    Prime Harm Event: 20    Event Loc: 06

Veh Year: 1994    Make: PTRB    Model: ___    Body: SEMI / OT    V.I.N.: 1XP5DB9XXRD339184
License Tag Number: MFR40P    State: FL    Year: 2003

Owner's Name: **DON KELLY**    Street: **8007 S. WEST 250TH ST.**    City: **NEWBERRY**    State: **FL**    ZIP: **32567-0000**

Type: (4) Van / Truck Tractor
Usage: (7) Transport Prp
Hazardous Cargo: (1) None
Attachment: (3) Semi Trailer
Contributing Defect: (97) None

Speed Limit: 45 MPH    Est. Speed: 20 MPH
Citation Offense Charged: **NONE**
Damage Severity: (3) Disabled
Vehicle Towed Away: **Yes** / No
Occupants in Unit: 1
Enter Point of Initial Impact: 02

Vehicle Towed By Whom: **BRYANT**    To Where: **BRYANT'S / STANLEY AVE.**

## CODES

Contributing Circumstances / Driver Maneuver / Pedestrian Action / Event Loc — (code legend, partially illegible)

## SEATING

| | 1 | 2 | 3 | 10 | Other Involved Unit (Circle One) | | 1 | 2 | 3 | 10 | Other Involved Unit (Circle One) | KODES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 01 | 22 | 83 | | 12-Pedestrian | | 02 | 24 | | | 12-Pedestrian | SAFETY EQUIPMENT |
| | 4 | 5 | 6 | 11 | 13-Rider of Domestic Animal | | 4 | 5 | 6 | 11 | 13-Rider of Domestic Animal | 01-None Installed |
| U | | | | | 14-Occ. Of Non-Motorized Vehicle | U | | | | | 14-Occ. Of Non-Motorized Vehicle | 95-Not Applicable |
| N | | | | | 15-Victim of Other Circumstance | N | | | | | 15-Victim of Other Circumstance | 99-Unknown (Adult Type) |
| I | 7 | 8 | 9 | | Codes Not Applicable | I | 7 | 8 | 9 | | Codes Not Applicable | Lap Belt Only |
| T | | | | | | T | | | | | | 11-Used |
| 1 | | | | | Other Involved | 2 | | | | | Other Involved | 12-Not Fastened |
| | | | | | Safety Equipment | | | | | | Safety Equipment | Lap/Shoulder Harness |
| | | | | | | | | | | | | 21-Lap Only Used |
| | | | | | | | | | | | | 22-Neither Used |
| | | | | | | | | | | | | 23-Shoulder Only Used |
| | | | | | | | | | | | | 24-Both Used |

## VICTIMS

| Name | Address | Unit No | Seat Pos | Injury Type | Age | Sex | Ejection | First Aid By |
|---|---|---|---|---|---|---|---|---|
| CRYSTAL L JAMES | 18648 MEATHOUSE RD. ANDALUSIA AL 36420 | 01 | 1 | A | 23 | F | N | M |
| Taken To: ANDALUSIA HOSPITAL | Taken By: FAITH E.M.S. | | | | | | | |
| FRANKLIN JAMES | 18646 MEATHOUSE RD. ANDALUSIA AL 36420 | 01 | 3 | A | 1 | M | N | M |
| Taken To: ANDALUSIA HOSPITAL | Taken By: FAITH E.M.S. | | | | | | | |

### CODES

Injury Type: K-Killed  A-Visible or Carried from Scene  B-Bruise/Abrasion/Swelling  C-Not Visible  Has Pain/Faint
Ejected: N-Not  T-Trapped  F-Fully  U-Unknown  P-Partially  A-Not Applicable
First Aid By: A-Ambulance Attended  D-Doctor  M-Paramedic  O-Other  P-Police  U-Unknown  N-None
Pedal Cycle/Pedestrians: 01-Contrasting Clothing  02-Non-Contrasting Clothing

## NARRATIVE AND DIAGRAM

SEE PAGE TWO

**Officer's Opinion of What Happened:** DRIVER OF UNIT NUMBER (1) FAILED TO YIELD THE RIGHT OF WAY TO VEHICLE NUMBER (2). PROCEEDED THROUGH RED LIGHT AT SAID INTERSECTION.

## ROADWAY ENVIRONMENT

For each Roadway Environment Field, Circle One Entry for Each Involved Unit.

Unit 1: 01 — Contributing Road Defects: (4) None; Surface Construction: (1) Asphalt; Condition: (1) Dry; Accident in or Related To Road Construction Zone: No; Material in Roadway (Contributing): (1) None; Material Source: (1) Not Applicable; Character: (1) Straight - Level, (3) Straight - Up Grade

Unit 2: 02

Vision Obstructed By: (97) Not Obscured
Traffic Control: (6) Traffic Signal; Traffic Control Functioning: Yes
Opposing Lanes Separated By: (4) Solid Painted Line
Trafficway Lanes: (4) Four Lanes
One-Way Street: No

## INVESTIGATION

Light: (4) Darkness - Road Not Lit
Weather: (1) Clear
Locale: (2) Residential
Non Vehicular Property Damage: (1) None Visible
Property Damage Description: NA
Owner: NA

Time Police Notified: 19:23 PM
Time Police Arrived: 19:24 PM
Time EMS Arrived: 19:55 PM

Witness Full Name: NA

Name of Investigating Officer: ROGER CENDER
Officer ID: 00224
Agency ORI: 0230100
Supervisor Reviewed: 220

Date: 10/15/2005

## ALABAMA
## UNIFORM TRAFFIC ACCIDENT REPORT

LOCAL CASE NO. 0000/1592

### SUPPLEMENTAL SHEET

SHEET 2 OF 3 SHEET(S)

AST No. 34 Rev 4/86

| | | Unit No. | Seat Pos. | Injury Type | Age | Sex | Ejection | First Aid By |
|---|---|---|---|---|---|---|---|---|

**ADDITIONAL ACCIDENT VICTIMS**

3. Name / Address / Taken to / Taken by
4. Name / Address / Taken to / Taken by
5. Name / Address / Taken to / Taken by
6. Name / Address / Taken to / Taken by
7. Name / Address / Taken to / Taken by
8. Name / Address / Taken to / Taken by
9. Name / Address / Taken to / Taken by
10. Name / Address / Taken to / Taken by
11. Name / Address / Taken to / Taken by
12. Name / Address / Taken to / Taken by

**DESCRIBE WHAT HAPPENED (Refer to vehicles by number)**

ADDITIONAL NARRATIVE SPACE



SEP 13,2005 14:01    Laird, Baker Blackstock    3344939715    Page 27

Case No. 000011642
Unit No. 02
(same as on main report)

# Alabama Uniform Traffic Accident Report
## Truck/Bus Supplemental Sheet

Sheet 3 of 3 Sheets

### General Instructions

Complete this form for each qualifying vehicle ONLY if the accident meets BOTH of the following criteria:

1. The accident involved a qualifying vehicle (truck with 6 or more tires or Haz/Mat placard, or a bus designed to carry 16 or more, including driver) and;
2. The accident resulted in at least one of the following: A. one or more fatalities  B. one or more persons injured and taken from the scene for immediate medical attention, or  C. one or more involved vehicles had to be towed from the scene as a result of disabling damage or had to receive assistance to leave.

### Screening Information

**Number of Qualifying Vehicles:**
Trucks with 6 or more tires or Haz/Mat placard __1__
Buses designed to carry 16 or more (including driver) __0__

**Number of Persons:**
Sustaining fatal injuries __0__
Transported for immediate medical treatment __2__

Number of vehicles towed from scene due to damage or provided assistance __2__

### Vehicle Information

**Gross Vehicle Weight Rating (GVWR)**
A. Truck, tractor or bus __16000__
B. Trailer or trailers (total) __64000__
Total GVWR for unit (A + B) __80000__

Total number of axles __5__

**Hazardous Material Involvement**
Did vehicle have a Haz/Mat placard ___ Yes __X__ No
If Yes, include following information from placard
A. Name or 4-digit number from diamond or box _____
B. The 1-digit number from bottom of diamond _____
Was hazardous material released from THIS vehicle's cargo? ___ Yes __X__ No

**Vehicle Configuration** (circle one number)
1. Bus    2. Single unit truck (2 axles/6 or more tires)    3. Single unit truck (3 or more axles)
4. Truck with trailer    5. Truck tractor only (bobtail)    **(6.)** Tractor with semi-trailer    7. Tractor with double trailers
8. Tractor with triple trailers    9. Unknown class heavy truck    0. Any other 4 tired vehicle

**Cargo Body Type** (circle one number)
1. Bus    2. Van/enclosed box    3. Cargo tank    4. Flatbed    5. Dump
6. Concrete mixer    7. Auto transporter    8. Garbage/refuse    **(9.)** Other __LOG TRAILER__

### Motor Carrier Information

NOTE: If NOT a motor carrier, enter NONE under Carrier Name, 0 for None under Carrier Identification Numbers, and go to Sequence Of Events Section

Carrier Name __DON KELLY CO.__
Source (circle one number)    1. Vehicle side    2. Shipping papers    **(3.)** Driver    4. Other
Carrier mailing address (Street or P.O. Box) __8007 S. WEST 250 ST.__
City, State, Zip __NEWBERRY  FL  32567-0000__

Carrier Identification Numbers    ( _____ None = 0)
US DOT __719957__    ICC MC _____    STATE NO. _____    STATE __FL__

### Sequence of Events

Note: for THIS vehicle - list up to four    Event #1 __10__    Event #2 _____    Event #3 _____    Event #4 _____

| EVENT CODES | Non-Collision | 1. Ran off road | 2. Jackknife | 3. Overturned (rollover) | 4. Downhill runaway |
| | | 5. Cargo loss or shift | 6. Explosion or fire | 7. Seperation of units | 8. Other non-collision |
| | Collision With | 9. Pedestrian | 10. Non-parked vehicle | 11. Parked vehicle | 12. Train |
| | | 13. Pedacycle | 14. Animal | 15. Fixed object | 16. Other object |

| Signature of Reporting Officer | Officer ID | Reporting Police Agency ORI | Date | Time |
|---|---|---|---|---|
| ROGER CENDER | 00224 | 0230100 | 2003-10-16 | 19:23 PM |