JS 44  (Rev. 4/97)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO)

| I.(a) PLAINTIFFS | DEFENDANTS |
|---|---|
| James Donald Herring | William R. Beasley<br>Beasley Trucking & Judson Inc. |

| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF<br>(EXCEPT IN U.S. PLAINTIFF CASES)<br>Mobile County | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT<br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE<br>TRACT OF LAND INVOLVED. |
|---|---|
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)<br>Rick Holston<br>Taylor Martino P.C.<br>P.O. Box 894, Mobile, AL 36601 | ATTORNEYS (IF KNOWN)<br>Kenneth A. Hitson, Jr.<br>Susan Dehghani-Sanich<br>Nix Holtsford Gilliland Higgins & Hitson P.C. |

## II. BASIS OF JURISDICTION (PLACE AN "✔" IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☑ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "✔" IN ONE BOX FOR PLAINTIFF
(For diversity cases only)                            AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business In This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business In Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. ORIGIN (PLACE AN "✔" IN ONE BOX ONLY)

☐ 1 Original Proceeding
☑ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "✔" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excl Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☑ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury | **PERSONAL INJURY**<br>☐ 362 Personal Injury Med Malpractice<br>☐ 365 Personal Injury Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 RR & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br><br>**SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)) | ☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **LABOR** | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights | ☐ 510 Motion to Vacate Sentence<br>**Habeas Corpus:**<br>☐ 530 General<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition | ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt Relations<br>☐ 730 Labor/Mgmt Reporting & Disclosure Act<br>☐ 740 Railway Labor Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl.Ret. Inc. Security Act | ☐ 870 Taxes (US Plaintiff or Defendant)<br>☐ 871 IRS - Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions |

## VI. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)   28 USC §1441 & 28 USC §1446

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☑ YES  ☐ NO

## VIII. RELATED CASE(S) IF ANY

DATE: 1-4-06

SIGNATURE OF ATTORNEY OF RECORD: *Susan Dehghani-Sanich*

## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| **JAMES DONALD HERRING,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No._____** |
| | § | **(Mobile County Case No.** |
| **WILLIAM R. BEASLEY, individually** | § | **CV-05-482)** |
| **and d/b/a BEASLEY TRUCKING;** | § | |
| **JUDSON, INC., et. al.,** | § | |
| | § | |
| **Defendant.** | § | |

## <u>NOTICE OF REMOVAL</u>

Defendants William R. Beasley individually and d/b/a Beasley Trucking remove this case to the United States District Court for the Southern District of Alabama, Southern Division, and as grounds therefore respectfully show unto the Court the following:

1.     The Plaintiff is believed to be a citizen of the state of Alabama.

2.     Defendant William R. Beasley is a resident citizen of the state of Mississippi.

3.     Defendant Beasley Trucking is a sole proprietorship owned by William R. Beasley with its principal office located in the state of Mississippi.

4.     Defendant Judson Inc. is an Alabama Corporation.

5.     Jurisdiction is based upon diversity of citizenship, pursuant to 28 U.S.C. § 1332(a), 28 U.S.C. §1441(a), and 28 U.S.C. § 1446(b).

6.     Plaintiff has filed a lawsuit against these Defendants in the Circuit Court of Mobile County, Alabama.  A copy of the Amended Complaint is attached

hereto as Exhibit "A."

7.      Counsel for the Defendants William R. Beasley and Beasley Trucking assert that on December 14, 2005, counsel first learned through facts revealed at the deposition of the Plaintiff that this cause of action is removable due to diversity of citizenship of the parties.

8.      In support of this position, Defendants would show unto the court that the deposition of the Plaintiff is "other paper" under 28 U.S.C. § 1446(b) for removal purposes, and that counsel for the Plaintiff stated on the record during the deposition of the Plaintiff that he intended to voluntarily dismiss Judson, Inc. from this cause of action. A copy of the Plaintiff's deposition transcript is attached hereto as Exhibit "B."

9.      Counsel for the Plaintiff affirmatively stated on the record during the Plaintiff's deposition that based on deposition testimony, Judson, Inc. is not the party that loaded the logs onto the tractor-trailer involved in this action, thereby making Judson, Inc. an improper party. (See Exhibit B, p. 121.) Counsel for the Plaintiff further stated that "we will undertake some mechanism to dismiss them from the case," and that counsel was in "full agreement" to have Judson, Inc. dismissed from this lawsuit. (Id. at 121-22).

10.     Under 28 U.S.C. § 1446(b), a "notice of removal may be filed within thirty (30) days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or *other paper* from which it may be first ascertained that the case is one which is or has become removable."

11.    The federal district courts within this circuit have held that a deposition is "other paper" for first notice of removability under 28 U.S.C. § 1446(b). *See Brooks v. Solomon Co.*, 542 F. Supp. 1229 (N.D.Ala. 1982) (holding that right of removal is rekindled when facts declared at a deposition reveal that asserted state law claims actually present a case arising under federal law); *Mallard v. Prudential Ins. Co.*, 1996 U.S. Dist. LEXIS 4436 (M.D.Ala. 1996) (holding that the purpose of 1446(b), i.e., to allow defendants sufficient time to remove a case when defendant first receives notice of removability, is well served by the line of cases which hold that depositions do constitute "other paper"); *See also, Golden Apple Mgt. Co., Inc. v. Geac Computers*, 990 F. Supp. 1364 (M.D.Ala. 1998) (holding that written correspondence among attorneys can be considered "other paper," and stating that the "filing with the court" requirement has become less important to satisfy "other paper" criteria).

12.    Counsel for the Defendant contends that the deposition of the Plaintiff is "other paper" in this matter based on §1446(b). The facts revealed during the deposition of the Plaintiff make clear that Judson, Inc. is not a proper party in this lawsuit, and is therefore due to be dismissed. Furthermore, statements made on the record by counsel for the Plaintiff make clear of the Plaintiff's intention to voluntarily dismiss Judson, Inc. for a lack of a cause of action against Judson, Inc.    Counsel for the Defendant William Beasley and Beasley Trucking affirmatively assert that the facts learned during the deposition of the Plaintiff conducted on December 14, 2005, provided first notice of this cause of action's

removability based on diversity of citizenship of the parties pursuant to 28 U.S.C.
§ 1446(b) and 28 U.S.C. §1332. *See also, Mallard,* supra.[1]

13.    Plaintiff has made a claim for negligence and wantonness.    In
addition, he seeks damages for past and future mental anguish, past and future
medical expenses, past lost wages and future loss of earning capacity and
permanent disability. Finally, Plaintiff seeks punitive damages. Although Plaintiff
makes no specified demand, it is clear that the matter in controversy exceeds,
exclusive of interest and costs, the sum of $75,000.

14.    There are no other Defendants to this action other than the
aforementioned, and Defendants are removing this case within the thirty (30) day
time period set out in 28 U.S.C. § 1446(b).

15.    The prerequisites for removal under 28 U.S.C.§1441 have been met.

16.    Upon the filing of this Notice of Removal, Defendants have given
written notice thereof to the attorneys for the Plaintiff and have filed a copy of the
proceedings and notice with the Circuit Court Clerk of Mobile County, Alabama,
all in accordance with the law.

17.    If any question arises as to the propriety of the removal of this action,
the Defendants request the opportunity to present a brief and/or oral argument
in support of its position that this case is removable.

---

[1] Defendants William Beasley and Beasley Trucking previously removed this case to the
Southern District of Alabama on April 8, 2005 (Civil Action No. 05-0215-WS-B). The basis of
that proper removal was that the original complaint filed with the state court did not assert a
cause of action against Judson, Inc. This Court granted the Plaintiff leave to amend the
complaint to assert a cause of action against Judson, Inc. The Plaintiff subsequently amended
the complaint, and this case was then remanded to Mobile County Circuit Court.

**WHEREFORE**, Defendants William R. Beasley individually, and d/b/a Beasley Trucking pray that the removal of said cause to the United States District Court for the Southern District of Alabama, Southern Division, be effected and no further or other proceedings may be had with respect to this matter in the Circuit Court of Mobile County, Alabama, pending a final decision and determination of this controversy in the United States District Court.

Respectfully Submitted,

/s/ Susan Dehghani-Sanich
S/ SUSAN DEHGHANI-SANICH (DEHGS0677)
S/ KENNETH A. HITSON, JR. (HITSK9097)
*Attorneys for Defendant, William R. Beasley individually, and d/b/a Beasley Trucking*

OF COUNSEL:
NIX HOLTSFORD GILLILAND
     HIGGINS & HITSON, P.C.
29000 U.S. Highway 98
Suite A-302
Daphne, Alabama 36526
(251)447-0234

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 4th day of January, 2006, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of each filing to the following:

Richard Holston, Esq.
Taylor & Martino
P.O. Box 894
Mobile, AL 36601

Stewart L. Howard, P.C.
411 St. Francis Street
Mobile, AL 36652

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

JAMES DONALD HERRING,

    Plaintiff,

vs.

WILLIAM R. BEASLEY, individually and
d/b/a BEASLEY TRUCKING; JUDSON,
INC.; A, B AND/OR C, the persons,
businesses, or other legal entities that
owned, operated, directed or controlled
the 1986 Mack truck involved in the
accident which is the basis of this
complaint, all of whom are presently
unknown to the Plaintiff but will be added
by substitution when identified,

    Defendants.

Civil Action No.: 05-0215-WS-B

## AMENDED COMPLAINT

### PARTIES

1.    The Plaintiff, JAMES DONALD HERRING, is an individual who is over the age of nineteen (19) years and resides in Mobile County, Alabama.

2.    The Plaintiff alleges that Defendant, BEASLEY TRUCKING, is a Mississippi corporation which was conducting business in Mobile County, Alabama at the time of the accident made the basis of this lawsuit and at all times material hereto.

3    The Plaintiff alleges that the Defendant WILLIAM R. BEASLEY is a resident of Mississippi who is over the age of nineteen (19) years and at the time of the accident made the basis of this lawsuit and all times material hereto, was acting as an agent for or on behalf of Beasley Trucking.



DEFENDANT'S
EXHIBIT
"A"

4.    The Plaintiff alleges that the Defendant, JUDSON, INC., is an Alabama corporation with its principle office in Toxey, Alabama.

6.    The motor vehicle accident which is the basis of the Complaint occurred on a public highway in Mobile County, Alabama on or about October 25, 2004.

## COUNT ONE

The Plaintiff, JAMES DONALD HERRING, alleges the following against the Defendants, WILLIAM R. BEASLEY, individually and d/b/a BEASLEY TRUCKING, JUDSON, INC., and Fictitious Defendants A through C:

6.    On or about October 25, 2004, Plaintiff, JAMES DONALD HERRING, was driving a 2001 Ford F-150 pick-up truck southbound on Highway 45 in Citronelle Alabama at or near its intersection with Newburn Street  Both Highway 45 and Newburn Street are public roads in Mobile County Alabama.

7.    On said date and at said location, Defendant, WILLIAM R. BEASLEY, was driving a 1986 Mack logging truck with a load of logs.  Defendant, WILLIAM R. BEASLEY, attempted to turn onto Newburn Street from a center turn lane Southbound on Highway 45 at the time the Plaintiff was travelling in the Southbound lane alongside the logging truck.

8.    Upon turning onto Newburn Street, the Defendant negligently allowed a portion of the logs extending off of the back of Defendant's logging truck to obstruct Plaintiff's lane of Highway 45  The Plaintiff's vehicle and the said logs collided.

9.    Defendant JUDSON, INC., loaded the logs onto Defendant WILLIAM R. BEASLEY'S logging truck before the trip undertaken by Defendant WILLIAM R. BEASLEY as set out above.  When Defendant JUDSON, INC., loaded the logs onto the truck, it negligently allowed part of the logs to extend off the back of the truck in such a manner as

2

to obstruct adjoining lanes of traffic. Defendant JUDSON, INC., knew or should have known that loading the logs in this manner would likely or probably cause the logs to strike a vehicle in an adjoining lane of traffic.

10.    As a direct proximate consequence of Defendants' above-described negligence, the Plaintiff, JAMES DONALD HERRING, has been caused to suffer the following injuries and damages:

(a)    Past and future pain and suffering;

(b)    Past and future mental anguish;

(c)    Past and future medical expenses;

(d)    Past lost wages and future loss of earning capacity; and

(e)    Permanent disability.

WHEREFORE, the above premises considered, Plaintiff, JAMES DONALD HERRING, demands compensatory damages against Defendants BEASLEY TRUCKING, WILLIAM R. BEASLEY, JUDSON, INC., and Fictitious Defendants A through C, in excess of the jurisdictional limits of this Court, plus interest and costs.

## COUNT TWO

The Plaintiff, JAMES DONALD HERRING, alleges the following against the Defendants, WILLIAM R. BEASLEY, individually and d/b/a BEASLEY TRUCKING, JUDSON, INC., and Fictitious Defendants A through C:

11.    The Plaintiff, JAMES DONALD HERRING hereby adopts and re-alleges each and every preceding paragraph as if fully set forth herein and further alleges that the above-described actions by the Defendants constituted wantonness.

12.    As a proximate consequence of the Defendants' above-described

3

wantonness, the Plaintiff, JAMES DONALD HERRING was caused to suffer the injuries and damages as previously set forth herein above.

WHEREFORE, the above-premises considered, the Plaintiff, JAMES DONALD HERRING, demands punitive damages against Defendants, WILLIAM R. BEASLEY, individually and d/b/a BEASLEY TRUCKING, JUDSON, INC , and Fictitious Defendants A through C, and in excess of the jurisdictional limits of this Court, plus interest and costs.

Respectfully submitted,

                          TAYLOR • MARTINO, P.C.
                          Attorneys for the Plaintiff

              BY:
                          RICHARD H. HOLSTON    (HOL052)
                          W. LLOYD COPELAND     (COP006)
                          Post Office Box 894
                          Mobile, Alabama 36601
                          PH: 251/433-3131
                          FX: 251/405-5080

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing pleading on counsel for all parties by placing a copy to each in the United States mail, first class postage prepaid, on this the _____ day of May, 2005, as follows:

Kenneth A. Hitson, Jr.
Michael Anthony Shaw, Esq.
NIX, HOLTSDORD, GILLILAND,
   HIGGINS & HITSON, P.C
29000 U.S. Highway 98
Suite A-302
Daphne, AL 36526

                          W. LLOYD COPELAND

4

**Page 1**

```
 1              IN THE CIRCUIT COURT OF
 2              MOBILE COUNTY, ALABAMA
 3
 4    * * * * * * * * * * * * * * *   *
 5                                    *
      JAMES DONALD HERRING,           *
 6                                    *
              Plaintiff,              *
 7                                    *
      VS.                             *   CIVIL ACTION NO.
 8                                    *
      WILLIAM R. BEASLEY,             *       05-482
 9    individually and d/b/a          *
      BEASLEY TRUCKING; JUDSON,       *
10    INC., et al.,                   *
                                      *
11            Defendants.             *
                                      *
12    * * * * * * * * * * * * * * *   *
13
14
15            The deposition of JAMES DONALD
16        HERRING, taken at the law offices
17        of Taylor, Martino & Kuykendall,
18        51 St. Joseph Street, Mobile, Alabama,
19        on the 14th day of December 2005,
20        commencing at approximately 3:17 p.m.
21
22
23
```

**Page 2**

```
 1              A P P E A R A N C E S
 2
 3    FOR THE PLAINTIFF:    TAYLOR, MARTINO & KUYKENDALL
                            ATTORNEYS AT LAW
 4                          51 ST. JOSEPH STREET
                            MOBILE, ALABAMA
 5
                            BY:  RICHARD H. HOLSTON,
 6                               ESQUIRE
 7    FOR THE DEFENDANTS:   NIX, HOLTSFORD, GILLILAND,
                              HIGGINS & HITSON, P.C.
 8                          ATTORNEYS AT LAW
                            29000 U. S. HIGHWAY 98
 9                          SUITE A-302
                            DAPHNE, ALABAMA 36526
10
                            BY:  KENNETH A. HITSON,
11                               ESQUIRE
12
                            STEWART L. HOWARD, P.C.
13                          ATTORNEYS AT LAW
                            POST OFFICE BOX 2533
14                          MOBILE, ALABAMA
15                          BY:  STEWART L. HOWARD,
                                 ESQUIRE
16
17
18
19
20
21                          LOIS ANNE ROBINSON, RDR
                            COURT REPORTER
22
23
```

**Page 3**

```
 1                 I N D E X
 2    EXAMINATION                     PAGE
 3
 4    By Mr. Hitson                      6
 5    By Mr. Holston                   127
 6    By Mr. Hitson                    132
 7
 8                 * * * *
 9    EXHIBITS
10
11    Defendant's Exhibit Number 1      57
12
13
14
15
16
17
18
19
20
21
22
23
```

**Page 4**

```
 1              S T I P U L A T I O N
 2         It is stipulated by and between the
 3    parties hereto and their respective attorneys at
 4    law that the deposition on oral examination of the
 5    witness, JAMES DONALD HERRING, may be taken before
 6    Lois Anne Robinson, Registered Diplomate Reporter,
 7    Notary Public for the State at Large, and that the
 8    said deposition shall be taken in accordance with
 9    the provisions of the applicable sections of the
10    Alabama Rules of Civil Procedure.
11         It is further stipulated that all notices
12    provided for by said applicable sections of the
13    Alabama Rules of Civil Procedure are waived, as is
14    the signing and certification of said Lois Anne
15    Robinson, and all other requirements and
16    technicalities of every sort regarding the taking
17    and filing of the deposition, except as hereinafter
18    set out.
19         All objections save as to the form of
20    questions asked are reserved until the time of
21    trial, in accordance with the applicable provisions
22    of the said Alabama Rules of Civil Procedure.
23         The original of this transcript will be
```

Page 5

1    delivered to Kenneth A. Hitson, Esquire.

2         It is further stipulated and agreed that

3    the witness hereto waives the right to read and

4    sign said deposition as provided for by said

5    Alabama Rules of Civil Procedure.

6              * * * * * *

7

8

9

10

11

12

13

14

15

16         I, Lois Anne Robinson, Court Reporter,

17    certify that on this date, as provided by the

18    Alabama Rules of Civil Procedure and the foregoing

19    stipulation of counsel, there came before me at

20    Mobile, Alabama, on the 14th day of December 2005,

21    commencing at 3:17 p.m., JAMES DONALD HERRING,

22    witness in the above cause, for oral examination,

23    whereupon the following proceedings were held:

Page 6

1              JAMES DONALD HERRING,

2         the witness, after having first been duly

3    sworn to tell the truth, the whole truth, and

4    nothing but the truth, was examined and testified

5    as follows:

6              EXAMINATION

7    BY MR. HITSON:

8    Q    Mr. Herring, my name's Ken Hitson. I

9    represent William Beasley and his business in this

10   lawsuit that you've filed against him and another

11   company called Judson, Inc.

12        Could I have your full name, please, sir?

13   A    James Donald Herring.

14   Q    Mr. Herring, do you have any kind of

15   hearing loss?

16   A    Yes.

17   Q    Tell me about your hearing loss in terms

18   of what you know about it.

19   A    The -- I've been to a hearing doctor a

20   few times. And it was -- it was worse in the

21   beginning. I don't remember the percentage of what

22   they told me that the hearing loss was in my left

23   ear. But it was -- it was significant in the very

Page 7

1    early days, and it improved with some time.

2         I've not been back to him in a while now,

3    so I don't know what -- what it is in the last

4    several months.

5    Q    Okay.

6    A    I hear a ringing noise 24/7, all the

7    time, you know, in that left ear.

8    Q    Okay. Do you have any problem with

9    hearing me today?

10   A    When --

11   Q    Hearing my voice?

12   A    Not bad. I have to pay attention.

13   Q    All right. Well, if I begin to mumble or

14   say something that you don't understand, will you

15   promise me this? Will you promise me you'll ask me

16   to speak up so you can understand the question?

17   A    Sure.

18   Q    I'll try not to do that.

19   A    All right.

20   Q    But sometimes I tend to forget about it

21   and speak a little softer than I probably should.

22   Okay?

23        Your current address is what?

Page 8

1    A    229 Conde Avenue, Dauphin Island,

2    Alabama.

3    Q    Now, how long have you lived there?

4    A    I moved there in May of 2004.

5    Q    Okay. Now, do you own any other houses

6    or real property?

7    A    I own a home in Chatom, Alabama. A

8    house, I guess. It's rental property now.

9    Q    How long has it been rental property?

10   A    Since May of -- Well, I guess we didn't

11   actually rent it in May, but sometime later in 2004

12   we rented it out.

13   Q    Okay. Prior to May of 2004, you lived in

14   that home?

15   A    That was my -- my residence.

16   Q    Okay. Now, the Conde Avenue address,

17   that's in the City of Dauphin Island?

18   A    Yes.

19   Q    All right. And what kind of residence

20   are we talking about here? Is it a brick and

21   mortar house?

22   A    No. It's a wood frame house on pilings.

23   Q    Okay. It's not a condominium or duplex

Page 9

```
1    unit?
2    A      No.
3    Q      Single-family home?
4    A      Single-family home.
5    Q      All right.  Is it on the west side of the
6    island?
7    A      East end.
8    Q      Congratulations.
9           Do you drive a vehicle?
10   A      Yes.
11   Q      What kind of cars do you drive, or
12   vehicles?  I say cars.
13   A      At work I drive a half-ton pickup.
14   Q      Okay.  And what kind of truck is that?
15   A      It's a Ford.
16   Q      Does it vary, or do you drive the same
17   truck pretty much every day?
18   A      That truck is assigned to me, and that's
19   the one I drive, unless there's something wrong
20   with it, it's in the shop or something.
21   Q      And it's a standard Ford F150 pickup
22   truck?
23   A      Right.
```

Page 10

```
1    Q      And what color is it?
2    A      The one I drive now?
3    Q      Yes, sir.
4    A      It's white.
5    Q      Okay.  Is it marked in any way with your
6    employer's markings?
7    A      Not on the outside.
8    Q      How long have you been driving that
9    vehicle?
10   A      Since January of 2005.
11   Q      Okay.  Do you own any other types of
12   vehicles?
13   A      I don't own that one.  The company owns.
14   But --
15   Q      I'm sorry.
16   A      But, yes, I do.
17   Q      What vehicles do you personally own?
18   A      I own a 1986 Corvette.
19   Q      Okay.  Anything else?
20   A      And we own a '97 Suburban.
21   Q      Yes, sir.
22   A      And I've got a Monte Carlo that my
23   stepson drives that's actually in my name.  And --
```

Page 11

```
1    Q      What year model is that?  Approximately,
2    if you don't know.
3    A      It's -- It's about 2001 or something like
4    that, I think.
5    Q      Any other vehicles you own?
6    A      My wife owns a 2003, I think it is,
7    Volkswagen Beetle.  And I'm not sure if my name's
8    on the ownership of that or not.
9    Q      Any other automobiles or trucks that you
10   own or your wife owns?
11   A      My son has a '94 Mustang.  And I'm not
12   sure if my name's still on that title or not.  I
13   think I gave it to him when he graduated college.
14   Q      Okay.  Are there any others?
15   A      Not right now.
16   Q      Okay.  The Conde Avenue address in
17   Dauphin Island, do you reside there with anybody
18   else?
19   A      My wife.
20   Q      Anyone else besides your wife?
21   A      My stepson lived there full time until
22   this year.  Earlier this year he moved out.  And my
23   stepdaughter comes home to there from school.  It's
```

Page 12

```
1    her home.  But she's in school.
2    Q      And where does she go to school?
3    A      At Southern Miss in Hattiesburg.
4    Q      Okay.  What is your wife's name?
5    A      Laurie.
6    Q      Full name.
7    A      Laura Nannette.
8    Q      Nannette is her maiden name?
9    A      No.  Her maiden name is Beech.
10   Q      Okay.  She goes by Laura Nannette
11   Herring?
12   A      She goes by Laurie Herring.
13   Q      Laurie Herring.  Spelled L-A-U-R-I-E?
14   A      Yes.
15   Q      And how long have y'all been married?
16   A      Ten years.
17   Q      Where were y'all married, Mr. Herring?
18   A      In the Hobson community just outside of
19   Chatom, Alabama.
20   Q      Washington County?
21   A      Yes.
22   Q      Okay.  And was that your first marriage?
23   A      No, it was not.
```

Page 13

| | | |
|---|---|---|
| 1 | Q | How many times have you been married? |
| 2 | A | This is my second marriage. |
| 3 | Q | And what's your first wife's name? |
| 4 | A | Theresa. |
| 5 | Q | Uh-huh. |
| 6 | A | Brock was her maiden name. |
| 7 | Q | Brock. |
| 8 | A | And I think her -- her married name now |
| 9 | | is Parchin, I believe is the way they say that. |
| 10 | Q | Do you know roughly the spelling of it? |
| 11 | A | P-A-R-C-H-I-N, I think. |
| 12 | Q | Okay. Where does she reside? |
| 13 | A | In South Carolina. |
| 14 | Q | You and her have children together? |
| 15 | A | Yes. We have one son. |
| 16 | Q | And his name is what? |
| 17 | A | Wesley Franklin Herring. |
| 18 | Q | And how old is Wesley? |
| 19 | A | He's 26. |
| 20 | Q | Where does he reside? |
| 21 | A | He resides in Norfolk, Virginia. And |
| 22 | | he's in the Navy, and he's in the Persian Gulf now. |
| 23 | Q | Okay. That's the only child with Miss |

Page 14

| | | |
|---|---|---|
| 1 | | Brock? |
| 2 | A | Yes. |
| 3 | Q | Okay. And so you have one son of the |
| 4 | | marriage to Miss Brock, and now you have |
| 5 | | stepchildren -- |
| 6 | A | That's right. |
| 7 | Q | -- as a result of the second marriage -- |
| 8 | A | That's right. |
| 9 | Q | -- to Laurie. |
| 10 | A | Yes. |
| 11 | Q | Okay. And what are your stepchildren's |
| 12 | | names? |
| 13 | A | Got Bruce Williams. |
| 14 | Q | Uh-huh. Okay. |
| 15 | A | And Addie Williams. |
| 16 | Q | Addie? |
| 17 | A | A-D-D-I-E. |
| 18 | Q | Okay. And who is their blood father? |
| 19 | A | Burke Williams. |
| 20 | Q | Do you know where he's from? |
| 21 | A | He lives near Chatom, Alabama. |
| 22 | Q | Okay. And you mentioned your daughter, |
| 23 | | stepdaughter. She attends -- |

Page 15

| | | |
|---|---|---|
| 1 | | That's Addie? |
| 2 | A | Right. |
| 3 | Q | She attends Southern Miss? |
| 4 | A | Yes. |
| 5 | Q | And about how old is she? |
| 6 | A | She'll be 20 years old in March. |
| 7 | Q | Okay. Does she have an Alabama driver's |
| 8 | | license? |
| 9 | A | Yes. |
| 10 | Q | And she considers your home to be her |
| 11 | | permanent residence right now? |
| 12 | A | Yes. |
| 13 | Q | And Bruce, how old is he? |
| 14 | A | He turned 23 in November. |
| 15 | Q | Okay. And is he in school? |
| 16 | A | No. |
| 17 | Q | Does he work? |
| 18 | A | Works for a security company. |
| 19 | Q | And did you say he lives with you at the |
| 20 | | Dauphin Island address? |
| 21 | A | No. He did until earlier this year. |
| 22 | Q | That's right. |
| 23 | A | And he moved out. |

Page 16

| | | |
|---|---|---|
| 1 | Q | Okay. Do you know where he lives now, |
| 2 | | what street or road, highway? |
| 3 | A | It's somewhere off Cottage Hill -- |
| 4 | Q | Okay. |
| 5 | A | -- Road. I don't -- I don't know the |
| 6 | | exact apartment. |
| 7 | Q | What security company is it, if you know, |
| 8 | | that he works for? |
| 9 | A | I think the name of it is Securitas. |
| 10 | Q | Okay. Is your Social Security number |
| 11 | | 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? |
| 12 | A | Yes. |
| 13 | Q | And date of birth is 12-22-52? |
| 14 | A | Right. |
| 15 | Q | I wish you an early birthday, sir. |
| 16 | A | Thank you. |
| 17 | Q | Have you ever been in the military? |
| 18 | A | No. |
| 19 | Q | Have you ever applied for Social Security |
| 20 | | disability benefits? |
| 21 | A | No, I have not. |
| 22 | Q | Anyone in your immediate family ever |
| 23 | | applied for Social Security disability benefits? |

Page 17

1   A      No.
2   Q      Okay. Have you ever been a
3   plaintiff -- that is, the party suing another
4   person or a business -- prior to this lawsuit that
5   we're here about today?
6   A      Yes.
7   Q      Okay. Tell me about how many lawsuits
8   are we talking about?
9   A      Just one.
10  Q      Just one. Tell me about --
11  A      I think. That's the only one I remember.
12  Yeah.
13  Q      Okay.
14  A      I was in an accident when I was in
15  college. I was a -- I had stopped to help a man on
16  the side of the road, and I was out of my vehicle
17  and trying to help the man start his vehicle. And
18  another vehicle came down the road and hit all of
19  us. There was another vehicle that also stopped,
20  and he hit everybody.
21  Q      Okay. All right. So you --
22  A      Broke my leg.
23  Q      You sued the driver of the car that came

Page 18

1   by and hit everybody.
2   A      Right.
3   Q      Okay. Who was your lawyer in that case?
4   Do you know?
5   A      His name was Dale Ferguson.
6   Q      Okay. Where was that lawsuit filed?
7   A      I'm not sure. I was a Florida resident,
8   and the accident happened in Georgia. I would
9   assume it was filed in Georgia. I'm not really
10  sure. That was a long time ago.
11  Q      Where was it filed in Georgia?
12  A      If it was in Georgia, the county it
13  happened in --
14  Q      Yeah.
15  A      I can tell you that.
16  Q      Where?
17  A      It was in -- I think it was Clinch
18  County, Georgia.
19  Q      Okay. About when do you think that was?
20  A      Sometime in 1974.
21  Q      You just had a broken leg from that?
22  A      In the knee.
23  Q      In the knee area?

Page 19

1   A      Yeah.
2   Q      Did you have to have surgery because of
3   that?
4   A      Yes. Twice.
5   Q      Okay. Did that go to trial?
6   A      No.
7   Q      Did you make a settlement with the
8   driver?
9   A      Yes.
10  Q      Okay. Have you ever been sued before by
11  someone else?
12  A      No. Well, I -- I guess in that -- Seems
13  like in that accident, everybody there sued
14  everybody, you know. But I don't think there was a
15  settlement made on my behalf to anybody or
16  anything.
17  Q      Okay. Do you have automobile insurance?
18  A      Yes, I do.
19  Q      What carrier do you use?
20  A      Personally?
21  Q      Yes, sir.
22  A      State Farm.
23  Q      How long have they been your carrier?

Page 20

1   A      Since 1975.
2   Q      All of your vehicles that you own are
3   insured by State Farm?
4   A      Yes.
5   Q      The vehicle that you were driving at the
6   time of this accident, was it insured?
7   A      Yes.
8   Q      Who was it insured by?
9   A      It's a company-owned vehicle. Well,
10  actually, it's a leased vehicle. The vehicle is
11  leased by International Paper from ARI, which is a
12  leasing company.
13  Q      Yes, sir.
14  A      And I -- I'm not sure who the insurance
15  company is that represents them.
16  Q      Okay. Have you ever been arrested?
17  A      No. That's what --
18         What do you mean by arrested? I mean --
19  Q      Well, I'm not talking about a traffic
20  ticket.
21  A      Right.
22  Q      If that's what you're asking me. I'm
23  saying have you ever been taken into custody by a

Page 21

1    police officer or other law enforcement officer --
2    A        No.
3    Q        -- for any length of time?
4    A        No.
5    Q        Do you have any hobbies?
6    A        Yes.
7    Q        What are your hobbies?
8    A        Fish and I hunt.
9    Q        Okay.  Do you own a boat?
10   A        Yes.
11   Q        What kind of boat do you have?
12   A        I've got a Pro Line.
13   Q        How many feet is it?
14   A        Twenty feet.
15   Q        Where do you typically fish?
16   A        In the Gulf or in Mobile Bay.
17   Q        And you've got a head start on it now
18   that you're on the island.
19   A        Yeah.
20   Q        Do you dock that boat any particular
21   place, or is it --
22   A        In my yard.
23   Q        Your yard?

Page 22

1    A        (Nods affirmatively.)
2    Q        Do you own any other kind of vehicles,
3    motorcycles, four-wheelers, something like that?
4    A        (Nods negatively.)
5    Q        Airplanes?
6    A        No.
7    Q        I take it you have a worker's
8    compensation claim as a result of this accident?
9    A        They paid my medical bills.
10   Q        Okay.  Let's go off the record for just a
11   second.
12            (OFF THE RECORD.)
13   MR. HITSON:
14   Q        Not counting the worker's comp paying
15   your medical bills growing out of this accident,
16   have you either before this accident or since this
17   accident, other than your treatment for your
18   injuries in this accident, made any other kind of
19   work comp claims?
20   A        No.
21   Q        Okay.  You are employed?
22   A        Yes, sir.
23   Q        And where are you employed?

Page 23

1    A        International Paper at Citronelle.
2    Q        And how long have you worked at
3    International Paper?
4    A        Since 1975.
5    Q        Okay.  Are you a member of any union?
6    A        No.
7    Q        Have you ever been?
8    A        No.
9    Q        Is IP unionized?
10   A        It has been in the past, but I think the
11   union that was representing our people is no longer
12   representing them.
13   Q        Okay.  You have, other than the family
14   that we've talked about already -- that would be
15   Laurie and William and Addie -- do you have any
16   other family members that live here in the Mobile
17   County area?
18   A        I've got some distant cousins in the
19   Tillman's Corner area.
20   Q        Who are they?
21   A        Douglas Benefield, and Arlene is his
22   wife.
23   Q        Okay.

Page 24

1    A        Actually, the wife is my cousin.
2    Q        All right.  Anyone else?
3    A        That's the only one I know of in Mobile
4    County.  They've got children, and I don't know
5    their children's names, I'm sorry to say.
6    Q        All right.  Are your parents living?
7    A        My mother is.
8    Q        And where does she reside, sir?
9    A        In Geneva County, Alabama.
10   Q        Geneva County --
11   A        In Samson, Alabama.
12   Q        Is that over near Dothan area?
13   A        Right.
14   Q        Wiregrass, I guess you call it.
15   A        Yeah.
16   Q        Let's say in the last fifteen years of
17   driving, during that time, have you ever been cited
18   for a traffic ticket, moving violation?  Now, I'm
19   not talking about parking tickets.
20   A        Right.
21            I got a couple tickets over the years,
22   but they were -- charges were dismissed.
23   Q        Let's talk about that.  Do you know why

Page 25

1  the charges were dismissed in those couple of
2  tickets?
3  A      I -- I went and talked with the judge,
4  pled my case before a judge --
5  Q      Okay.
6  A      -- and they dropped the charges.
7  Q      What kind of charges were they?
8  A      Speeding.
9  Q      Both times?
10  A      Yeah.
11  Q      Were you speeding on either occasion?
12  MR. HOLSTON:
13        Object to the form.
14  MR. HITSON:
15  Q      Well, were you speeding -- On the first
16  time you got a speeding ticket --
17        Well, let me rephrase it.  On either of
18  those speeding tickets, were you speeding --
19  MR. HOLSTON:
20        And let me object because --
21  MR. HITSON:
22  Q      -- at the time?
23  MR. HOLSTON:

Page 26

1        -- a dismissal of the charges implies
2  that he was not speeding, I guess.  Are you asking
3  if his --
4  MR. HITSON:
5        I don't think a dismissal in a local
6  municipal court necessarily means that.  I won't
7  stipulate to that.
8  A      Well, it was not a municipal court.
9  MR. HITSON:
10        All right.  So --
11        I don't know, Rick.  I didn't want to
12  interrupt your objection.
13  MR. HOLSTON:
14        The only thing, I think what you're
15  trying to establish is was some kind of deal struck
16  or something.  I think what he said was I argued my
17  case and told the judge what had happened, and they
18  dismissed the charges.  So . . .
19              (OFF THE RECORD.)
20  MR. HITSON:
21  Q      Okay.  So Rick's made his objection, and
22  the question that was on the table -- you probably
23  don't remember now -- was:  On either of those

Page 27

1  occasions, were you in fact speeding?
2  A      I argued that I --
3        And I don't remember what all --
4  Q      I'm not asking what you argued.
5  A      -- I talked with him about.  But
6  they -- They didn't have me on, you know, a radar.
7  Q      My question is:  Were you speeding or not
8  on either occasion?
9  A      And, you know, when a State Trooper or a
10  police officer, when they -- When they get you,
11  they don't have -- They don't know exactly when
12  they got you.  I don't know if I was speeding when
13  he immediately saw me or not.
14  Q      I see.
15  A      It was that close, you know.
16  Q      Do you think you were speeding at any
17  point, whether he --
18  A      I don't -- You know, eight or ten miles
19  an hour, maybe.  I don't know.
20  Q      Okay.  Have you ever been ticketed for
21  speeding in the Citronelle area?
22  A      No.
23  Q      Where were these tickets at that you got

Page 28

1  for speeding?
2  A      I want to think the first --
3        Well, both of them were on Highway 56
4  east of Chatom.
5  Q      Were they State Troopers?
6  A      Yes.
7  Q      And what judge did you go before to get
8  the charges thrown out?
9  A      Is that --
10        I don't know that the charges were
11  thrown.  They dismissed --
12  Q      Dismissed, whatever.
13  A      Judge Baxter was the judge up there at
14  that time.
15  Q      Uh-huh.  Was he a District Court judge or
16  a Circuit Court judge at the time?
17  A      He was district, I think, at that time.
18  Q      About how long ago are we talking about?
19  A      Well, I would say -- The first one must
20  have been about 15 years ago.
21  Q      Okay.
22  A      And the second one was about ten years
23  ago.

Page 29

1  Q      Okay.  Gotten any warning tickets?
2  A      Yeah.  I got a warning since I've been in
3  Citronelle.  So it's been since 2000.
4  Q      Where did that occur?
5  A      Highway 17 south of Chatom.
6  Q      Is that going to work or coming from
7  work?
8  A      Going home.
9  Q      And was that a State Trooper?
10  A      Yes, it was.
11  Q      And what was the warning for?
12  A      He didn't write any warning.  He just
13  asked me to please slow down.  So we talked a few
14  minutes, and he said, Mr. Herring, I'm not even
15  going to write you a ticket today.  I'll just ask
16  you to be careful and slow down.
17  Q      Okay.  He stopped you because of speed
18  and told you to slow your speed down?
19  A      Yes, sir.
20  Q      He didn't say you were driving with your
21  lights off and it's dark or anything like that?
22  A      No.
23  Q      Did you have a lawyer in those two cases,

Page 30

1  the ten years ago and fifteen years ago, those
2  speeding tickets?
3  A      No, sir.
4  Q      Do you know Judge Baxter personally?
5  A      Yes, sir.
6  Q      Did you go to school with him or
7  something?
8  A      No.  No.
9  Q      How did you know him personally?
10  A      I've just known him since -- since he
11  was -- been -- Since he's been the judge up there.
12  Just through business, I guess.  Washington County
13  is small, and you get to know the people who are
14  elected officials, just, you know, being part of
15  the community.
16  Q      Did you have any business like court
17  cases in front of him --
18  A      No.
19  Q      -- other than these two tickets?
20  A      No.
21  Q      Did you campaign for him or anything like
22  that?
23  A      No.

Page 31

1  Q      Well, I don't understand how you know
2  him.
3  A      Well, we've just been introduced over the
4  years, and we just know one another.
5  Q      At church or at a friend's house or --
6  A      Probably just around the courthouse.
7  I -- I used to work with the sheriff's posse.
8  Q      Okay.
9  A      So I was in and out of the courthouse.
10  Q      That makes sense, then.  All right.  I've
11  got you.
12        Since this accident, this automobile
13  accident that we're here about which is the subject
14  of your lawsuit, have you had any other kind of
15  injuries, whether you -- any other automobile
16  accidents or injuries from automobile accidents or
17  when you fell down or somebody beamed you in the
18  head with a rock or anything like that?
19  A      Talking about since the accident?
20  Q      Yes, sir.
21  A      No.
22  Q      Well, tell me where you went to high
23  school.

Page 32

1  A      Aiken High School in Aiken, South
2  Carolina.
3  Q      Okay.  And were you raised up in South
4  Carolina?
5  A      Yes.
6  Q      And what brought you to Alabama?
7  A      When I graduated from forestry school,
8  International Paper hired me and took me to Chatom,
9  Alabama.
10  Q      Okay.  And where did you go to college?
11  A      At Lake City, Florida.
12  Q      And what is that school called?
13  A      Lake City Community College.
14  Q      Lake City Community College.  And what
15  type of degree did you get there?
16  A      Got an Associate of Science degree in
17  forestry.
18  Q      All right.  Have any other kind of post
19  high school education or training, other than Lake
20  City?
21  A      I'd go through training types at work all
22  the time, different things.  I went through an EMT
23  school one time, you know, different things like

Page 33

1    that.
2    Q      That's all through work or in your trade?
3    A      In the community, yeah.
4          I was part of the fire department in
5    Chatom.
6    Q      Okay.
7    A      We had a lot of training type stuff.
8    Q      All right. Are you able to read and
9    write okay?
10   A      Yeah.
11   Q      Do you do that as part of your job?
12   A      Yes, I do.
13   Q      Heavy paperwork type thing?
14   A      Seems to be that way more and more.
15   Q      I know what you mean, brother.
16         All right. So you've been working with
17   IP for the last --
18   A      Thirty years.
19   Q      -- 30 years? And what all jobs have you
20   held at IP?
21   A      I worked out of the Chatom office from
22   '75 till 2000. And for about the first probably
23   five years or so, I was in land management, where

Page 34

1    we managed timber and worked in the land owner
2    assistance program where we helped private land
3    owners manage timber.
4    Q      In about two minutes or less, can you
5    give me a general description of that job, that
6    land management job?
7    MR. HOLSTON:
8          He's gonna time you, so --
9    A      You're gonna time me?
10   MR. HITSON:
11   Q      I'll let you know if you're getting
12   close.
13   A      I did a lot of the physical on the ground
14   work of land management, cruised timber, did a lot
15   of controlled burning, supervised planting
16   operations, supervised logging operations.
17   Q      Okay.
18   A      That sort of thing.
19   Q      All right. And what other jobs have you
20   worked at IP?
21   A      Since then, I've been in wood
22   procurement. I bought wood for Mobile mill, for --
23   Q      Well, what --

Page 35

1    A      Until it closed in 2000.
2    Q      That was 2000 until --
3    A      Well, from -- That was actually from
4    about 1980 until 2000 I was in wood procurement,
5    where we bought wood for Mobile mill.
6    Q      Okay.
7    A      And I would go out and cruise timber and
8    price the timber to, you know, land owners or
9    whoever, and make deals with wood suppliers to
10   bring wood to us.
11   Q      Okay.
12   A      Since then, since 2000, I've done the
13   same basic thing, but I've done it for the
14   Citronelle sawmill.
15   Q      Your title currently would be what?
16   A      Senior Forest Technician.
17   Q      In a big company like IP, I suppose
18   they've got a job description written down
19   somewhere --
20   A      Well, I --
21   Q      -- in a book.
22   A      Yeah, in a book somewhere, I'm sure.
23   Q      Okay. Probably been awhile since you

Page 36

1    looked at it.
2    A      Yeah.
3    Q      The Citronelle --
4          What's it called, the mill?
5    A      Sawmill.
6    Q      Sawmill? Do you have an office there?
7    A      Not at the mill but in a building down
8    the road from the mill.
9    Q      Okay. What is the address of that
10   building?
11   A      We've got a new one since Katrina came
12   through and demolished our other one or did a lot
13   of damage to the other one. I think the street is
14   Lebaron Street. And I'm not sure of the street
15   address there.
16   Q      Okay. How far is the, mileage wise, is
17   that from the sawmill?
18   A      From the sawmill? Probably a mile and a
19   half, something like that.
20   Q      Okay. In which direction are we talking
21   about?
22   A      The office is south of the sawmill.
23   Q      So you'd keep on 45 south?

Page 37

1  A      Well, you actually take -- From our
2  office on Lebaron, you take the John Johnson Road
3  or the Odom Road, I think they call it, going
4  north, and it would eventually go around by the
5  sawmill.
6  Q      Before this accident, what were your
7  day-to-day job tasks, if you can kind of give me an
8  example of a typical work week?
9  A      I deal with wood suppliers, dealers who
10 purchase timber from land owners.
11 Q      Uh-huh.
12 A      And I'll make -- do the negotiating and
13 make the deals with them to deliver wood.
14 Q      Is most of that --
15         I'm sorry. Go ahead.
16 A      And to do that part of the job, I have to
17 know what they're gonna bring. And I'll go out and
18 take a look at the wood and make a price on it and
19 do the contracts.
20 Q      Most of your contract negotiations, are
21 they done over the phone or face to face or --
22 A      Both ways.
23 Q      Both ways?

Page 38

1  A      Over the radio or either --
2         Mostly, when you actually get down to
3  talking prices, it's normally you have to look at
4  the timber, usually, and do that. You'll be with
5  them, you know, in person, usually.
6  Q      Uh-huh.
7  A      But not all the time.
8  Q      Does IP have a form contract that you use
9  and you can, you know, fill in the blanks and
10 scratch things out?
11 A      Well, it's all on computer now.
12 Q      It is?
13 A      (Nods affirmatively.)
14 Q      Is that a special program that IP has?
15 A      Yes.
16 Q      All right. Do you use a terminal to do
17 those up, those contracts?
18 A      I do the -- I put the information on a
19 spreadsheet and turn it over to a clerk in the
20 office, who actually enters it into the program.
21 Q      Do you have an email address at
22 International Paper?
23 A      James.Herring@ipaper.com.

Page 39

1  Q      James.Herring@ --
2  A      Ipaper.com.
3  Q      Ipaper.com? Does any of it matter if you
4  have upper case or lower case?
5  A      No. Well, I say that. I don't think so.
6  Q      Well, how do you type Ipaper?
7  A      I think I just do it all in lower case.
8  Q      Lower case.
9         Okay. How long have you had an email
10 address there at IP? Has it been before the wreck
11 did you have one?
12 A      Oh, yeah. Ten years, maybe.
13 Q      Okay. Do y'all have an in-house IT
14 department?
15 A      Not on site, but we do have an IT
16 department that we usually wind up talking with
17 them over the phone.
18 Q      Where is that located?
19 A      I think the nearest one to us is in
20 Chapman, Alabama.
21 Q      Chapman?
22 A      Chapman.
23 Q      Okay. In your professional working life,

Page 40

1  has IP been the only full-time job you've had?
2  A      Since I got out of college.
3  Q      All right. You did some kind of work
4  before then?
5  A      I worked construction.
6  Q      Okay. That had been so long ago, we
7  don't --
8  A      That was in '72 and '3.
9  Q      Yeah. That was during the oil embargo or
10 something. Okay.
11         And would that have been in the State
12 of --
13 A      South Carolina.
14 Q      South Carolina. All right.
15         Did you ever have a driver's license in
16 South Carolina?
17 A      Yes.
18 Q      Okay. Do you still have family up there?
19 A      Other than ex family, no.
20 Q      Okay. Did you have to fill out any kind
21 of paperwork about the accident for your company,
22 give a description of what happened?
23 A      When I went back to work, I had to -- I

Page 41

1   had to write up some kind of a document. I don't
2   exactly remember now. It was less than a page and
3   addressed the fact that I'd had an accident.
4   Q       Okay. As far as you know, you haven't
5   had to write out a description of what you recall
6   about that day?
7   A       I don't recall anything much about it.
8   But, no, they've not asked me to do that.
9   Q       Okay. All right. You were hospitalized
10  from this accident?
11  A       Yes.
12  Q       Which hospital?
13  A       Mobile Infirmary.
14  Q       Did you have any health problems before
15  this accident?
16  MR. HOLSTON:
17          Object to the form.
18  MR. HITSON:
19  Q       That's a vague question, I understand.
20  But let me ask you this. Did you have anything
21  like diabetes, high blood sugar?
22  A       No.
23  Q       Did you have any passing out spells

Page 42

1   before this accident?
2   A       No.
3   Q       Did you ever complain to any doctor about
4   feeling light-headed or weak before this accident?
5   A       It's hard to say what I might have
6   complained about over the years if you get -- if
7   you've got a cold or whatever.
8   Q       Well, let's say in the five years before,
9   do you remember complaining to any doctor about
10  being dizzy, light-headed, or feeling faint?
11  A       No.
12  Q       Okay. Who did you see as sort of a
13  family doctor while you were living up in Chatom?
14  A       The last one I saw was Dr. Steve Donald.
15  Q       All right. That was the last one. Now,
16  they may come and go up there quite a bit over the
17  years.
18  A       Well, there was old doctors that were
19  there for many, many years, and they've just
20  retired.
21  Q       Was it the same practice that you would
22  go to?
23  A       I don't think it's the same practice.

Page 43

1   His practice was different.
2   Q       Okay. Tell me about -- Let's go back a
3   few years. Donald, Dr. Steve Donald --
4   A       Right.
5   Q       -- you saw him. Who else up there in the
6   Chatom area?
7   A       Of course, in the old days we saw Dr.
8   Hubbard and Dr. Patterson.
9   Q       Now, Hubbard or Patterson, were
10  they -- Either one of those be, let's say, in the
11  past twenty years?
12  A       Oh, yeah.
13  Q       Past fifteen years?
14  A       Probably.
15  Q       Okay.
16  MR. HOWARD:
17          They both were practicing at Chatom
18  Clinic.
19  MR. HITSON:
20  Q       Are they still up there?
21  A       No.
22  MR. HOWARD:
23          I think both have died.

Page 44

1   A       Dr. Patterson is dead, and Dr. Hubbard
2   retired.
3   MR. HITSON:
4   Q       Mr. Howard, you heard him say that was at
5   the Chatom Clinic.
6   A       Right.
7   Q       Is that somewhere you had gone to before
8   the accident?
9   A       Right. Yeah.
10  Q       What about the local hospital up there at
11  Chatom? Have you ever been in that, to the
12  emergency room or admitted?
13  A       Not -- not as -- not as a patient. I had
14  tests run there.
15  Q       Yeah. What -- what kind of tests have
16  you had run there? Now, I'm talking about before
17  the accident.
18  A       Yeah. Must have been along about 2000,
19  along in there. Maybe I -- I had a -- just went to
20  have a physical.
21  Q       Uh-huh.
22  A       May have been 2002, maybe.
23          Anyway, Dr. Donald did an EKG and noticed

Page 45

1   some irregularities, irregular heartbeat, and sent
2   me for more tests. And I wound up at Dr. Hashimi
3   in Mobile, who did more tests, the stress test, the
4   whole nine yards. And after the stress test, they
5   recommended that I have a heart catheterization. I
6   went through that. And that was all found okay,
7   nothing wrong. Told me that the irregularity was
8   probably caused by caffeine and stress. And he
9   was -- he wrote a prescription for a medication
10  that is for high blood pressure, but he told me I
11  did not have high blood pressure.
12  Q       Uh-huh.
13  A       And he said you can either take the
14  medicine or you can stop caffeine and try that. So
15  I stopped caffeine and haven't had any more
16  problems.
17          I went back a year later to Dr. Donald
18  for another just physical, and he didn't notice any
19  irregularities at all.
20  Q       Okay. The doctor that did the test in
21  Mobile, was he a cardiologist?
22  A       Yeah.
23  Q       And did you say his name was Hashby?

Page 46

1   A       Hashimi, I think. H-A-S-H-A-M or
2   something like that. I'm not sure.
3   Q       Okay. Whatever it is, we know he was a
4   cardiologist.
5   A       Yeah. He was a cardiologist.
6   Q       We can probably look him up in the phone
7   book.
8   A       Yeah.
9   Q       Were you having any symptoms of any heart
10  problems?
11  A       That was news to me. I didn't know I was
12  having any problems. I was --
13          I say it must have been about 2002
14  because I was about to turn 50 years old, and my
15  wife just talked me into going in to have a
16  physical. I hadn't had one in many, many years.
17  Q       Okay. Would your work require you to
18  have any kind of physical examinations?
19  A       When I came to work in 1975, they put me
20  through one.
21  Q       No follow-ups after that?
22  A       No.
23  Q       And your work had medical insurance --

Page 47

1   A       Yes.
2   Q       -- I assume? Did you participate in that
3   plan?
4   A       Yes.
5   Q       And in the past fifteen years, has that
6   plan been the same plan? In other words, has it
7   been Blue Cross and Blue Shield or --
8   A       It was what you saw for many years, and
9   at some point in time it went to Blue Cross/Blue
10  Shield. There were two or three different ones
11  during the years.
12  Q       Okay.
13  A       But I'm on Blue Cross/Blue Shield now.
14  Q       I guess we could get that information
15  from your personnel file to see what different
16  insurance coverages you've had over the years.
17  MR. HOLSTON:
18          Object to the form. I don't know whether
19  we'll concede to releasing his personnel file or
20  not, but we can get you that information, probably.
21  MR. HITSON:
22  Q       At the time of the accident, who was your
23  carrier for health insurance?

Page 48

1   A       Blue Cross/Blue Shield.
2   Q       Blue Cross. Was it administered by Blue
3   Cross and Blue Shield of Alabama or was it some
4   other Blue Cross and Blue Shield?
5   A       I think it's Blue of Alabama.
6   Q       Okay. So before the accident, nobody had
7   ever told you you had high blood pressure? No
8   doctor or medical provider?
9   A       Before the accident happened?
10  Q       Yes, sir.
11  A       No, they -- Not high blood pressure.
12  Q       All right. Had you ever been to any
13  chiropractors before the accident?
14  A       Yes.
15  Q       What chiropractors had you been to before
16  the accident?
17  A       Sherman Johnson.
18  Q       About how long ago did you last see
19  Sherman Johnson?
20  A       Well, it's been -- It's been since this
21  marriage. It's been within the last ten years.
22  And I --
23  Q       Where is his office?

Page 49

1  A    His office is in -- It's just below
2  Florala, Alabama. And Florala is on the
3  Alabama-Florida line.
4  Q    Right.
5  A    Paxton is the name of his town.
6  Q    And about how long ago do you think it
7  was the last time you saw him?
8  A    It's probably been six or seven years,
9  something like that.
10  Q    Any particular reason for going to see
11  Mr. Johnson, Dr. Johnson?
12  A    Back pains, lower back pain.
13  Q    So when I asked you earlier if you've had
14  any medical or health problems in the past fifteen
15  years, would you, now that you've thought about
16  that, would you now say maybe I've had some back
17  problems over the years?
18  A    Yeah. It's been a minor, more or less.
19  You know, it wasn't anything that required surgery
20  or --
21  Q    Sure.
22  A    -- anything like that.
23  Q    Yeah. No nerve damage to your back that

Page 50

1  you know about?
2  A    Not that I'm aware of.
3  Q    Okay. Have you ever had any migraine
4  headaches?
5  A    Had headaches, but I don't really know
6  what makes a migraine a migraine.
7  Q    Okay. Have you ever had a headache so
8  bad that you saw stars or that you got nauseated?
9  A    Prior to the accident?
10  Q    Prior to the accident.
11  A    No.
12  Q    I'll tell you everything I'm asking about
13  is before the accident.
14  A    No.
15  Q    Okay. But you did have headaches before
16  the accident?
17  A    Sure. Everybody has headaches. It's not
18  been a large part of my life.
19  Q    Okay. Other than going to the hospital
20  in Chatom for those tests, before the accident, had
21  you ever been a patient in a hospital?
22  A    When -- Well, I did have appendicitis. I
23  had to have my appendix taken out in '95, I think.

Page 51

1  Q    Okay.
2  A    And when I was in the accident in
3  Georgia, I was in the hospital.
4  Q    Right.
5  A    And I think that's the only time I've
6  ever been in the hospital.
7  Q    When you had the appendicitis, which
8  hospital did you have that surgery?
9  A    Mobile Infirmary.
10  Q    Okay. Do you wear contact lenses?
11  A    No.
12  Q    Do you have any kind of corrective lenses
13  that you wear?
14  A    I have had and did, and then -- And,
15  matter of fact, two weeks ago I had LASIK surgery.
16  Q    What caused you to decide to have that?
17  A    Of course, just being able to see, have
18  good vision without wearing glasses.
19  Q    Sure.
20  A    And my wife, we had put money back for
21  her to have some dental work that she never got
22  done. And it's an EBRA account, and I was gonna
23  lose the money if I didn't use it. So I thought

Page 52

1  I'd better use it for something.
2  Q    All right. And who was your eye doctor
3  before the accident -- I mean before the surgery?
4  A    Doctor --
5  Q    Who did you have --
6  A    I went to -- Gosh. I can't think of the
7  guy's name. He's at Wal-Mart out in west Mobile.
8  And he's been at several different places over the
9  years that I've gone to. Cannot think of his name.
10  Q    Is that Wal-Mart down, what, near
11  Schillinger's or --
12  A    Yeah. Yeah. It's the one out -- Not the
13  one at -- south of Airport but the one up north of
14  Airport up there at Moffett Road, isn't it?
15  Q    Okay.
16  A    Shackelford. I think that's his name.
17  Q    Okay. And who did your surgery?
18  A    Dr. Duffy.
19  Q    That's the one that I think's all on the
20  newspapers or radio or something?
21  A    He says he does all the doctors and
22  lawyers.
23  Q    Right. That's who. I've heard of him.

## Page 53

1  Sounded like the guy I want to go see because all
2  the doctors trust him.
3  A       Yeah.
4  Q       Did you have any active or pending
5  prescriptions?  Do you know what I mean when I say
6  that?
7  A       Yes.
8  Q       In other words, a prescription from any
9  kind of a physician for any medication that was
10 current?
11 A       At the time of the accident?
12 Q       At the time of the accident.
13 A       No.
14 Q       Was there any kind of supplement or
15 vitamins you were taking at the time --
16 A       No.
17 Q       -- of the accident?
18         Have you ever been treated for drug or
19 alcohol abuse?
20 A       No.
21 Q       Okay.  Do you abuse alcohol?
22 A       No.
23 Q       Are you a drug user?

## Page 54

1  A       No.
2  Q       You've heard me say here today that I
3  really don't know that much about what injuries
4  that you sustained in this accident, so I'm gonna
5  ask you some questions about that.  If you'd tell
6  me every injury that you're claiming to have
7  sustained as a result of this accident that we're
8  here about today.
9  A       Well, I had --
10 MR. HOLSTON:
11         Object to the form.
12         You can go ahead and answer.
13 A       I had a cracked skull.
14 MR. HITSON:
15 Q       You had a cracked or fractured --
16 A       Fractured.
17 Q       Is that the same thing?
18 A       I guess.
19 Q       Cracked skull?
20 A       I think it was two or three places.
21 Q       Yeah.
22 A       I had, of course, the wound in the skin.
23 I lost -- Cut part of my ear off, and they put it

## Page 55

1  back on.
2  Q       Which ear was it?
3  A       Left ear.
4  Q       Can I -- Can I get a look at it?
5  A       Sure.  If you --
6  Q       A gander?
7  A       If you notice the right ear, you have
8  this.  I don't have it over here.
9  Q       Okay.
10 A       And it cut off down through here.
11 Q       All right.  Can you tell any stitch lines
12 or anything like that?
13 A       I probably could find them if I shaved
14 all the hair off and saw it.
15 Q       I see.
16         Okay.  Are you pretty pleased with the
17 work they did to make it cosmetically pleasing to
18 you?
19 A       I guess I -- You know, if I was pleased
20 ahead of time, I'm okay now.
21 Q       Well, I mean --
22 A       I've got scars, and I think they did a
23 good job.

## Page 56

1  Q       Okay.
2  A       Just leave it like that.
3  Q       Are you self-conscious about the way your
4  ear looks?
5  A       I try not to be.
6  Q       Okay.  All right.  So the laceration.
7  Some of your ear was cut off.  I'm not exactly sure
8  I know how much of your ear.  Was it sort of
9  like --
10         Forgive me.  This sounds sort of gross.
11 But was it like just a chunk of your ear or was it
12 actually part of half the ear came off?
13 A       I think it was just -- I think my ear or
14 a portion of my ear was just hanging off.  And I
15 don't know, really, because when I saw it, it was
16 sewed -- Actually, it was in a bandage.  And when I
17 saw it, it was a day or two later.
18 Q       I see.  I see.
19         These photographs that your lawyer
20 provided to us today show --
21         Probably this one right here I'm gonna
22 mark as Defendant's Exhibit 1.  Looks like it's one
23 that shows both the laceration to your forehead and

## Page 57

1  your left ear.  Is that -- Do you recognize that
2  photograph?
3  A      I really hadn't seen it before today.
4  But that's -- That's me, yeah.
5           (DEFENDANT'S EXHIBIT NUMBER 1
6           WAS MARKED FOR IDENTIFICATION.)
7  MR. HITSON:
8  Q      All right.  Do you remember when those
9  photographs were taken?  I'm not looking for a
10 date.  I'm just --
11 A      Sometime within a couple weeks after the
12 accident.
13 Q      Okay.
14 A      My hair had been cut within a few days
15 after the accident, and that was in my home.
16 So . . .
17 Q      All right.  The photographs were taken by
18 who?
19 A      I don't remember the gentleman's name
20 that came to my house.
21 Q      Wasn't this lawyer sitting here, for
22 example?
23 MR. HOLSTON:

## Page 58

1           Our investigator, Bob Osborne.  We sent
2  him down to take some pictures after Mr. Herring
3  had consulted with us.
4  MR. HITSON:
5  Q      Okay.  And you think this was about a
6  couple weeks after you got out of the hospital?
7  A      Probably.  I'm not really sure how long
8  it was.  I don't remember a whole lot about him
9  being there, tell you the truth.
10 Q      All right.  So looks like you have some
11 bruising, like a black -- you've had a black eye
12 there, probably even maybe two black eyes.  Is that
13 right?
14 A      I don't --
15 Q      Do you remember if you had black eyes?
16 A      I don't know.
17 Q      So far, the injuries you've told me about
18 are fractured or cracked skull, a laceration to the
19 forehead, your ear was partially or perhaps
20 entirely cut --
21 A      Right.
22 Q      -- and had to be sewed on.  Any other
23 injuries you're claiming in this case?

## Page 59

1  A      Well, I've got, you know, the hearing
2  loss that I deal with, and there's been some memory
3  loss, short-term memory loss.
4  Q      All right.
5  A      And, of course, there was -- There's a
6  balance thing that the -- It's not -- It's not a
7  huge balance problem, but I have a balance issue
8  now that I deal with that I never had before.  It
9  shows itself to me more -- not necessarily going up
10 stairs but walking down stairs.  I have to -- I can
11 still walk down stairs, but I have to get over
12 there and hold --
13        I don't have to hold on firmly, but I
14 just feel better if I'm touching a side rail or
15 something, you know.  And things like that, it's
16 just -- it --
17 Q      That's probably a good idea anyway, isn't
18 it?
19 A      It is.  And I've noticed it -- I've been
20 fishing a couple of times since then, and I
21 don't -- I don't get up on the bow of the boat any
22 more without something to hold on to or something
23 like --

## Page 60

1           I just, you know, I have to be careful
2  about -- And I think it's -- I think it's just
3  inner ear or something to do with that ear damage.
4  I don't know.
5  Q      Okay.  All right.  Are there any other
6  injuries that you're claiming you received as a
7  result of this accident we're talking about today?
8  A      My skull, my ear, balance, my --
9           Of course, I had, you know, just the cuts
10 and bruises and that sort of thing.
11 Q      Uh-huh.
12 A      There's an issue that one of the doctors
13 told me that with head injuries, you know, there's
14 just things that crop up down the road sometimes
15 that you don't know if you're gonna have those
16 problems or not.
17 Q      Uh-huh.  What have they told you?  What
18 has the doctor told you about that?
19 A      Sometimes there's seizures, that sort of
20 thing that crop up years later.  I have not had a
21 seizure, but I'm concerned about that.
22 Q      Okay.  Have you discussed your injuries
23 to your head, your skull fracture and whatever may

Page 61

1 have been injured as far as your brain is
2 concerned, have you discussed those things with
3 your doctor as well?
4 A    I think so. And I'm not dismissed yet
5 totally.
6 Q    Right.
7 A    They released me to go back to work.
8 Q    Yes, sir.
9 A    But they, you know -- I don't have a
10 scheduled appointment at this time, but the
11 workmen's comp folks are supposed to be doing that.
12 Matter of fact, the neurologist, I think, wants to
13 recommend that I see a different type neurologist.
14 He's a neurosurgeon. He wants to send me to a
15 different type neurologist.
16 Q    Does he want to send you to a
17 neuropsychologist?
18 A    I've already been to one of those.
19 Q    You have. Which one did you see?
20 A    It's in the records, I assume. But I
21 don't know the name. I'd recognize it if you said
22 it, but I don't remember.
23 Q    Birmingham, Montgomery?

Page 62

1 A    Mobile.
2 Q    Mobile?
3 MR. HOLSTON:
4       I think we can get you the name on that,
5 Ken. I don't --
6 MR. HOWARD:
7       Dr. Ogden.
8 THE WITNESS:
9       Ogden.
10 MR. HOLSTON:
11       Yeah. I hadn't yet made a decision on
12 whether or not we're going to waive the privilege
13 on that. Obviously, that may limit what we can
14 claim in the case.
15       I've got the report in. I hadn't looked
16 at it. Richard has.
17       So we'll make that decision and we'll
18 either get you a release to get those records or
19 get you a court order to go get them if we decide
20 to go that route in the case. But just haven't
21 made a decision yet on that.
22 MR. HITSON:
23       Do you want me to refrain from asking him

Page 63

1 about Dr. Ogden and what he did and all that stuff
2 right now, subject to coming back?
3 MR. HOLSTON:
4       Yeah. For the time being, why don't we?
5 You know, after we -- after we produce the report
6 and you have the records, if you've got some other
7 questions you want to ask, I wouldn't really object
8 to you coming back and asking just some questions
9 about that.
10       But if you don't mind -- Because I -- I'm
11 just too busy right now. I haven't had a chance to
12 go through that stuff and make a decision on
13 whether or not -- And I haven't sat down and
14 counselled with him on what his privilege entails,
15 what waiving it may mean kind of thing. So --
16       But, yeah, if we have to saddle it back
17 up for a quick redepo, we can do that if some
18 questions come up.
19 MR. HITSON:
20 Q    Okay. What neurologist have you been
21 seeing?
22 A    Dr. Middleton.
23 Q    And any other neurologist that you've

Page 64

1 seen since this accident?
2 A    No. He's the only one.
3 Q    Okay. What other doctors have you seen
4 besides Dr. Middleton, if any?
5 A    Dr. Outlaw did the -- Sewed me up and put
6 me back together.
7 Q    Okay. Have you followed up with Dr.
8 Outlaw?
9 A    Yeah. He's -- he's released me.
10 Q    All right. What kind of doctor is he, if
11 you know?
12 A    He's a plastic surgeon.
13 Q    Okay. Any others?
14 A    And Dr. Jackson was the eye doctor. I
15 went to him more than -- You know, for an exam,
16 just to check it out.
17 Q    Okay. Are your eyes okay, as --
18 A    Yeah.
19 Q    Weren't injured in the accident?
20 A    Not that I know of.
21 Q    Okay. Okay.
22 A    And there's a doctor, a hearing
23 specialist, and I can't think of his name either

Page 65

1 right now.
2 Q      Okay.
3 A      He's at that Ear, Nose and Throat on
4 Dauphin Street.
5 MR. HOLSTON:
6        Premier Medical?
7 THE WITNESS:
8        Yeah.
9 MR. HOLSTON:
10       I don't think they're Premier anymore,
11 but whatever they are.
12 A      Whatever they are.
13       And I think that the worker's comp folks
14 wanted me to go back and see him again to --
15 MR. HITSON:
16 Q      Okay. What did -- What did that doctor
17 treat you for?
18 A      Just he -- The hearing loss. He did
19 exams and kept track of that and cleaned my ear out
20 and that sort of thing.
21 Q      Uh-huh. Have you had hearing tests?
22 A      Yes.
23 Q      On both ears?

Page 66

1 A      Yes.
2 Q      All right. And had you had any hearing
3 tests ever before this accident?
4 A      Yes. They do that on the job. It's been
5 a few years. But they used to do that. I guess
6 annually they'd come around and do hearing exams.
7 Q      Okay. What kind of hearing loss have you
8 sustained as a result of this accident?
9 A      I don't really know the last number.
10 They give you a percentage. And it started out at
11 35 percent, but it improved. And I don't know what
12 the last one was.
13 Q      Okay. Are you functioning without a
14 hearing aid?
15 A      I am.
16 Q      Okay. You say it started off at 35
17 percent hearing loss in the left ear?
18 A      And I'm speaking from memory. But, yeah,
19 I think so.
20 Q      Okay. And it has gotten better? Do you
21 have any rough idea of what the hearing loss is
22 today?
23 A      I -- No, I don't -- As far as numbers or

Page 67

1 percentages, I don't know.
2 Q      Okay.
3 A      But I know there's some loss, and I don't
4 know what that is.
5 Q      Do you remember what hearing was like out
6 of that ear when it was a 35 percent or
7 thereabouts?
8 A      Yeah. The roaring in the ear was much
9 louder.
10 Q      And how would you describe the difference
11 between then and now?
12 A      Better. A good bit better.
13 Q      Okay. You mentioned a ringing or roaring
14 in the ear. When did that start?
15 A      I noticed it after the accident. I guess
16 when -- The first, the very first time I noticed it
17 was when I kind of came to where I -- my first
18 memories after the accident, trying to talk to
19 people in the emergency room. I couldn't --
20 couldn't understand or hear what they were saying
21 and had to make them look straight at me to talk to
22 me.
23 Q      Okay. What is it about the injury to

Page 68

1 your ear or head that caused a hearing loss, based
2 upon your conversations with the doctors?
3 MR. HOLSTON:
4        Let me object to the form. You testify
5 from what you know or, I guess, what they told you
6 is what he's asking you.
7 A      Well, and what I remember about it all
8 was just the skull injury just caused a hearing
9 loss there for some reason. I . . .
10 MR. HITSON:
11 Q      Did it have anything to do with the
12 injury to your actual ear, the outside structure of
13 your ear?
14 A      I don't know about that.
15 Q      Okay.
16 A      They never explained about that. They
17 just --
18 Q      Up where you had the laceration on your
19 forehead --
20 A      Uh-huh.
21 Q      -- is it your understanding that the lick
22 that caused that laceration somehow caused the
23 hearing loss underlying?

Page 69

1   A     The --
2          And I -- I'm speaking from my memory.
3   Q     That's all you can do.
4   A     That -- And I don't know what -- And I
5   haven't read all the doctors' reports either or
6   anything.
7   Q     Sure.
8   A     But my understanding is that I had
9   several cracks in this skull, two or three or more.
10  I don't know how many.
11  Q     Uh-huh.
12  A     And that it kind of moved my face around
13  a little bit for a while.  It kind of --
14         As -- As the swelling went down, my face
15  kind of came back together.  And I can remember the
16  doctors were all real pleased and said, well, it's
17  gonna come back together right.
18  Q     Uh-huh.
19  A     You know, and thank goodness it did.  It,
20  you know, it came back to where I look like I'm
21  supposed to, I guess.  Whether that's good or not,
22  I don't know.
23  Q     All right.

Page 70

1   A     But it's --
2          You know, and all of that, I think, was
3   connected, you know, with the hearing and all.
4   Q     Okay.  Has any doctor told you that there
5   was a problem with the structure of the inner ear
6   or any of the parts inside the actual ear in your
7   head?
8   A     He talked about that, the ear doctor did,
9   early on.  Because he'd have to go in --
10         My ear itched like crazy.  And he'd go in
11  there and clean it out.  And he said the opening
12  was much smaller than what is normal.  I don't know
13  if that changed since then or not.
14  Q     When you speak of an injury being your
15  short term memory loss, what are you talking about?
16  A     I have trouble remembering things.  I say
17  it's now, it's like people, places, things.  And
18  after the accident, it was -- it was pretty bad.
19  And it's gotten a little -- you know, gotten a
20  little better along since then.  I still have to
21  deal with that.  And I take notes and write things
22  down now that I probably didn't used to have to do.
23  Q     And when you say short-term, what are you

Page 71

1   talking about?  How short a term?
2   A     Well, you know, it's just like
3   remembering the names of these doctors.  I'll
4   have -- I'll struggle with that for a little while,
5   and then all of a sudden it will come to me what
6   that doctor's name is.  Or if somebody says it, you
7   know, I'll know that's right.
8   Q     Uh-huh.
9   A     I, you know -- I guess maybe it might be
10  easier to say I remember things that happened when
11  I was a kid just like I always did, you know.
12  Q     Right.
13  A     But it's things that are going on
14  currently that I have trouble with.
15  Q     Okay.  Have you told your treating
16  physicians about this --
17  A     Yes.
18  Q     -- problem?
19  A     Yes.
20  Q     And what do they say about it?
21  A     Well, that was the reason I went to see
22  the neuropsych-- psychologist?
23  MR. HOLSTON:

Page 72

1          Dr. Ogden's evaluation.
2   MR. HITSON:
3   Q     Okay.  All right.  As far as the balance
4   problem is concerned --
5          Well, let me go back to the short-term
6   memory loss.  Have you ever had any problems with
7   memory loss before the accident?
8   A     No.  Not -- not really.  I mean,
9   everybody forgets things, but not like this.
10  Q     Okay.
11  A     I do remember something else, though,
12  another injury.
13  Q     Okay.
14  A     If I can go back.
15  Q     Yes, sir.  Any time.
16  A     I had to have two crowns done on teeth
17  that were cracked in my mouth.
18  Q     Okay.  Crowns on two teeth.  And which
19  doctor treated you for that?
20  A     Dr. Beard in Jackson, Alabama.
21  Q     Was that your regular dentist?
22  A     Yes.
23  Q     So you have a track record with Dr. Beard

Page 73

1    going back a period of time?
2    A      Yeah, several years.
3    Q      Did you have regular dental appointments?
4    A      Yes.
5    Q      Okay.  Has your short-term memory
6    improved since the accident?
7    A      Yeah.  It's not as bad now as it was the
8    first couple of months, especially.
9    Q      On a scale of 1 to 10, what would you say
10   it was at its worst?
11   MR. HOLSTON:
12          Object to the form.
13   MR. HITSON:
14   Q      With one being the -- With zero being
15   perfect hearing and 10 being as bad as you can
16   imagine.
17   A      Talking about hearing or are you talking
18   about memory?
19   Q      Excuse me.  I'm talking about memory.
20   MR. HOLSTON:
21          Object to the form.  I'm not sure that's
22   a scientific way to rate it.  But . . .
23   MR. HITSON:

Page 74

1    Q      Well, you can --
2           In fact, maybe that's not -- Maybe that's
3    a good form objection.  Let me try to rephrase it.
4           Describe as best you can how it is now --
5    that is, your short-term memory loss -- compared to
6    how it was at the point when it was at its worst.
7    A      I can -- I manage to deal with it now by
8    knowing when to pay attention to things or when I
9    might need to write something down.
10   Q      Uh-huh.
11   A      I have to slow down the way I think.  I
12   mean, I just have to make myself stop and really
13   think about something so I get it right when I make
14   decisions or when I -- when I'm talking to
15   somebody.
16          Especially like on the job, when I'm
17   dealing with timber pricing, that sort of thing, I
18   have to write it down.  And in the beginning, in
19   the early days after the accident, I -- Man, I
20   didn't know much of anything.  My wife had to stay
21   with me to keep me in the right family, you know,
22   just that sort of thing.  But it's improved a lot.
23   Q      Okay.  All right.  Do you utilize a

Page 75

1    laptop computer in your work?
2    A      I have a desk top --
3    Q      Desk top?
4    A      -- in the office.
5    Q      Do you still use the same ones you were
6    using at the time of the accident?
7    A      I think so.  Yeah.  I think -- They
8    replaced it about the time of the accident, I
9    think.
10   Q      Okay.
11   A      It was before I went out, I think.
12   Q      Do you have any kind of book of like your
13   list of people you call on or deal with, contacts,
14   whatever you want to call it, a Rolodex of some
15   sort?
16   A      Yeah.  I have -- I have names and phone
17   numbers and radio numbers and that sort of thing of
18   people that I deal with most of the time.
19   Q      You've kept a book like that for years, I
20   imagine, haven't you?
21   A      Yeah.
22   Q      Is it like a calendar, one of these hand
23   carry around kinds you keep in the truck?

Page 76

1    A      I have one of those, yeah.
2    Q      And where do you keep it, normally?
3    A      In the truck or my desk or on the coffee
4    table at home or --
5    Q      I see.
6    A      It goes with me, usually.
7    Q      Okay.  Does it have a calendar in it?
8    A      Yeah.
9    Q      Do you keep a calendar on your computer?
10   A      No.  There's one there, but I very seldom
11   use it.
12   Q      All right.  Going back to your injuries,
13   had you ever had any balance problems before the
14   accident?
15   A      No.
16   Q      Have you told your doctors about this
17   balance problem?
18   A      Yeah.
19   Q      Who'd you tell about that?
20   A      Dr. Middleton.
21   Q      And what did Dr. Middleton say about the
22   balance issue?
23   A      He said that that sort of thing usually

Page 77

1  improves for about the first six months, and then
2  after about six months or so, it just -- it
3  doesn't -- you know, it doesn't change any more
4  after -- it doesn't improve any more after that.
5  Q      Okay. And has it improved any since the
6  accident?
7  A      Well, it definitely was a lot worse
8  immediately after the accident for the first month
9  or so, and it's improved. I saw him I think it was
10 along about the fifth or sixth month, and it hadn't
11 much improved since then.
12 Q      Okay.
13 A      I can -- Like I said, I can go down
14 stairs, and I don't have to hold on to them with a
15 tight grip, but I've got to -- I feel much safer if
16 I just touch them, you know.
17 Q      Okay. All right. Let me see if I've got
18 all the doctors that have treated you. I've got
19 Middleton, Outlaw, Jackson, and the hearing people
20 on Dauphin Street that used to be Premier Medical.
21 A      Yeah.
22 Q      Any others?
23 A      We've --

Page 78

1  MR. HOLSTON:
2         We've listed for you, I think, in
3  interrogatory responses, but I don't think we've
4  got Jackson down there. Maybe we just forgot to
5  put him down. Is he the eye doctor?
6  THE WITNESS:
7         He's an eye doctor.
8  MR. HOLSTON:
9         Okay. I don't think we were thinking eye
10 doctor. That was probably a referral.
11 MR. HITSON:
12 Q      Okay. Tell me who Dr. Beard is.
13 A      He's the dentist.
14 Q      Dr. Beard. Oh, yeah. We did talk about
15 Dr. Beard. I'm sorry.
16 A      I just recently had -- I mean, it's just
17 been a couple months, three months ago when I saw
18 him. I didn't realize I had dental problems till I
19 found a crack, and then I went.
20 Q      How did you find the crack?
21 A      I felt it in my mouth. It was there.
22 Just one of the teeth was cracked there.
23 Q      Okay. As far as the cuts to your

Page 79

1  forehead area, has that healed up?
2  A      It's -- It's well now.
3  Q      I mean, it doesn't hurt to touch it --
4  A      No.
5  Q      -- or comb your hair, wash your hair or
6  anything like that?
7  A      No.
8  Q      No pain coming from it?
9  A      No.
10 Q      The fractured skull, do you know how they
11 repaired that? Or did they?
12 A      They didn't do any surgery. They had me
13 leading a very calm life. They didn't want any
14 movement much --
15 Q      Sure.
16 A      -- or anything.
17         Sure. Kind of like any other broken
18 bone. I guess as long as it's touching, it will
19 heal back up.
20 A      I guess.
21 Q      Have you had subsequent x-rays of your
22 skull to make sure it was healing?
23 A      MRI.

Page 80

1  Q      MRI.
2  A      That slides up in the tube?
3  Q      Yeah.
4  A      I've done -- I think they did a couple of
5  those in the hospital while I was there.
6  Q      Sure. I would think so.
7  A      I know I've had one since I came out of
8  the hospital, later on.
9  Q      Okay.
10 A      Maybe even two.
11 Q      All right. As far as you know, has that
12 skull fracture healed up?
13 A      Yes.
14 Q      The bones?
15 A      As far as I know, it has.
16 Q      What about your brain? Did you have any
17 bleeding in the brain? Has any doctor ever told
18 you that?
19 A      I don't know what all they talked about
20 immediately after the accident. I certainly don't
21 remember one of them having a conversation with me
22 directly about bleeding, but they may have. I
23 don't know. My wife would know more about that.

Page 81

1  But I know they talked about swelling.
2  Q      Uh-huh.
3  A      They said the swelling. And that may
4  have been caused from bleeding, or it may not. I
5  don't know.
6  Q      Did they have to put any kind of shunts
7  or ports in your skull to --
8  A      No.
9  Q      -- relieve any kind of pressure?
10 A      Not to my knowledge.
11 Q      Okay. Other than those two teeth that
12 you need crowns on or had to get crowns on, have
13 you had any other teeth crowned?
14 A      In the past?
15 Q      Yeah.
16 A      Yeah.
17 Q      Is there anything that you can't do now
18 that you could do before the accident?
19 MR. HOLSTON:
20       Object to the form.
21 A      Yes. I don't do -- I don't feel
22 like -- I'm not as comfortable doing some things as
23 I used to be. But I haven't really found a whole

Page 82

1  lot that I just can't do, you know.
2  MR. HITSON:
3  Q      Okay. All right. So let's change the
4  question to is there anything you're not as
5  comfortable with doing now that you were
6  comfortable with before the accident?
7  A      Heights. I have an issue dealing with
8  height, like --
9        And I notice that, I guess, at, you know,
10 hunting or fishing or something like that, from up
11 high, or in the woods when I'm working up on top of
12 a hill, I -- I try to steer away from those places
13 where you can see way down the hill, you know, like
14 in a sharp, steep hill.
15 Q      Right.
16 A      I've noticed that I have --
17       Of course, part of my job sometimes is
18 cruising timber.
19 Q      Uh-huh.
20 A      And part of cruising timber, you have to
21 be able to pick out the different products that the
22 trees will make, and one of those products is
23 poles, like light poles.

Page 83

1  Q      Right.
2  A      And the way you do that is you lean up
3  against the tree and you look straight up the tree.
4  And I have a real problem looking straight up that
5  tree. I can stand back and look up at an angle.
6  But if I look straight up that tree, I have to hold
7  on to the tree to keep from falling. Just that
8  balance thing, I guess.
9  Q      Uh-huh.
10 A      And that's -- I didn't notice that for a
11 long time because I didn't cruise any timber. But
12 I noticed that when I did cruise some, that I
13 couldn't get up there and really check the poles
14 like I needed to --
15 Q      All right.
16 A      -- comfortably.
17 Q      All right. Anything else beside heights?
18 MR. HOLSTON:
19       Object to the form. And the other things
20 he's testified to about memory and balance and --
21 MR. HITSON:
22 Q      Well, we're talking about things that
23 aren't as comfort-- you're not as comfortable doing

Page 84

1  as you were before the accident.
2  A      You know, I guess what I see is changes
3  in the way I do things. I do things slower now.
4  Q      Like what?
5  A      Just about everything. Even the way I
6  talk to you is slower than it used to be. And
7  it's -- The way I walk, my wife says she just
8  leaves me when we're walking. And it can be just
9  little things, you know. I'll -- I just take my
10 time a little more than I used to.
11 Q      Does that affect your productivity at
12 work?
13 A      I just work longer hours.
14 Q      Do you clock in and clock out?
15 A      No. I'm salaried.
16 Q      Do you account for your time in any way?
17 A      No. You're talking about like a time
18 card or something like that?
19 Q      Or write down -- write down some kind of
20 time that you work on a particular job?
21 A      No.
22 Q      Have we covered the things that you're
23 not as comfortable with?

Page 85

```
 1   A      I think so.
 2   Q      Okay.
 3   A      Maybe something I've left out, but I
 4   don't think so.
 5   Q      Do you have a current hunting license?
 6   A      Yes.
 7   Q      Okay.  Did you renew this year?
 8   A      2005, I just got it the other day.
 9   Q      Okay.  Are you a member of a hunting
10   club?
11   A      It's not an official club, but I hunt
12   with some friends on some property that some of my
13   friends own.
14   Q      Is that in Washington County?
15   A      Yeah.
16   Q      And who are those friends?
17   A      The land owner is Frank Dickie.
18   Q      All right.  Who are the friends that you
19   hunt with?
20   A      Roger Beech --
21   Q      Uh-huh.
22   A      -- and Lyle Beech and Bob Montgomery.
23   Q      Lawyer up in Chatom?
```

Page 86

```
 1   A      You know Bob?
 2   Q      Yeah.  Y'all --
 3          Where is your -- The land owner is Frank
 4   Dickie.  Does Frank hunt it with you?
 5   A      Yeah.
 6   Q      Okay.
 7   A      We all -- we pitch in together and pay
 8   for the -- all the costs involved as far as the
 9   seed fertilizing and the portion of it we've
10   leased, and we split up all those costs every year.
11   Q      Okay.  How long have you been doing that?
12   A      I've been hunting with Frank Dickie for
13   twenty years.
14   Q      Well, on that particular plot of land.
15   A      That particular way we're doing it,
16   probably fifteen years.
17   Q      Okay.
18   A      Something like that.
19   Q      Do y'all have a clubhouse or some kind
20   of --
21   A      Frank owns a camp that we go to.
22   Q      Okay.  And has it got a padlock on it or
23   anything like that?
```

Page 87

```
 1   A      Regular door lock.
 2   Q      Okay.  You have a key to it?
 3   A      No.
 4   Q      When you're gonna hunt up there and
 5   Frank's not participating, how do you get in and
 6   all that kind of stuff?
 7   A      I've got a key to the gate of the
 8   property.
 9   Q      Okay.
10   A      But I don't have a key to the house.  And
11   if he knows I'm going up, I call him and say
12   something about going, he'll tell me where the key
13   is or he'll tell me to stop by and get a key if I
14   need to get into the camp.
15   Q      Did you hunt in 2004?
16   A      I went one weekend --
17   Q      Okay.
18   A      -- in late January.  It's a trip that we
19   all go together, spend one weekend together every
20   year in late January.  And I made that trip.
21   Q      That's January '04?
22   A      Yeah.  '05.  Excuse me.
23   Q      Yeah.  I'm talking about '04.  Did you go
```

Page 88

```
 1   in '04 at any time?
 2   MR. HOLSTON:
 3          I thought you were talking about the '04
 4   hunting season I think is what he's talking about.
 5          The '04 hunting season goes through
 6   January of '05.
 7   Q      Right.  And I'm talking about the '04
 8   part of the hunting season.
 9   A      The '04.  Well, I did the January prior
10   to the accident, I did.
11   Q      Right.  Right.
12   A      But not from the time deer season opened
13   until the end of the year, I did not.  They -- The
14   doctor told me he didn't want me to shoot a gun.
15   Q      Yeah.
16   A      And I begged and pleaded, and he allowed
17   me to go one weekend.
18   Q      All right.  Did you, this season, did you
19   go out scouting the land before the season?
20   A      This year?
21   Q      Yes.
22   A      This year.  Not -- not prior to the
23   season.
```

Page 89

1  Q    Well, during the season, have you gone up
2  there to scout out the land?
3  A    I've hunted twice this season.
4  Q    And do y'all have set stands on the land?
5  A    We have some.
6  Q    Okay.  So if you're going on a hunt
7  with --
8       Well, the two times that you've been, did
9  you go with a group?
10 A    One time I did.  One time we went as a
11 group.
12 Q    Okay.
13 A    And we -- We have deer drives.
14 Q    Do y'all use dogs?
15 A    There's usually a dog or two in it.  But
16 mostly we use teenagers.  Stewart knows all about
17 it.  But --
18 MR. HOWARD:
19      I was sold into that slavery until I was
20 20.
21           (OFF THE RECORD.)
22 MR. HITSON:
23 Q    So we were talking about hunting,

Page 90

1  generally speaking, when we stopped, and your two
2  trips this year.  Y'all use shooting houses or tree
3  stands?
4  A    We have both.
5  Q    And have you used any tree stand?
6  A    I elected not -- The one time that I went
7  where I went alone, I stayed on the ground.  I -- I
8  walked into an area where I thought I might see
9  something, and I sat down on the ground and hunted.
10 Q    What about the other time?
11 A    Well, the other time was the drive, and
12 you just stand out there by the road and drive.
13 Q    Okay.
14 A    Because you don't -- You don't get into a
15 tree stand or anything.
16 Q    Y'all have permanent tree stands on the
17 property?
18 A    Permanent?  We have -- We've got
19 one -- some that's been there long enough.  I guess
20 you'd call them permanent, yeah.
21 Q    Yeah.  In other words, it's not a
22 portable job that you --
23 A    No.

Page 91

1  Q    -- climb?
2  A    We've got some of those, but I haven't
3  used one.
4  Q    Have you been on any vacations since the
5  accident?  I'm not talking about recoup time.
6  A    Yeah.  I get a lot of vacation from my
7  job.  But you're talking -- I assume you're talking
8  about out-of-town trips?
9  Q    Yeah, trips or fishing trips or anything
10 like that.
11 A    I went to Kansas turkey hunting in -- I
12 guess it was April.
13 Q    And was that with a group?
14 A    Yeah.
15 Q    Did y'all fly out there?
16 A    No.  We drove.  It wasn't with the same
17 group.
18 Q    Who'd you go hunting with?  Anybody from
19 Mobile County?
20 A    Yeah.  Mark Elder.
21 Q    Uh-huh.
22 A    And Tommy Hilben from George County,
23 Mississippi.

Page 92

1  Q    Okay.
2  A    And we also went on vacation, I guess
3  you'd call it, just a short trip to South Carolina.
4  My son graduated from nuclear school in the Navy.
5  We went up there in February or March or something
6  like that.  I don't remember exact date.
7  Q    All right.  Let's talk about the accident
8  now and, you know, the facts that --
9       I believe you're gonna tell me that you
10 don't really remember anything about that day.
11 A    That's the truth.
12 Q    Is that right?
13 A    I -- I assume you're gonna want me to
14 tell you what I do remember?
15 Q    Tell me what you remember about that day.
16 A    I can remember coming to an
17 intersection -- to that intersection.  I go through
18 it all the time.  And there was a log truck in the
19 left-hand turning lane.  And quite frankly, I don't
20 remember there being two trucks there.  Everybody
21 tells me there was.  The next thing I remember was
22 when my wife met me in the emergency room.  And I
23 really don't know anything about what happened in

Page 93

1   Citronelle.
2   Q       Okay. So what you remember is seeing one
3   log truck, and it was in the turning lane.
4   A       In it or getting in it or something.
5   I -- And that's about all I can remember.
6   Q       Your best recollection sitting here today
7   is that you remember one log truck that was either
8   in the turn lane or it was getting into the turn
9   lane?
10  A       Right.
11  Q       Okay. And I guess you've got a picture
12  in your mind. Do you remember anything about the
13  log truck?
14  A       Not really. I remember there being a log
15  truck, and I had to get over to the right-hand
16  side. And, see, that's -- that's a two-lane
17  highway up to that point. And at that point,
18  that -- the road widens out enough to put a turning
19  lane in the middle or actually on the left-hand
20  side of the . . .
21  Q       Okay. So, in other words --
22  A       So I remember seeing that truck there and
23  having to move over.

Page 94

1   Q       In the -- Going back wherever it's two
2   lanes, you would have been in the left-hand lane or
3   what's sometimes called the inside lane?
4   A       Two-lane, it was just one going south and
5   one going north.
6   Q       All right.
7   A       So I'd have been in the only lane.
8   Q       Okay. So it's just two lanes, one
9   north --
10  A       Up to that point. And it widens up at
11  that intersection for that intersection.
12  Q       Widens up to a turning lane and the --
13  A       And the southbound lane.
14  Q       -- and the southbound lane.
15  A       Yeah.
16  Q       Okay. Do you remember anything else you
17  did that morning before the accident?
18  A       I went to -- Of course, I drove to work
19  that morning. And after I got to work, I'd been
20  there probably just a few minutes, and one of the
21  wood suppliers called me. He was starting a
22  logging crew on a sale in Deer Park, Alabama, and
23  wanted to know, you know, what I could pay him for

Page 95

1   that timber. Hadn't been to that timber before. I
2   wasn't familiar with that particular timber.
3           So I went up there and met with the wood
4   supplier. And this logging crew was moving in
5   getting ready to start logging. And we talked
6   about the timber, and I'd told him that I'd call
7   him back on the radio when I got back to the office
8   and let him know what I could pay for it, and I
9   would do a contract at that time. And I could do
10  all that, you know, by radio, tell him what the
11  price is and all that.
12  Q       All right.
13  A       And have the -- By the time he could get
14  a load of wood out, you know, I'd have it all fixed
15  up, have a contract ready.
16  Q       All right. What kind of radio is it that
17  you're talking about?
18  A       Southern Linc.
19  Q       Okay. What is your Southern Linc number?
20  A       I don't know. I don't call me.
21  Q       Yeah, I know.
22  A       18 star 4239.
23  Q       And can somebody call you just like a

Page 96

1   regular cell phone?
2   A       Yeah.
3   Q       Seven-digit number?
4   A       Well, it's an 800 number. It's
5   888-866-8438.
6   Q       And what do they do after that? Does
7   that go right to your cell phone?
8   A       That goes to me.
9   Q       It rings when I dial that.
10  A       Yeah.
11  Q       Okay. Is that a business account?
12  A       Yeah. That's -- IP provides that for me.
13  Q       Do you have a personal cell phone?
14  A       I don't. My wife does. My sons and
15  daughter, everybody's got them but me.
16  Q       You weren't carrying a personal cell
17  phone on the day of this accident?
18  A       No.
19  Q       Okay. So what time did you get to work
20  that morning?
21  A       I assume it was like a regular -- just a
22  normal Monday morning.
23  Q       All right.

Page 97

```
 1  A      I'm usually in there between 7:00, 7:15.
 2  Q      All right.  And so how long do you think
 3  you had been there when you got to Deer Park?
 4  A      Well, Deer Park's another --
 5         Into the -- Into the actual site of the
 6  woods where the logging crew was moving in was
 7  probably 20 minutes from Citronelle.  I probably
 8  left Citronelle sometime around 7:30.  I don't
 9  know.  I went up there, stayed in there maybe 45
10  minutes or so.  I don't know.  However long it
11  took.  Wasn't up there a long time.
12  Q      Did you make any calls from up there to
13  anybody else, to anybody in the office?
14  A      I don't -- I don't imagine that I did,
15  because the radio service is not good up there.  So
16  I don't -- don't imagine I did.  Don't remember
17  doing it.
18  Q      All right.  So what you were planning on
19  doing was going back to your office and deciding or
20  somehow researching a price to give him on that
21  timber?
22  A      Yeah.
23  Q      How do you do that?
```

Page 98

```
 1  A      Well, he wanted a blended price.  We have
 2  two -- We buy two different sorts of logs at our
 3  mill.
 4  Q      Uh-huh.
 5  A      And he wanted to combine those two sorts
 6  into -- haul some of each sort in each load.
 7  Q      I see.
 8  A      And so I had to come up with a blended
 9  rate.  One of those sorts, we pay the contractor in
10  the lower thirties per ton, thirty dollars per ton,
11  in that neighborhood, and one of those, the larger
12  sort, we'll pay closer to forty dollars or more per
13  ton.
14         So I had to make a judgment call while I
15  was there that morning about what the percentage of
16  the small sort versus the large sort would be off
17  of that tract.
18  Q      Uh-huh.  How do you go about making that
19  decision?  Do you have to consult any books?  Do
20  you have to call someone?
21  A      I spend just -- I spend time on the
22  ground in the woods trying to determine in my own
23  mind how much -- what the percentage of that is.
```

Page 99

```
 1  And then, you know, for example, if I decide that
 2  35 percent of it looks like it's the small sort, 65
 3  percent would be the large sort.
 4  Q      Uh-huh.
 5  A      And then when I get back to my office, I
 6  can take a calculator and figure up, you know, 32
 7  dollars and 40 dollars or whatever the two rates
 8  are at that particular time for that grade of
 9  timber.
10  Q      Uh-huh.
11  A      I just run it through a calculator,
12  figure the percentage and call them back and say,
13  look, I'll pay you $36.85 or whatever it comes out
14  to be.
15  Q      Was that something you were probably
16  thinking about on your drive back?
17  A      I may have.  You know, I -- I think I had
18  my percentages worked before I ever left the woods.
19  That's the way you normally do that.  You kind
20  of --
21         And it's an estimate.  It's not a -- It's
22  not what you call cruising timber, because it's not
23  measuring a certain percentage of trees or
```

Page 100

```
 1  anything.  It's just a walk-through estimate.
 2  Q      Okay.  Did you have any appointments that
 3  day?
 4  A      Not -- not that I remember.
 5  Q      Would it be normal for you to have
 6  several appointments in a day?
 7  A      Sometimes.  Not -- not a lot.  Usually
 8  try to do one -- You know, if I've got more than
 9  one wood supplier to see, I'll try to do one in the
10  morning hours till lunch and then do one after
11  lunch or something like that.
12  Q      Yeah.  I assume that would be in your
13  appointment book, your calendar or --
14  A      Not necessarily.
15  Q      When you have an appointment, you
16  wouldn't document that?
17  A      Sometimes.  If I make an appointment with
18  a wood supplier or a land owner, whoever, to --
19  I'll see you at 1 o'clock on February 3rd, yeah,
20  I'll write that in the book a lot of times.
21  Q      I see.
22  A      But if a guy calls me like that morning,
23  calls me up, says we're moving in up here this
```

Page 101

1    morning, can you take a look at this, and I just
2    get in the truck and drive up, I don't write it
3    down necessarily.
4    Q    Do you pay for your own gasoline?
5    A    No.
6    Q    Do you keep up with the mileage? Do you
7    have some kind of mileage log that you have to
8    write down?
9    A    In my planner, I'll write the mileage on
10    the odometer every morning before I leave home.
11    Q    Uh-huh.
12    A    And then I'll write if I have any -- what
13    the company determines is personal use or commuting
14    or business. If I have any commuting or business
15    mileage, I'll write that in there.
16    Q    Okay. And do you have to make a report
17    of that?
18    A    Not business. Personal or commuted.
19    That's what I'm saying.
20    Q    Sure. Do you have to make a report on
21    that to your company?
22    A    Quarterly.
23    Q    On a quarterly basis. And, so, this

Page 102

1    accident was in August?
2    A    October.
3    Q    October '04. And do you have your
4    October -- your calendar from '04, your appointment
5    book? Still have that in the same book?
6    A    I think it's in -- I think it's in the
7    office.
8    Q    Okay.
9    A    Those books are actually property of
10    International Paper.
11    Q    Okay.
12    A    And they, you know, they provide them to
13    us, and it's theirs.
14    Q    All right. Contacts and all that kind of
15    thing --
16    A    (Nods affirmatively.)
17    Q    -- you keep in it as well?
18    A    Right.
19    Q    Is that all theirs, technically?
20    A    According to what they tell us, that's
21    all their information.
22    Q    Okay. They keep them archived in your
23    office?

Page 103

1    A    I'm responsible to keep a certain time
2    period, and I want to think that policy says
3    that after a certain number of years, you're to
4    discard that.
5    Q    Okay. Do you supervise any other people
6    in your office?
7    A    Not right --
8    Q    At your company?
9    A    Not now. I have in the past.
10    Q    Did you at the time of the accident?
11    A    No.
12    Q    And who did you report to, if anybody?
13    A    The supervisor, my supervisor at the time
14    was Dow Derato. D-O-W, D-E-R-A-T-O. He's no
15    longer with us.
16    Q    Okay. How long had he been your
17    supervisor at that time?
18    A    Little over a year, I think.
19    Q    Okay.
20    A    About a year.
21    Q    He's not with the company anymore?
22    A    No. He's in Atlanta.
23    Q    All right. So you get into work 7:00,

Page 104

1    7:30. What time do you normally leave for the day?
2    A    When I -- To go home?
3    Q    Yeah.
4    A    Anywhere from 3 to 5. Yesterday it was
5    6.
6    Q    Okay. And do you -- You said you're on a
7    salary?
8    A    Yeah.
9    Q    Do you have some kind of commission or
10    bonus --
11    A    No.
12    Q    -- structure?
13    A    Strictly salary.
14    Q    All right. Where were you going that
15    morning when the accident occurred?
16    A    I was headed back to my office.
17    Q    All right. You were going straight to
18    your office from the woods --
19    A    Right.
20    Q    -- where you'd been.
21    A    Right.
22    Q    And that route would have been what?
23    A    South on Highway 45 to -- The street we

Page 105

1    were on at that time was Joyce Street, which was
2    south of Citronelle, a mile or so.
3    Q    All right. And I take it where Mr.
4    Beasley was turning his truck is where -- That's a
5    normal occurrence. In other words, that's where
6    trucks turn in to go into the --
7    A    Right.
8    Q    -- mill.
9    A    Yes.
10   Q    How many deliveries do trucks like Mr.
11   Beasley's, do you have any idea how many they get a
12   day?
13   A    It runs -- the mill runs about 70 to 75
14   loads a day when it's operating like it's supposed
15   to.
16   Q    When deliveries are coming in, whatever
17   number it is, 60, 70, whatever it is, are most of
18   them coming from the north to south?
19   A    It's different directions. There are
20   some come --
21       Probably --
22       It would be hard to say which one,
23   whether it's more from the north or more from the

Page 106

1    south. Of course, there's some coming from the
2    east. And even the ones that -- Most of the ones
3    that come from the west wind up coming through that
4    intersection from the south. The only trucks that
5    don't come through that intersection are coming
6    from the east.
7    Q    Okay.
8    A    So it's a pretty good volume of trucks
9    through that intersection.
10   Q    As far as the volume of trucks that go
11   through that intersection, would most of them be
12   coming the same direction as Mr. Beasley was?
13   A    It'd be hard to say which one is --
14       Different times of the year, it's gonna
15   be a little bit different just because of the
16   weather. Because the country to the north is a
17   little bit wetter country than the country to the
18   south. And winter time, it's gonna be a little bit
19   heavier, you know, traffic coming from the south.
20   Q    Okay. Do you have any recollection of
21   how fast you were going as you approached the
22   intersection where this accident happened?
23   A    I -- As far as watching the speedometer

Page 107

1    and telling you I was going X number of miles per
2    hour, no, I can't do that. I don't remember.
3    Q    Okay. When you come in to work in the
4    morning, do you come in that same direction that
5    you were coming the day of the accident --
6    A    No.
7    Q    -- when this accident happened?
8    A    I come from the south now.
9    Q    Okay.
10   A    I used to come that way.
11   Q    You did when you were living in Chatom?
12   A    I did for four years, three and a half,
13   four years.
14   Q    And as you approach that intersection to
15   go through it, do you have any customs about speed?
16   Do you pay attention to your speed?
17   A    You're in the city limits, and in
18   Citronelle, you don't make it a habit of speeding.
19   They're pretty -- pretty tough on that in
20   Citronelle. So I -- As a common practice, I try to
21   be within speed limit.
22   Q    Okay. I assume that it's safe to say
23   that in 30 years working in that -- around that

Page 108

1    plant, that you're familiar with log trucks coming
2    with logs hanging off the back of the --
3    A    Sure.
4    Q    -- trailer.
5    A    (Nods affirmatively.)
6    Q    You're familiar with the concept that the
7    logs, when the trailer's pivoting, that the logs
8    will swing out to the right?
9    A    I --
10   MR. HOLSTON:
11       Let me object to the form.
12   MR. HITSON:
13   Q    Is that true?
14   MR. HOLSTON:
15       He's not an expert on that kind of stuff.
16   Are you talking about -- I mean, are you talking
17   about whether or not he --
18       Well, if you can answer that, answer
19   that.
20   A    I'm familiar with what happens with log
21   trucks when they turn.
22   MR. HITSON:
23   Q    Yeah. You're familiar -- You've seen --

Page 109

1   In fact, it's fair to say that you've seen trucks
2   turn and the logs off the back of their trailer
3   come out into -- go into the other lane.
4   A      I've seen that happen, yeah.
5   Q      Would you say that's a common occurrence,
6   based upon all the years that you've driven by that
7   intersection?
8   A      You know, it's -- Depends on the kind of
9   timber.  Shorter timber don't hang out as far.
10  Q      Sure.
11  A      Don't come over there as far.  And our
12  mill is a small box -- small log mill,
13  predominantly.  We don't use huge timber.
14  Q      Uh-huh.
15  A      Most of the trucks that come in our mill,
16  I'd say, are -- The ends of the logs are within a
17  couple of -- three feet or four feet or six feet or
18  something of the back end of the trailer.
19  They're --
20         Yeah, we get some long ones.  We get
21  some.  We don't have that great an amount.
22  Q      Uh-huh.  Do you have any recollection of
23  any truck being outside of the turn lane?  In other

Page 110

1   words, being over the line or swinging out to the
2   left -- to the right in order to make a left-hand
3   turn the day of the accident?
4   A      I don't remember that.
5   Q      Okay.
6   A      I don't remember seeing that.
7   Q      Have you talked to anyone who witnessed
8   the accident?
9   A      No.  I've heard a lot of people talk
10  about the accident.
11  Q      But you've never actually talked to them?
12  A      Talked to a couple people that got there
13  within a minute or two, I guess, after the
14  accident.
15  Q      Okay.
16  A      But as far as the witnesses or anything,
17  no.
18  Q      Have you heard about there being
19  somebody -- heard of somebody saying I saw the
20  accident, whether --
21         I understand they weren't talking to you.
22  But have you heard somebody say, yeah, I saw what
23  happened or something to that effect?

Page 111

1   A      The only one that I've actually heard
2   about was the truck driver who was in the back, the
3   rear truck.
4   Q      Okay.
5   A      I've never talked with him.
6   Q      Do you know that fellow?
7   A      No.
8   Q      And what was the occasion of you hearing
9   about that?
10  A      I don't know who told me that, but I've
11  just heard people say it, that he saw it.
12  Q      Oh.  You haven't actually heard him say a
13  word about it?
14  A      No, I haven't.
15  Q      Okay.  So nobody's came up to you ever at
16  the job site saying, hey, I saw Mr. Beasley; he did
17  something wrong?  I saw him do something --
18  A      No.
19  Q      -- he wasn't supposed to do?
20  A      I haven't heard that.  Just nobody's told
21  me that, that they've seen anything.
22  Q      Okay.  And the people that you have
23  talked to that came up afterwards, tell me what

Page 112

1   they said they saw when they arrived, as best you
2   can.
3   A      One of the -- One of the things -- I
4   guess the thing I remember more --
5         And I don't even know who saw this
6   happen.  But it was -- It's hearsay.
7         Said that the truck, after the accident,
8   was over with the trucks facing north in front of
9   Andrews Hardware on the grass portion next to the
10  road.
11  Q      Your pickup.
12  A      My pickup was.
13  Q      Yes, sir.
14  A      And the truck was still in gear, and the
15  rear wheels were still turning, and it had gone up
16  against that sign where -- It's a church sign, that
17  red or brown sign that's there to a church, and
18  said that was what was -- had the truck stopped.
19  And on that grass, the tires were just slowly still
20  turning, and there was somebody came and turned the
21  truck off.
22  Q      I see.
23  A      And that, you know, that's about the

## Page 113

1 nearest I've come to anybody telling me something
2 about what was actually going on.
3     Now, one of the -- One of the guys from
4 the rescue department told me that he had to -- he
5 had to talk to me and tell me to be still in the
6 truck; that I was trying to get out of the truck.
7     And the logs, I don't think, had me
8 pinned down, but I was underneath them.
9 Q    Uh-huh.
10 A    And he said I wasn't happy about having
11 to stay in the truck till they could get the logs
12 off.
13 Q    Uh-huh.
14 A    That I wanted out. He said that once
15 they got the logs out of the way, made it safe so
16 they could get a stretcher or whatever up there,
17 that they got me out of there and I calmed down.
18     And I don't know if I ever --
19     Apparently, I was talking to them. I
20 don't know. I don't know if I ever stood up or
21 not. But I was trying to get out of the truck, and
22 they -- they put me in the ambulance and carried me
23 to Mobile.

## Page 114

1 Q    Do you know if you ever actually lost
2 consciousness?
3 A    Yeah. They said I did.
4 Q    Who said that?
5 A    The -- The guy that -- That rescue worker
6 there, Larry. I don't know his last name.
7 Q    Okay.
8 A    Said that when they got there, I was out
9 of it. And then I -- As they started trying to
10 work, I guess I started coming around or something.
11 But I don't know.
12 Q    Okay. Anybody ever told you how long you
13 were unconscious? Did Larry say anything?
14 A    I assume it was minutes. You know, I
15 don't know.
16 Q    Okay. So Larry didn't say?
17 A    No.
18 Q    Okay. That's what I wanted to know. I
19 know you weren't timing it.
20 A    Somebody, and I don't know who said it,
21 but it's in my -- I remember somebody telling me
22 that when they got to me, I was snoring, like I was
23 asleep and snoring. And I don't -- I can't even

## Page 115

1 tell you who said that. I don't know who said
2 that.
3 Q    Uh-huh.
4 A    You know, you hear so many people talk to
5 you after something like that, and . . .
6 Q    You don't have any kind of sleeping
7 problems, do you?
8 A    No.
9 Q    You've never been diagnosed with sleep
10 apnea?
11 A    No.
12 Q    Have you ever complained to a doctor
13 about sleepiness?
14 A    (Nods negatively.)
15 Q    Off the record.
16     (OFF THE RECORD.)
17 MR. HITSON:
18 Q    So sitting here today, can you tell me
19 anything that Mr. Beasley did wrong on that day?
20 A    I don't know of anything. I couldn't see
21 it. I mean, I guess I saw it at the time, but I
22 couldn't -- I don't remember seeing what Mr.
23 Beasley did.

## Page 116

1 Q    Okay. Has anybody told you where your
2 vehicle was when it made impact with the logs?
3 MR. HOLSTON:
4     Anybody other than your attorneys. If
5 your attorneys have talked to you about that, then
6 you don't have to answer that question. But if
7 someone else has told you that, you can answer it.
8 MR. HITSON:
9     I agree with that. That's fair.
10 A    I remember going into that right lane or
11 going, you know, headed into that right lane behind
12 that other truck, and I guess I've just assumed
13 forever since then that I was in the right lane.
14 MR. HITSON:
15 Q    Let's go through these photographs
16 quickly.
17     (OFF THE RECORD.)
18 MR. HITSON:
19 Q    All right. Let them talk. I just want
20 to --
21 A    I guess this goes in this stack here.
22 Q    Yes, sir. Look at the photo I've marked
23 number 1. They're not exhibit stickered but just

Page 117

1  photo 1.  Do you see anybody in that photograph you
2  know?  If you can't make them out, that's fine.
3  A    Not right out, no.
4  Q    All right.  Let's look at number 2.  I
5  put numbers in the bottom of these.
6  A    This is the Larry guy that works for the
7  city --
8  Q    Yes, sir.
9  A    -- that told me that I give him a hard
10  time about wanting out of the truck.
11  Q    All right.  I'm gonna put Larry right
12  across his chest.  See where I wrote Larry across
13  his chest?
14  A    Yeah.
15  Q    Okay.  Anybody else that you see there
16  that you know?
17  A    No.  Not that I know, no.
18  Q    Do you know the person that took these
19  photographs?  Supposedly works for the newspaper in
20  Citronelle?
21  A    I know the man who's the editor of the
22  paper there, the owner of the paper.  But I'm not
23  sure if he's the one who took these pictures.

Page 118

1  Q    Who is that?
2  A    Willie Gray.
3  Q    And how do you know Willie Gray?
4  A    How'd I first know him?  I guess I met
5  him taking pictures at football games in Chatom.
6  Q    Okay.  Look at number 3 and see if
7  there's anybody in that photograph you know.
8  A    No.  I really can't see anybody's face in
9  it.
10  Q    Yeah.  That's true.  But you can
11  recognize -- Sometimes you can recognize some
12  people without looking at their face.
13  A    There's Larry again.
14  Q    Larry?  Anybody else?
15  A    He's in this one.  No.
16  Q    Okay.  Look at number 5.
17  A    No.
18  Q    Same question for number 6.
19  A    This -- This guy here, I see him around
20  Citronelle.  I don't know what his name is, but he
21  works for that rescue squad, too.
22  Q    Okay.
23  A    I see him around there a lot.

Page 119

1  Q    That's the guy that appears to be peering
2  into your vehicle?
3  A    Right, with the blue shirt and gloves on.
4  Q    All right.
5  A    That's the only one I recognize.
6  Q    That's the only one?
7       There's no one on number 6 to speak of,
8  number 7 or 8 or 9.  Now we're up to 10.  There's a
9  couple of people there.  Do you know any of those?
10  A    I think this is -- This is the guy who
11  runs the wrecker service, I think.
12  Q    Okay.  Is he a local wrecker to
13  Citronelle?
14  A    Yeah.  And he's an old-timer around
15  Citronelle, and I cannot think of his name.
16  Q    That's the guy in the --
17  A    In the blue shirt.
18  Q    In the blue shirt?  Looks like -- Was he
19  wearing glasses?
20  A    Yeah.  I think that's him.
21  Q    Okey-doke.  And this fellow appears to be
22  a black fellow in the Levis jeans and the
23  cream-colored shirt?

Page 120

1  A    I don't recognize him.
2  Q    All right.  What about these?  Number 11
3  is what I'm showing you now.
4  A    No.  I don't know these people.
5  Q    Number 12.  And I'd ask you to pay
6  particular attention to the fellow standing in the
7  background that appears to be talking on the
8  telephone.  Do you know who that is?
9  A    He was in another picture.  But, no, I
10  don't -- I don't know him.
11  Q    Appears to be smiling.
12  A    Looks like he's smiling, yeah.
13  Q    That's what I was saying.  Maybe he's an
14  enemy.
15  A    I don't know.
16  Q    Have you made a UM claim for a phantom
17  automobile?  That could be him.
18  A    No.
19  Q    Thirteen has the same smiling fellow, as
20  does 14.
21       I tell you what.  I need to look at my
22  file for something.  Stewart, do you want to go
23  ahead?  Is it okay, Rick?  I'll pass the witness

Page 121

1    now.
2    MR. HOLSTON:
3        Yeah. Let me put on the record a
4    stipulation so it's unnecessary for Stewart to ask
5    any questions.
6        It appears, based on deposition testimony
7    today, that Judson, Inc., is the incorrect -- is
8    not the defendant who loaded or the party that
9    loaded the logs in this particular instance.
10       Based upon that, I think that I will
11   agree that we will undertake some mechanism to
12   dismiss them from the case, either by stipulation
13   or by agreement or by a motion that I file or some
14   other type of deal to get them out of the case so
15   that Stewart does not have to appear at any further
16   proceedings in this case and expend any additional
17   expenses or costs of defense in this case.
18   MR. HOWARD:
19       Are you saying that in an effort to
20   prevent me from having to ask any questions?
21   MR. HOLSTON:
22       Well, I mean, I just -- We're getting
23   short on time. It's now 5:30. And I have a couple

Page 122

1    of things to clarify. But I would just rather --
2    There's no need for you to ask any questions
3    because I think, you know, by the end of the week
4    or early next week, you're gonna be out of the
5    case.
6        If there's any other defendants brought
7    into the case and you are representing one of those
8    new defendants, then certainly you would have a
9    full entitlement to come back and redepose him.
10   MR. HOWARD:
11       If you are agreeing to the stipulation of
12   Judson, Inc., before any further discovery has to
13   be conducted and, I would say, within three weeks
14   of today to sit down and get something filed with
15   the court for me to get Judson, Inc., dismissed,
16   then I will at this time not ask any questions.
17   MR. HOLSTON:
18       Okay. I'm in full agreement with that.
19   MR. HOWARD:
20       And just we have the right to come back
21   and do it if something comes up.
22   MR. HOLSTON:
23       Yeah. If there were some sort of a

Page 123

1    problem, we can do that.
2    MR. HITSON:
3    Q    What kind of -- You mentioned earlier
4    that the doctor told you when you had the incident,
5    when you had to get the heart cath and all that
6    stuff --
7    A    Right.
8    Q    -- that he thought it was caffeine and
9    stress?
10   A    Yeah.
11   Q    Did you tell him that you were under
12   stress before this accident?
13   A    No. He just said that. He said that
14   caffeine and stress are likely causes of heart
15   irregularity, I guess you'd call it. An irregular
16   heartbeat is what I had.
17   Q    Do you know how much your medical
18   expenses have been to date?
19   A    No, I do not.
20   Q    Okay. Did you receive payment for --
21   How long were you out of work?
22   A    Ten weeks.
23   Q    And were you compensated for your time

Page 124

1    out of work?
2    A    Yes. That was a worker's comp.
3    Q    The entire time?
4    A    Yes.
5    Q    Didn't use any vacation time --
6    A    No.
7    Q    -- for that?
8    A    Well, I -- I didn't get to carry over
9    any.
10   Q    Okay.
11   A    But I didn't use any vacation time.
12   Q    And your complaint says that you have a
13   permanent disability. Are you disabled?
14   MR. HOLSTON:
15       Let me object to the form. That's a
16   pleading characterization based upon the fact that
17   it is our expectation that the doctors will say
18   there is some percentage disability --
19   MR. HITSON:
20       Are you gonna testify or are you gonna
21   object to the form?
22   MR. HOLSTON:
23       I'm gonna talk, and I would appreciate it

Page 125

1  if you wouldn't talk while I'm talking.
2  MR. HITSON:
3        Well, I'll withdraw the question, then.
4  Q      Notwithstanding the complaint, are you
5  disabled as a result of this accident?
6  MR. HOLSTON:
7        Let me object to the form of that. That
8  is a medical determination and --
9  MR. HITSON:
10 Q      Yeah. Do you consider yourself disabled?
11 MR. HITSON:
12       Ken, please let me finish before you --
13 MR. HITSON:
14       Okay. Well, I'll withdraw that question.
15 Q      Do you --
16 MR. HOLSTON:
17       Ken, please let me finish before you
18 withdraw the question or talk over me again, sir.
19 MR. HITSON:
20       If I withdraw it, there's no need. It's
21 like I'm acknowledging your objection.
22 MR. HOLSTON:
23       It doesn't matter to me if you withdraw

Page 126

1  it when I'm in the middle of talking and you
2  interrupt me. Number 1, that's rude. Please don't
3  do it.
4  MR. HITSON:
5        You were in a hurry. That's why I was
6  trying to get to the matter.
7  MR. HOLSTON:
8        Well, I appreciate your concern over
9  that. My concern is you're asking this man a
10 medical question, and he's not a physician. And
11 that's my objection to it. So --
12 MR. HITSON:
13       That's fine. I'm just trying to get to
14 it in a hurry.
15 MR. HOLSTON:
16       That's fine. Go ahead and ask your
17 question, then.
18 MR. HITSON:
19 Q      Do you consider yourself disabled, as you
20 understand that term to be?
21 MR. HOLSTON:
22       Same objection.
23 A      I'm able to go to work every day. I have

Page 127

1  some limitations now that I didn't have prior to
2  the accident.
3  MR. HITSON:
4  Q      Have we talked about all those
5  limitations here today?
6  A      To my knowledge, I think we've covered
7  most of those or all of those, maybe.
8  Q      Sitting here today, can you think of any
9  others, any other limitations that we haven't
10 talked about sitting here right now?
11 A      I -- I can't think of any it may be.
12 Q      Okay. I think that's all I have.
13              EXAMINATION
14 BY MR. HOLSTON:
15 Q      Donald, just a couple things to clarify.
16       During the break, we had talked about
17 when you were asked a question about being
18 arrested, and you remembered something that
19 happened when you were 20 down in Florida.
20 A      Yeah.
21 Q      Just very quickly tell the court reporter
22 what that was.
23 A      I was --

Page 128

1  MR. HITSON:
2        Can I cut to the chase on this? I hate
3  to interrupt again, but I won't bring that up.
4  I'll stipulate to that.
5  MR. HOLSTON:
6        That's fine. I'll move on to the next
7  thing.
8  MR. HITSON:
9        I don't want to interrupt, though.
10 MR. HOLSTON:
11 Q      Donald, how many miles, over the last
12 fifteen years, how many miles have you averaged
13 putting on your company vehicle annually?
14 A      Probably somewhere in the neighborhood of
15 twenty-five, thirty thousand. Now more than ever.
16 Q      Does your job involve more driving than
17 the typical person might do on the highway?
18 A      Yes.
19 Q      Okay. You mentioned memory issues. Are
20 those -- Those short-term memory issues, are they
21 something that are bothering you even as we sit
22 here today?
23 A      Sure. Yes.

Page 129

1    Q    Okay. You were asked a question about no
2    prior complaints of dizziness, light-headedness, or
3    feeling faint, and you kind of looked uncertain
4    when you said no to that.
5    A    Right.
6    Q    Let me --
7         You have been to see physicians over the
8    years; is that correct?
9    A    Right.
10   Q    Do you have a recollection of every
11   complaint you may have made to those physicians --
12   A    No.
13   Q    -- about every malady you may have had?
14   A    No, I don't.
15   Q    Okay. Do you remember having any
16   dizziness or light-headedness or anything that
17   might be characterized like that?
18   A    Yeah. But the thing that popped in my
19   head when he asked the question was that about 25
20   years ago or whatever, I had a heat stress on the
21   job and didn't -- didn't report as an accident on
22   the job or anything, but a few days later I went to
23   the doctor with a complaint of dizziness and

Page 130

1    weakness and light-headedness, that sort of thing.
2    And he said it was probably because of the heat
3    stress that I'd been through. And I don't remember
4    if he wrote any prescriptions or anything. I just
5    remember going and having that complaint. It was a
6    stress -- heat stress related thing.
7    Q    Okay. You were asked a question about
8    abusing alcohol. Do you -- Do you drink a beer
9    or have a --
10   A    Yeah, I'll have a beer.
11   Q    Or drink occasionally?
12   A    Sure.
13   Q    Okay. Now, the day of the accident, were
14   you in any particular hurry to get from where you
15   had been in the woods to your office?
16   A    I can't imagine I was, because what
17   I -- It was gonna be probably half a day before
18   these guys produced any logs to come to our mill,
19   because they were just moving in. And what I had
20   to do to prepare the contract or to have it
21   prepared was about a 10- or 15-minute job.
22   Q    Okay.
23   A    So it was still early in the morning, you

Page 131

1    know, 9:00, 9:30, something like that. So I can't
2    imagine why I would have been in a big rush.
3    Q    Okay. Now, have you -- Are you familiar
4    with what the speed limit is through this stretch
5    of Citronelle?
6    A    Thirty-five, I think.
7    Q    And do you recall prior to the accident,
8    what you can remember -- I know you don't remember
9    the point of impact of the actual accident itself.
10   But as you were driving down the road before the
11   accident, do you believe you were exceeding 35
12   miles per hour?
13   MR. HITSON:
14        Object to the form.
15   A    No. I just -- I don't make it a habit of
16   speeding in towns like that. There's lots of things
17   going on. I know the trucks are all there.
18        Apparently, the light was red and I'd
19   been slowing down to stop at some point. You know,
20   so --
21   Q    Do you have a recollection of having
22   slowed down as you entered town?
23   A    Sure. Yeah. I remember, you know. You

Page 132

1    do that. It's just a natural thing. You come into
2    town. You slow down.
3    Q    And do you remember doing it that
4    morning?
5    A    As far as I know, I did. You know, I
6    don't remember specifically taking my foot off the
7    gas and that sort of thing, but I -- That's what I
8    normally do when I come into Citronelle. I slow
9    down.
10   Q    And, now, did you have any -- Do you have
11   any recall of driving through that town that
12   morning and feeling like you were going a little
13   too fast or you were getting into an unsafe speed?
14   A    No. I don't remember that.
15   Q    Okay. That's all I have.
16        EXAMINATION
17   BY MR. HITSON:
18   Q    The heat stress, the doctor, who was that
19   that you saw?
20   A    I went to the Chatom Clinic where Dr.
21   Hubbard, Dr. Patterson, all those doctors were.
22   But I think maybe there was a student doctor or
23   somebody who saw me. That was a long time.

Page 133

```
 1   Q      And it was more than twenty years ago?
 2   A      Oh, yeah.  It was 25, maybe.
 3   Q      Who was the customer that we're talking
 4   about dealing with that morning?
 5   A      Ala-Miss Enterprises.
 6   Q      Ala-Miss?
 7   A      Ala-Miss.
 8   Q      Where are they out of?
 9   A      State Line, Mississippi.
10   Q      They regularly do business with you?
11   A      Yes.
12   Q      Did they go ahead and do that contract
13   for that job?  Did they end up delivering wood to
14   the mill?
15   A      What we normally -- We have a main --
16   primary contract that's done annually, and these
17   are purchase order type contracts that are just
18   added to that primary contract.  And we -- What I
19   do is I'll have that prepared in our office and
20   mail it up there or either take it up there
21   physically to them and get their signature.
22   Q      Is there a way to find out if they made
23   any deliveries that day from that timber that you
```

Page 134

```
 1   had looked at?
 2   A      I'm not sure if they did or not.  I
 3   didn't get to do the contract.
 4   Q      Sure.
 5   A      But another guy in the office did.  I'm
 6   just not sure if he did it that day or if he did it
 7   later in the week.  I don't know.
 8   Q      All right.  I appreciate it.
 9   A      Sure.
10           FURTHER, DEPONENT SAITH NAUGHT.
11
12
13
14
15
16
17
18
19
20
21
22
23
```

Page 135

```
 1   DEPOSITION OF JAMES DONALD HERRING
 2
 3           C E R T I F I C A T E
 4   STATE OF ALABAMA)
 5   COUNTY OF MOBILE)
 6
 7       I do hereby certify that the above and
 8   foregoing transcript of proceedings in the matter
 9   aforementioned was taken down by me in machine
10   shorthand, and the questions and answers thereto
11   were reduced to writing under my personal
12   supervision, and that the foregoing represents a
13   true and correct transcript of the proceedings
14   given by said witness upon said hearing.
15       I further certify that I am neither of
16   counsel nor of kin to the parties to the action,
17   nor am I in anywise interested in the result of
18   said cause.
19
20
21           _____
22           LOIS ANNE ROBINSON, RDR
             COURT REPORTER, NOTARY PUBLIC
             STATE OF ALABAMA AT LARGE
23
```

**$**

$36.85
[1] 99:13

'

**'04**
[9] 87:21 87:23 88:1 88:3 88:5 88:7 88:9 102:3 102:4
**'05**
[2] 87:22 88:6
**'72**
[1] 40:8
**'75**
[1] 33:22
**'94**
[1] 11:11
**'95**
[1] 50:23
**'97**
[1] 10:20

**0**

**05-482**
[1] 1:8

**1**

**1**
[8] 3:11 56:22 57:5 73:9 100:19 116:23 117:1 126:2
**10**
[4] 73:9 73:15 119:8 130:21
**11**
[1] 120:2
**12**
[1] 120:5
**12-22-52**
[1] 16:13
**127**
[1] 3:5
**132**
[1] 3:6
**14**
[1] 120:20
**14th**
[2] 1:19 5:20
**15**
[1] 28:20
**15-minute**
[1] 130:21
**17**
[1] 29:5
**18**
[1] 95:22
**1974**
[1] 18:20
**1975**
[3] 20:1 23:4 46:19
**1980**
[1] 35:4
**1986**
[1] 10:18

**2**

**2**
[1] 117:4
**20**
[4] 15:6 89:20 97:7 127:19
**2000**
[7] 29:3 33:22 35:1 35:2 35:4 35:12 44:18
**2001**
[1] 11:3
**2002**

[2] 44:22 46:13
**2003**
[1] 11:6
**2004**
[4] 8:4 8:11 8:13 87:15
**2005**
[4] 1:19 5:20 10:10 85:8
**229**
[1] 8:1
**23**
[1] 15:14
**24/7**
[1] 7:6
**25**
[2] 129:19 133:2
**2533**
[1] 2:13
**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**
[1] 16:11
**26**
[1] 13:19
**29000**
[1] 2:8

**3**

**3**
[3] 40:8 104:4 118:6
**30**
[2] 33:19 107:23
**32**
[1] 99:6
**35**
[5] 66:11 66:16 67:6 99:2 131:11
**36526**
[1] 2:9
**3:17**
[2] 1:20 5:21
**3rd**
[1] 100:19

**4**

**40**
[1] 99:7
**4239**
[1] 95:22
**45**
[3] 36:23 97:9 104:23

**5**

**5**
[2] 104:4 118:16
**50**
[1] 46:14
**51**
[2] 1:18 2:3
**56**
[1] 28:3
**57**
[1] 3:11
**5:30**
[1] 121:23

**6**

**6**
[4] 3:4 104:5 118:18 119:7
**60**
[1] 105:17
**65**
[1] 99:2

**7**

**7**

[1] 119:8
**70**
[2] 105:13 105:17
**75**
[1] 105:13
**7:00**
[2] 97:1 103:23
**7:15**
[1] 97:1
**7:30**
[2] 97:8 104:1

**8**

**8**
[1] 119:8
**800**
[1] 96:4
**888-866-8438**
[1] 96:5

**9**

**9**
[1] 119:8
**98**
[1] 2:8
**9:00**
[1] 131:1
**9:30**
[1] 131:1

**A**

**A-302**
[1] 2:9
**Able**
[4] 33:8 51:17 82:21 126:23
**Abuse**
[2] 53:19 53:21
**Abusing**
[1] 130:8
**Accident**
[85] 17:14 18:8 19:13 20:6 22:8 22:15 22:16 22:17 22:18 31:12 31:13 31:19 37:6 40:21 41:3 41:10 41:15 42:1 42:4 44:8 44:17 47:22 48:6 48:9 48:13 48:16 50:9 50:10 50:13 50:16 50:20 51:2 52:3 53:11 53:12 53:17 54:4 54:7 57:12 57:15 60:7 64:1 64:19 66:3 66:8 67:15 67:18 70:18 72:7 73:6 74:19 76:6 75:8 76:14 77:6 77:8 80:20 81:18 82:6 84:1 88:10 91:5 92:7 94:17 96:17 102:1 103:10 104:15 106:22 107:5 107:7 110:3 110:8 110:10 110:14 110:20 112:7 123:12 125:5 127:2 129:21 130:13 131:7 131:9 131:11
**Accidents**
[2] 31:16 31:16
**Accordance**
[2] 4:8 4:21
**According**
[1] 102:20
**Account**
[3] 51:22 84:16 96:11
**Acknowledging**
[1] 125:21
**Action**
[2] 1:7 135:16
**Active**
[1] 53:4
**Actual**
[4] 68:12 70:6 97:5 131:9
**Added**
[1] 133:18
**Addie**
[5] 14:15 14:16 14:17 15:1 23:15
**Additional**
[1] 121:16
**Address**

**JAMES DONALD HERRING**

[8] 7:23 8:16 11:16 15:20 36:9 36:15 38:21 39:
10
**Addressed**
[1] 41:3
**Administered**
[1] 48:2
**Admitted**
[1] 44:12
**Affect**
[1] 84:11
**Affirmatively**
[4] 22:1 38:13 102:16 108:5
**Aforementioned**
[1] 135:9
**Afterwards**
[1] 111:23
**Ago**
[13] 18:10 28:18 28:20 28:23 30:1 30:1 40:6 48:
18 49:6 51:15 78:17 129:20 133:1
**Agree**
[2] 116:9 121:14
**Agreed**
[1] 5:2
**Agreeing**
[1] 122:11
**Agreement**
[2] 121:13 122:18
**Ahead**
[6] 37:15 54:12 55:20 120:23 126:16 133:12
**Aid**
[1] 66:14
**Aiken**
[2] 32:1 32:1
**Airplanes**
[1] 22:5
**Airport**
[2] 52:13 52:14
**Al**
[1] 1:10
**Ala-Miss**
[3] 133:5 133:6 133:7
**Alabama**
[29] 1:2 1:18 2:4 2:9 2:14 4:10 4:13 4:22 5:5 5:
18 5:20 8:2 8:7 12:19 14:21 15:7 24:9 24:11 32:
6 32:9 39:20 48:3 48:5 49:2 49:3 72:20 94:22
135:4 135:22
**Alabama-Florida**
[1] 49:3
**Alcohol**
[3] 53:19 53:21 130:8
**Allowed**
[1] 88:16
**Alone**
[1] 90:7
**Ambulance**
[1] 113:22
**Amount**
[1] 109:21
**Andrews**
[1] 112:9
**Angle**
[1] 83:5
**Anne**
[5] 2:21 4:6 4:14 5:16 135:21
**Annually**
[3] 66:6 128:13 133:16
**Answer**
[5] 54:12 108:18 108:18 116:6 116:7
**Answers**
[1] 135:10
**Anyway**
[2] 44:23 59:17
**Anywise**
[1] 135:17
**Apartment**

[1] 16:6
**Apnea**
[1] 115:10
**Appear**
[1] 121:15
**Appendicitis**
[2] 50:22 51:7
**Appendix**
[1] 50:23
**Applicable**
[3] 4:9 4:12 4:21
**Applied**
[2] 16:19 16:23
**Appointment**
[5] 61:10 100:13 100:15 100:17 102:4
**Appointments**
[3] 73:3 100:2 100:6
**Appreciate**
[1] 124:23 126:8 134:8
**Approach**
[1] 107:14
**Approached**
[1] 106:21
**April**
[1] 91:12
**Archived**
[1] 102:22
**Area**
[8] 18:23 23:17 23:19 24:12 27:21 43:6 79:1 90:
8
**Argued**
[3] 26:16 27:2 27:4
**ARI**
[1] 20:11
**Arlene**
[1] 23:21
**Arrested**
[3] 20:16 20:18 127:18
**Arrived**
[1] 112:1
**Asleep**
[1] 114:23
**Assigned**
[1] 9:18
**Assistance**
[1] 34:2
**Associate**
[1] 32:16
**Assume**
[9] 18:9 47:2 61:20 91:7 92:13 96:21 100:12
107:22 114:14
**Assumed**
[1] 116:12
**Atlanta**
[1] 103:22
**Attends**
[2] 14:23 15:3
**Attention**
[4] 7:12 74:8 107:16 120:6
**Attorneys**
[6] 2:3 2:8 2:13 4:3 116:4 116:5
**August**
[1] 102:1
**Automobile**
[5] 19:17 31:12 31:15 31:16 120:17
**Automobiles**
[1] 11:9
**Avenue**
[3] 8:1 8:16 11:16
**Averaged**
[1] 128:12
**Aware**
[1] 50:2
**Awhile**

[1] 35:23

## B

**Background**
[1] 120:7
**Bad**
[5] 7:12 50:8 70:18 73:7 73:15
**Balance**
[10] 59:6 59:7 59:7 60:8 72:3 76:13 76:17 76:22
83:8 83:20
**Bandage**
[1] 56:16
**Based**
[5] 68:1 109:6 121:6 121:10 124:16
**Basic**
[1] 35:13
**Basis**
[1] 101:23
**Baxter**
[2] 28:13 30:4
**Bay**
[1] 21:16
**Beamed**
[1] 31:17
**Beard**
[5] 72:20 72:23 78:12 78:14 78:15
**Beasley**
[8] 1:8 1:9 6:9 105:4 106:12 111:16 115:19 115:
23
**Beasley's**
[1] 105:11
**Beech**
[3] 12:9 85:20 85:22
**Beer**
[2] 130:8 130:10
**Beetle**
[1] 11:7
**Begged**
[1] 88:16
**Begin**
[1] 7:13
**Beginning**
[2] 6:21 74:18
**Behalf**
[1] 19:15
**Behind**
[1] 116:11
**Below**
[1] 49:1
**Benefield**
[1] 23:21
**Benefits**
[2] 16:20 16:23
**Beside**
[1] 83:17
**Best**
[3] 74:4 93:6 112:1
**Better**
[6] 52:1 59:14 66:20 67:12 67:12 70:20
**Between**
[3] 4:2 67:11 97:1
**Big**
[2] 35:17 131:2
**Bills**
[2] 22:9 22:15
**Birmingham**
[1] 61:23
**Birth**
[1] 16:13
**Birthday**
[1] 16:15
**Bit**
[5] 42:16 67:12 69:13 106:15 106:17 106:18
**Black**

[5] 58:11 58:11 58:12 58:15 119:22
**Blanks**
[1] 38:9
**Bleeding**
[3] 80:17 80:22 81:4
**Blended**
[2] 98:1 98:8
**Blood**
[6] 14:18 41:21 45:10 45:11 48:7 48:11
**Blue**
[13] 47:7 47:7 47:9 47:13 48:1 48:2 48:2 48:3 48:4 48:4 119:3 119:17 119:18
**Boat**
[4] 21:9 21:11 21:20 59:21
**Bob**
[3] 58:1 85:22 86:1
**Bone**
[1] 79:18
**Bones**
[1] 80:14
**Bonus**
[1] 104:10
**Book**
[9] 35:21 35:22 46:7 75:12 75:19 100:13 100:20 102:5 102:5
**Books**
[2] 98:19 102:9
**Bothering**
[1] 128:21
**Bottom**
[1] 117:5
**Bought**
[2] 34:22 35:5
**Bow**
[1] 59:21
**Box**
[2] 2:13 109:12
**Brain**
[3] 61:1 80:16 80:17
**Break**
[1] 127:16
**Brick**
[1] 8:20
**Bring**
[3] 35:10 37:17 128:3
**Brock**
[4] 13:6 13:7 14:1 14:4
**Broke**
[1] 17:22
**Broken**
[2] 18:21 79:17
**Brother**
[1] 33:15
**Brought**
[2] 32:6 122:6
**Brown**
[1] 112:17
**Bruce**
[2] 14:13 15:13
**Bruises**
[1] 60:10
**Bruising**
[1] 58:11
**Building**
[2] 36:7 36:10
**Burke**
[1] 14:19
**Burning**
[1] 34:15
**Business**
[9] 6:9 17:4 30:12 30:16 96:11 101:14 101:14 101:18 133:10
**Busy**
[1] 63:11

**Buy**
[1] 98:2

## C

**Caffeine**
[5] 46:8 45:14 45:15 123:8 123:14
**Calculator**
[2] 99:6 99:11
**Calendar**
[5] 75:22 76:7 76:9 100:13 102:4
**Calm**
[1] 79:13
**Calmed**
[1] 113:17
**Camp**
[2] 86:21 87:14
**Campaign**
[1] 30:21
**Cannot**
[2] 52:9 119:15
**Car**
[1] 17:23
**Card**
[1] 84:18
**Cardiologist**
[3] 45:21 46:4 46:5
**Careful**
[2] 29:16 60:1
**Carlo**
[1] 10:22
**Carolina**
[7] 13:13 32:2 32:4 40:13 40:14 40:16 92:3
**Carried**
[1] 113:22
**Carrier**
[3] 19:19 19:23 47:23
**Carry**
[2] 75:23 124:8
**Carrying**
[1] 96:16
**Cars**
[2] 9:11 9:12
**Case**
[16] 18:3 25:4 26:17 39:4 39:4 39:7 39:8 58:23 62:14 62:20 121:12 121:14 121:16 121:17 122:5 122:7
**Cases**
[2] 29:23 30:17
**Cath**
[1] 123:5
**Catheterization**
[1] 45:5
**Caused**
[7] 45:8 51:16 68:1 68:8 68:22 68:22 81:4
**Causes**
[1] 123:14
**Cell**
[4] 96:1 96:7 96:13 96:16
**Certain**
[3] 99:23 103:1 103:3
**Certainly**
[2] 80:20 122:8
**Certification**
[1] 4:14
**Certify**
[2] 5:17 135:7 135:15
**Chance**
[1] 63:11
**Change**
[2] 77:3 82:3
**Changed**
[1] 70:13
**Changes**

[1] 84:2
**Chapman**
[3] 39:20 39:21 39:22
**Characterization**
[1] 124:16
**Characterized**
[1] 129:17
**Charges**
[8] 24:22 25:1 25:6 25:7 26:1 26:18 28:8 28:10
**Chase**
[1] 128:2
**Chatom**
[18] 8:7 12:19 14:21 28:4 29:5 32:8 33:5 33:21 42:13 43:6 43:17 44:5 44:11 50:20 85:23 107:11 118:5 132:20
**Check**
[2] 64:16 83:13
**Chest**
[2] 117:12 117:13
**Child**
[1] 13:23
**Children**
[2] 13:14 24:4
**Children's**
[1] 24:5
**Chiropractors**
[2] 48:13 48:15
**Chunk**
[1] 56:11
**Church**
[3] 31:5 112:16 112:17
**Circuit**
[2] 1:1 28:16
**Cited**
[1] 24:17
**Citronelle**
[17] 23:1 27:21 29:3 35:14 36:3 93:1 97:7 97:8 105:2 107:18 107:20 117:20 118:20 119:13 119:15 131:5 132:8
**City**
[7] 8:17 32:11 32:13 32:14 32:20 107:17 117:7
**Civil**
[6] 1:7 4:10 4:13 4:22 5:5 5:18
**Claim**
[3] 22:8 62:14 120:16
**Claiming**
[3] 54:6 58:23 60:6
**Claims**
[1] 22:19
**Clarify**
[2] 122:1 127:15
**Clean**
[1] 70:11
**Cleaned**
[1] 65:19
**Clerk**
[1] 38:19
**Climb**
[1] 91:1
**Clinch**
[1] 18:17
**Clinic**
[3] 43:18 44:5 132:20
**Clock**
[2] 84:14 84:14
**Close**
[2] 27:15 34:12
**Closed**
[1] 35:1
**Closer**
[1] 98:12
**Club**
[2] 85:10 85:11
**Clubhouse**

[1] 86:19
**Coffee**
[1] 76:3
**Cold**
[1] 42:7
**College**
[6] 11:13 17:15 32:10 32:13 32:14 40:2
**Color**
[1] 10:1
**Colored**
[1] 119:23
**Comb**
[1] 79:5
**Combine**
[1] 98:5
**Comfort**
[1] 83:23
**Comfortable**
[5] 81:22 82:5 82:6 83:23 84:23
**Comfortably**
[1] 83:16
**Coming**
[15] 29:6 63:2 63:8 79:8 92:16 105:16 105:18 106:1 106:3 106:5 106:12 106:19 107:5 108:1 114:10
**Commencing**
[2] 1:20 5:21
**Commission**
[1] 104:9
**Common**
[2] 107:20 109:5
**Community**
[5] 12:18 30:15 32:13 32:14 33:3
**Commuted**
[1] 101:18
**Commuting**
[2] 101:13 101:14
**Comp**
[5] 22:14 22:19 61:11 65:13 124:2
**Company**
[14] 6:11 10:13 15:18 16:7 20:9 20:12 20:15 35:17 40:21 101:13 101:21 103:8 103:21 128:13
**Company-owned**
[1] 20:9
**Compared**
[1] 74:5
**Compensated**
[1] 123:23
**Compensation**
[1] 22:8
**Complain**
[1] 42:3
**Complained**
[2] 42:6 115:12
**Complaining**
[1] 42:9
**Complaint**
[5] 124:12 125:4 129:11 129:23 130:5
**Complaints**
[1] 129:2
**Computer**
[3] 38:11 75:1 76:9
**Concede**
[1] 47:19
**Concept**
[1] 108:6
**Concern**
[2] 126:8 126:9
**Concerned**
[3] 60:21 61:2 72:4
**Conde**
[3] 8:1 8:16 11:16
**Condominium**
[1] 8:23

**Conducted**
[1] 122:13
**Congratulations**
[1] 9:8
**Connected**
[1] 70:3
**Conscious**
[1] 56:3
**Consciousness**
[1] 114:2
**Consider**
[2] 125:10 126:19
**Considers**
[1] 15:10
**Construction**
[1] 40:5
**Consult**
[1] 98:19
**Consulted**
[1] 58:3
**Contact**
[1] 51:10
**Contacts**
[2] 75:13 102:14
**Contract**
[9] 37:20 38:8 95:9 95:15 130:20 133:12 133:16 133:18 134:3
**Contractor**
[1] 98:9
**Contracts**
[3] 37:19 38:17 133:17
**Controlled**
[1] 34:15
**Conversation**
[1] 80:21
**Conversations**
[1] 68:2
**Corner**
[1] 23:19
**Correct**
[2] 129:8 135:13
**Corrective**
[1] 51:12
**Corvette**
[1] 10:18
**Cosmetically**
[1] 55:17
**Costs**
[3] 86:8 86:10 121:17
**Cottage**
[1] 16:3
**Counsel**
[2] 5:19 135:16
**Counselled**
[1] 63:14
**Counting**
[1] 22:14
**Country**
[3] 106:16 106:17 106:17
**County**
[13] 1:2 12:20 18:12 18:18 23:17 24:4 24:9 24:10 30:12 85:14 91:19 91:22 135:5
**Couple**
[13] 24:21 25:1 57:11 58:6 59:20 73:8 78:17 80:4 109:17 110:12 119:9 121:23 127:15
**Course**
[8] 43:7 51:17 54:22 59:5 60:9 82:17 94:18 106:1
**Court**
[12] 1:1 2:21 5:16 26:6 26:8 28:15 28:16 30:16 62:19 122:15 127:21 135:22
**Courthouse**
[2] 31:6 31:9
**Cousin**

[1] 24:1
**Cousins**
[1] 23:18
**Coverages**
[1] 47:16
**Covered**
[2] 84:22 127:6
**Crack**
[2] 78:19 78:20
**Cracked**
[6] 54:13 54:15 54:19 58:18 72:17 78:22
**Cracks**
[1] 69:9
**Crazy**
[1] 70:10
**Cream**
[1] 119:23
**Cream-colored**
[1] 119:23
**Crew**
[3] 94:22 95:4 97:6
**Crop**
[2] 60:14 60:20
**Cross**
[4] 47:7 48:2 48:3 48:4
**Cross/Blue**
[3] 47:9 47:13 48:1
**Crowned**
[1] 81:13
**Crowns**
[4] 72:16 72:18 81:12 81:12
**Cruise**
[3] 35:7 83:11 83:12
**Cruised**
[1] 34:14
**Cruising**
[3] 82:18 82:20 99:22
**Current**
[3] 7:23 53:10 85:5
**Custody**
[1] 20:23
**Customer**
[1] 133:3
**Customs**
[1] 107:15
**Cut**
[6] 54:23 55:10 56:7 57:14 58:20 128:2
**Cuts**
[2] 60:9 78:23

**D**

**D/b/a**
[1] 1:9
**Dale**
[1] 18:5
**Damage**
[3] 36:13 49:23 60:3
**DAPHNE**
[1] 2:9
**Dark**
[1] 29:21
**Date**
[5] 6:17 16:13 57:10 92:6 123:18
**Daughter**
[2] 14:22 96:15
**Dauphin**
[6] 8:1 8:17 11:17 15:20 65:4 77:20
**Day-to-day**
[1] 37:7
**Days**
[5] 7:1 43:7 57:14 74:19 129:22
**Dead**
[1] 44:1

**Deal**
[9] 26:15 37:9 59:2 59:8 70:21 74:7 75:13 75:18 121:14

**Dealers**
[1] 37:9

**Dealing**
[3] 74:17 82:7 133:4

**Deals**
[2] 35:9 37:13

**December**
[2] 1:19 5:20

**Decide**
[3] 51:16 62:19 99:1

**Deciding**
[1] 97:19

**Decision**
[5] 62:11 62:17 62:21 63:12 98:19

**Decisions**
[1] 74:14

**Deer**
[5] 88:12 89:13 94:22 97:3 97:4

**Defendant**
[1] 121:8

**Defendant's**
[3] 3:11 56:22 57:5

**Defendants**
[4] 1:11 2:7 122:6 122:8

**Defense**
[1] 121:17

**Definitely**
[1] 77:7

**Degree**
[2] 32:15 32:16

**Deliver**
[1] 37:13

**Delivered**
[1] 5:1

**Deliveries**
[3] 105:10 105:16 133:23

**Delivering**
[1] 133:13

**Demolished**
[1] 36:12

**Dental**
[3] 51:21 73:3 78:18

**Dentist**
[2] 72:21 78:13

**Department**
[4] 33:4 39:14 39:16 113:4

**DEPONENT**
[1] 134:10

**Deposition**
[7] 1:15 4:4 4:8 4:17 5:4 121:6 135:1

**Derato**
[2] 103:14 103:14

**Describe**
[2] 67:10 74:4

**Description**
[4] 34:5 35:18 40:22 41:5

**Desk**
[3] 75:2 75:3 76:3

**Determination**
[1] 125:8

**Determine**
[1] 98:22

**Determines**
[1] 101:13

**Diabetes**
[1] 41:21

**Diagnosed**
[1] 115:9

**Dial**
[1] 96:9

**Dickie**

[3] 85:17 86:4 86:12

**Died**
[1] 43:23

**Difference**
[1] 67:10

**Different**
[13] 32:22 32:23 43:1 47:10 47:15 52:8 61:13 61:15 62:21 98:2 105:19 106:14 106:15

**Digit**
[1] 98:3

**Diplomate**
[1] 4:6

**Direction**
[3] 36:20 106:12 107:4

**Directions**
[1] 105:19

**Directly**
[1] 80:22

**Disability**
[4] 16:20 16:23 124:13 124:18

**Disabled**
[4] 124:13 125:5 125:10 126:19

**Discard**
[1] 103:4

**Discovery**
[1] 122:12

**Discussed**
[2] 60:22 61:2

**Dismiss**
[1] 121:12

**Dismissal**
[2] 26:1 26:5

**Dismissed**
[7] 24:22 25:1 26:18 28:11 28:12 61:4 122:15

**Distant**
[1] 23:18

**District**
[2] 28:15 28:17

**Dizziness**
[3] 129:2 129:16 129:23

**Dizzy**
[1] 42:10

**Dock**
[1] 21:20

**Doctor**
[27] 6:19 42:3 42:9 42:13 45:20 48:8 52:2 52:4 60:18 61:3 64:10 64:14 64:22 65:16 70:4 70:8 72:19 78:5 78:7 78:10 80:17 88:14 115:12 123:4 129:23 132:18 132:22

**Doctor's**
[1] 71:6

**Doctors**
[12] 42:18 52:21 53:2 60:12 64:3 68:2 69:16 71:3 76:16 77:18 124:17 132:21

**Doctors'**
[1] 69:5

**Document**
[2] 41:1 100:16

**Dog**
[1] 89:15

**Dogs**
[1] 89:14

**Doke**
[1] 119:21

**Dollars**
[4] 98:10 98:12 99:7 99:7

**Donald**
[14] 1:5 1:15 4:5 5:21 6:1 6:13 42:14 43:3 43:3 44:23 45:17 127:15 128:11 135:1

**Done**
[7] 35:12 35:13 37:21 51:22 72:16 80:4 133:16

**Door**
[1] 87:1

**Dothan**
[1] 24:12

**Douglas**
[1] 23:21

**Dow**
[2] 103:14 103:14

**Down**
[39] 17:18 29:13 29:16 29:18 31:17 35:18 36:7 38:2 52:10 55:10 58:2 59:10 59:11 60:14 63:13 69:14 70:22 74:9 74:11 74:18 77:13 78:4 78:5 82:13 84:19 84:19 90:9 101:3 101:8 113:8 113:17 122:14 127:19 131:10 131:19 131:22 132:2 132:9 135:9

**Dr**
[28] 42:14 43:3 43:7 43:8 44:1 44:1 44:23 45:2 45:17 49:11 52:18 62:7 63:1 63:22 64:4 64:5 64:5 7 64:14 72:1 72:20 72:23 76:20 76:21 78:12 78:1 74 78:15 132:20 132:21

**Drink**
[2] 130:8 130:11

**Drive**
[10] 9:9 9:11 9:13 9:16 9:19 10:2 90:11 90:12 99:16 101:2

**Driven**
[1] 109:6

**Driver**
[3] 17:23 19:8 111:2

**Driver's**
[2] 15:7 40:15

**Drives**
[2] 10:23 89:13

**Driving**
[7] 10:8 20:5 24:17 29:20 128:16 131:10 132:11

**Dropped**
[1] 25:6

**Drove**
[2] 91:16 94:18

**Drug**
[2] 53:18 53:23

**Duffy**
[1] 52:18

**Duly**
[1] 6:2

**Duplex**
[1] 8:23

**During**
[5] 24:17 40:9 47:11 89:1 127:16

**E**

**Ear**
[31] 6:23 7:7 54:23 55:2 55:3 55:7 56:4 56:7 56:8 56:11 56:12 56:13 56:14 57:1 58:19 60:3 60:3 60:8 65:3 65:19 66:17 67:6 67:8 67:14 68:1 68:12 68:13 70:5 70:6 70:8 70:10

**Early**
[6] 7:1 16:15 70:9 74:19 122:4 130:23

**Ears**
[1] 65:23

**Easier**
[1] 71:10

**East**
[4] 9:7 28:4 106:2 106:6

**EBRA**
[1] 51:22

**Editor**
[1] 117:21

**Education**
[1] 32:19

**Effect**
[1] 110:23

**Effort**
[1] 121:19

**Eight**
[1] 27:18

**Either**
[14] 22:16 25:11 26:17 26:23 27:8 38:1 43:10 45:13 62:18 64:23 69:5 93:7 121:12 133:20

**EKG**
[1] 44:23
**Elder**
[1] 91:20
**Elected**
[2] 30:14 90:6
**Email**
[2] 38:21 39:9
**Embargo**
[1] 40:9
**Emergency**
[3] 44:12 67:19 92:22
**Employed**
[2] 22:21 22:23
**Employer's**
[1] 10:6
**EMT**
[1] 32:22
**End**
[5] 9:7 88:13 109:18 122:3 133:13
**Ends**
[1] 109:16
**Enemy**
[1] 120:14
**Enforcement**
[1] 21:1
**Entails**
[1] 63:14
**Entered**
[1] 131:22
**Enterprises**
[1] 133:5
**Enters**
[1] 38:20
**Entire**
[1] 124:3
**Entirely**
[1] 58:20
**Entitlement**
[1] 122:9
**Especially**
[2] 73:8 74:16
**Esquire**
[4] 2:5 2:11 2:15 5:1
**Establish**
[1] 26:15
**Estimate**
[2] 99:21 100:1
**Et**
[1] 1:10
**Evaluation**
[1] 72:1
**Eventually**
[1] 37:4
**Ex**
[1] 40:19
**Exact**
[2] 16:6 92:6
**Exactly**
[3] 27:11 41:2 56:7
**Exam**
[1] 64:15
**Examination**
[6] 3:2 4:4 5:22 6:6 127:13 132:16
**Examinations**
[1] 46:18
**Examined**
[1] 6:4
**Example**
[3] 37:8 57:22 99:1
**Exams**
[2] 65:19 66:6
**Exceeding**

[1] 131:11
**Except**
[1] 4:17
**Excuse**
[2] 73:19 87:22
**Exhibit**
[4] 3:11 56:22 57:5 116:23
**EXHIBITS**
[1] 3:9
**Expectation**
[1] 124:17
**Expend**
[1] 121:16
**Expenses**
[2] 121:17 123:18
**Expert**
[1] 108:15
**Explained**
[1] 68:16
**Eye**
[6] 52:2 58:11 64:14 78:5 78:7 78:9
**Eyes**
[3] 58:12 58:15 64:17

## F

**F150**
[1] 9:21
**Face**
[6] 37:21 37:21 69:14 69:14 118:8 118:12
**Facing**
[1] 112:8
**Fact**
[7] 27:1 41:3 51:15 61:12 74:2 109:1 124:16
**Facts**
[1] 92:8
**Faint**
[2] 42:10 129:3
**Fair**
[2] 109:1 116:9
**Falling**
[1] 83:7
**Familiar**
[6] 95:2 108:1 108:6 108:20 108:23 131:3
**Family**
[9] 9:3 9:4 16:22 23:13 23:16 40:18 40:19 42:13 74:21
**Far**
[16] 36:16 41:4 58:17 61:1 66:23 72:3 78:23 80:11 80:15 86:8 106:10 106:23 109:9 109:11 110:16 132:5
**Farm**
[2] 19:22 20:3
**Fast**
[2] 106:21 132:13
**Father**
[1] 14:18
**February**
[2] 92:5 100:19
**Feet**
[5] 21:13 21:14 109:17 109:17 109:17
**Fell**
[1] 31:17
**Fellow**
[5] 111:6 119:21 119:22 120:6 120:19
**Felt**
[1] 78:21
**Ferguson**
[1] 18:5
**Fertilizing**
[1] 86:9
**Few**
[7] 6:2 20:29:13 43:3 57:14 66:5 94:20 129:22
**Fifteen**
[7] 24:16 30:1 43:13 47:5 49:14 86:16 128:12

**Fifth**
[1] 77:10
**Figure**
[2] 99:6 99:12
**File**
[4] 47:15 47:19 120:22 121:13
**Filed**
[5] 6:10 18:6 18:9 18:11 122:14
**Filing**
[1] 4:17
**Fill**
[2] 38:9 40:20
**Fine**
[4] 117:2 126:13 126:16 128:6
**Finish**
[2] 125:12 125:17
**Fire**
[1] 33:4
**Firmly**
[1] 59:13
**First**
[14] 6:2 12:22 13:3 25:15 28:2 28:19 33:2 67:16 67:16 67:17 73:8 77:1 77:8 118:4
**Fish**
[2] 21:8 21:15
**Fishing**
[3] 59:20 82:10 91:9
**Five**
[4] 33:23 42:8 128:15 131:6
**Fixed**
[1] 95:14
**Florala**
[2] 49:2 49:2
**Florida**
[4] 18:7 32:11 49:3 127:19
**Fly**
[1] 91:15
**Folks**
[2] 61:11 65:13
**Follow-ups**
[1] 46:21
**Followed**
[1] 64:7
**Following**
[1] 5:23
**Follows**
[1] 6:5
**Foot**
[1] 132:6
**Football**
[1] 118:5
**Ford**
[2] 9:15 9:21
**Foregoing**
[3] 5:18 135:8 135:12
**Forehead**
[4] 56:23 58:19 68:19 79:1
**Forest**
[1] 35:16
**Forestry**
[2] 32:7 32:17
**Forever**
[1] 116:13
**Forget**
[1] 7:20
**Forgets**
[1] 72:9
**Forgive**
[1] 56:10
**Forgot**
[1] 78:4
**Form**
[17] 4:19 25:13 38:8 41:17 47:18 54:11 68:4 73:12 73:21 74:3 81:20 83:19 108:11 124:15 124:

21 125:7 131:14
**Forty**
[1] 98:12
**Four**
[4] 22:3 107:12 107:13 109:17
**Four-wheelers**
[1] 22:3
**Fracture**
[2] 60:23 80:12
**Fractured**
[4] 54:15 54:16 58:18 79:10
**Frame**
[1] 8:22
**Frank**
[5] 85:17 86:3 86:4 86:12 86:21
**Frank's**
[1] 87:5
**Franklin**
[1] 13:17
**Frankly**
[1] 92:19
**Friend's**
[1] 31:5
**Friends**
[4] 85:12 85:13 85:16 85:18
**Front**
[2] 30:17 112:8
**Full**
[6] 6:12 11:21 12:6 40:1 122:9 122:18
**Full-time**
[1] 40:1
**Functioning**
[1] 66:13

## G

**Games**
[1] 118:5
**Gander**
[1] 55:6
**Gas**
[1] 132:7
**Gasoline**
[1] 101:4
**Gate**
[1] 87:7
**Gear**
[1] 112:14
**General**
[1] 34:5
**Generally**
[1] 90:1
**Geneva**
[2] 24:9 24:10
**Gentleman's**
[1] 57:19
**George**
[1] 91:22
**Georgia**
[6] 18:8 18:9 18:11 18:12 18:18 51:3
**GILLILAND**
[1] 2:7
**Given**
[1] 135:14
**Glasses**
[2] 51:18 119:19
**Gloves**
[1] 119:3
**Gonna**
[19] 34:8 34:9 37:17 51:22 54:4 56:21 60:15 69:17 87:4 92:9 92:13 106:14 106:18 117:11 122:4 124:20 124:20 124:23 130:17
**Goodness**
[1] 69:19
**Gosh**

**Grade**
[1] 99:8
**Graduated**
[31] 11:13 32:7 92:4
**Grass**
[2] 112:9 112:19
**Gray**
[2] 118:2 118:3
**Great**
[1] 109:21
**Grip**
[1] 77:15
**Gross**
[1] 56:10
**Ground**
[4] 34:13 90:7 90:9 98:22
**Group**
[4] 89:9 89:11 91:13 91:17
**Growing**
[1] 22:15
**Guess**
[31] 8:8 8:10 19:12 24:14 26:2 30:12 47:14 54:18 55:19 66:5 67:15 68:5 69:21 71:9 79:18 79:20 82:9 83:8 84:2 90:19 91:12 92:2 93:11 110:13 112:4 114:10 115:21 116:12 116:21 118:4 123:15
**Gulf**
[2] 13:22 21:16
**Gun**
[1] 88:14
**Guy**
[9] 53:1 100:22 114:5 117:6 118:19 119:1 119:10 119:16 134:5
**Guys**
[2] 113:3 130:18

## H

**Habit**
[2] 107:18 131:15
**Hair**
[4] 55:14 57:14 79:5 79:5
**Half**
[5] 9:13 36:19 56:12 107:12 130:17
**Half-ton**
[1] 9:13
**Hand**
[6] 75:22 92:19 93:15 93:19 94:2 110:2
**Hang**
[1] 109:9
**Hanging**
[2] 56:14 108:2
**Happy**
[1] 113:10
**Hard**
[4] 42:5 105:22 106:13 117:9
**Hardware**
[1] 112:9
**HASHAM**
[1] 46:1
**Hashby**
[1] 45:23
**Hashimi**
[2] 46:2 46:1
**Hate**
[1] 128:2
**Hattiesburg**
[1] 12:3
**Haul**
[1] 98:6
**Head**
[7] 21:17 31:18 60:13 60:23 68:1 70:7 129:19
**Headache**
[1] 50:7

**Headaches**
[4] 50:4 50:5 50:15 50:17
**Headed**
[4] 42:4 42:10 104:16 116:11
**Headedness**
[3] 129:2 129:16 130:1
**Heal**
[1] 79:19
**Healed**
[2] 79:1 80:12
**Healing**
[1] 79:22
**Health**
[3] 41:14 47:23 49:14
**Hear**
[3] 7:6 67:20 115:4
**Heard**
[11] 44:4 52:23 54:2 110:9 110:18 110:19 110:22 111:1 111:11 111:12 111:20
**Hearing**
[26] 6:15 6:17 6:19 6:22 7:9 7:11 59:1 64:22 65:18 65:21 66:2 66:6 66:7 66:14 66:17 66:21 67:5 68:1 68:8 68:23 70:3 73:15 73:17 77:19 111:8 135:14
**Hearsay**
[1] 112:6
**Heart**
[4] 45:5 46:9 123:5 123:14
**Heartbeat**
[2] 45:1 123:16
**Heat**
[4] 129:20 130:2 130:6 132:18
**Heavier**
[1] 106:19
**Heavy**
[1] 33:13
**Height**
[1] 82:8
**Heights**
[2] 82:7 83:17
**Held**
[2] 5:23 33:20
**Help**
[2] 17:15 17:17
**Helped**
[1] 34:2
**Hereby**
[1] 135:7
**Hereinafter**
[1] 4:17
**Hereto**
[2] 4:3 5:3
**Herring**
[16] 1:5 1:16 4:5 5:21 6:1 6:8 6:13 6:14 12:11 12:12 12:13 12:17 13:17 29:14 58:2 135:1
**HIGGINS**
[1] 2:7
**High**
[9] 31:22 32:1 32:19 41:21 45:10 45:11 48:7 48:11 82:11
**Highway**
[7] 2:8 16:2 28:3 29:5 93:17 104:23 128:17
**Hilben**
[1] 91:22
**Hill**
[4] 16:3 82:12 82:13 82:14
**Hired**
[1] 32:8
**Hit**
[3] 17:18 17:20 18:1
**Hitson**
[52] 2:7 2:10 3:4 3:6 5:1 6:7 6:8 22:13 25:14 25:21 26:4 26:9 26:20 34:10 41:3 43:19 44:3 47:21 54:14 57:7 58:4 62:22 63:19 65:15 68:10 72:2 73:13 73:23 78:11 82:2 83:21 89:22 108:12

108:22 115:17 116:8 116:14 116:18 123:2 124:
19 125:2 125:9 125:15 126:1 126:4 126:12
126:18 127:3 128:1 128:8 131:13 132:17

**Hobbies**
[2] 21:5 21:7

**Hobson**
[1] 12:18

**Hold**
[5] 59:12 59:13 59:22 77:14 83:6

**Holston**
[44] 2:5 3:5 25:12 25:19 25:23 26:13 34:7 41:16
47:17 54:10 57:23 62:3 62:10 63:3 65:5 65:9 68:
3 71:23 73:11 73:20 78:1 78:8 81:19 83:18 88:2
108:10 108:14 116:3 121:2 121:21 122:17 122:
22 124:14 124:22 125:6 125:11 125:16 125:22
126:7 126:15 126:21 127:14 128:5 128:10

**HOLTSFORD**
[1] 2:7

**Home**
[12] 8:7 8:14 9:3 9:4 11:23 12:1 15:10 29:8 57:
15 76:4 101:10 104:2

**Hospital**
[10] 41:12 44:10 50:19 50:21 51:3 51:6 51:8 58:
6 80:5 80:8

**Hospitalized**
[1] 41:9

**Hour**
[3] 27:19 107:2 131:12

**Hours**
[2] 84:13 100:10

**House**
[7] 8:8 8:21 8:22 31:5 39:13 57:20 87:10

**Houses**
[2] 8:5 90:2

**How'd**
[1] 118:4

**Howard**
[10] 2:12 2:15 43:16 43:22 44:4 62:6 89:18 121:
18 122:10 122:19

**Hubbard**
[4] 43:8 43:9 44:1 132:21

**Huge**
[2] 59:7 109:13

**Hunt**
[7] 21:8 85:11 85:19 86:4 87:4 87:15 89:6

**Hunted**
[2] 89:3 90:9

**Hunting**
[10] 82:10 85:5 85:9 86:12 88:4 88:5 88:8 89:23
91:11 91:18

**Hurry**
[3] 126:5 126:14 130:14

**Hurt**
[1] 79:3

### I

**Idea**
[3] 59:17 66:21 105:11

**IDENTIFICATION**
[1] 67:6

**Imagine**
[6] 73:16 75:20 97:14 97:16 130:16 131:2

**Immediate**
[1] 16:22

**Immediately**
[3] 27:13 77:8 80:20

**Impact**
[2] 116:2 131:9

**Implies**
[1] 26:1

**Improve**
[1] 77:4

**Improved**
[7] 7:1 66:11 73:6 74:22 77:5 77:9 77:11

**Improves**

[1] 77:1

**In-house**
[1] 39:13

**Inc**
[5] 1:10 6:11 121:7 122:12 122:15

**Incident**
[1] 123:4

**Incorrect**
[1] 121:7

**Individually**
[1] 1:9

**Infirmary**
[2] 41:13 51:9

**Information**
[4] 38:18 47:14 47:20 102:21

**Injured**
[2] 61:1 64:19

**Injuries**
[10] 22:18 31:15 31:16 54:3 58:17 58:23 60:6
60:13 60:22 76:12

**Injury**
[6] 54:6 67:23 68:8 68:12 70:14 72:12

**Inner**
[2] 60:3 70:5

**Inside**
[2] 70:6 94:3

**Instance**
[1] 121:9

**Insurance**
[5] 19:17 20:14 46:23 47:16 47:23

**Insured**
[2] 20:3 20:6 20:8

**Interested**
[1] 135:17

**International**
[6] 20:11 23:1 23:3 32:8 38:22 102:10

**Interrogatory**
[1] 78:3

**Interrupt**
[4] 26:12 126:2 128:3 128:9

**Intersection**
[11] 92:17 92:17 94:11 94:11 106:4 106:5 106:9
106:11 106:22 107:14 109:7

**Introduced**
[1] 31:3

**Investigator**
[1] 58:1

**Involve**
[1] 128:16

**Involved**
[1] 86:8

**IP**
[10] 23:9 33:17 33:20 34:20 35:17 38:8 38:14
39:10 40:1 96:12

**Ipaper**
[1] 39:6

**Ipaper.com**
[2] 39:2 39:3

**Irregular**
[2] 45:1 123:15

**Irregularities**
[2] 45:1 46:19

**Irregularity**
[2] 45:7 123:15

**Island**
[6] 8:1 8:17 9:6 11:17 15:20 21:18

**Issue**
[4] 59:7 60:12 76:22 82:7

**Issues**
[2] 128:19 128:20

**It'd**
[1] 106:13

**Itched**
[1] 70:10

**Itself**
[2] 59:9 131:9

### J

**Jackson**
[4] 64:14 72:20 77:19 78:4

**James**
[7] 1:5 1:15 4:5 5:21 6:1 6:13 135:1

**James.Herring**
[1] 39:1.

**James.Herring@ipaper.com**
[1] 38:23

**January**
[6] 10:10 87:18 87:20 87:21 88:6 88:9

**Jeans**
[1] 119:22

**Job**
[20] 33:11 34:5 34:6 35:18 37:7 37:16 40:1 55:
23 66:4 74:16 82:17 84:20 90:22 91:7 111:16
128:16 129:21 129:22 130:21 133:13

**Jobs**
[2] 33:19 34:19

**John**
[1] 37:2

**Johnson**
[5] 37:2 48:17 48:19 49:11 49:11

**Joseph**
[2] 1:18 2:3

**Joyce**
[1] 105:1

**Judge**
[10] 25:3 25:4 26:17 28:7 28:13 28:13 28:15 28:
16 30:4 30:11

**Judgment**
[1] 98:14

**Judson**
[5] 1:9 6:11 121:7 122:12 122:15

### K

**Kansas**
[1] 91:11

**Katrina**
[1] 36:11

**Keep**
[10] 36:23 74:21 75:23 76:2 76:9 83:7 101:6
102:17 102:22 103:1

**Ken**
[4] 6:8 62:5 125:12 125:17

**Kenneth**
[2] 2:10 5:1

**Kept**
[2] 65:19 75:19

**Key**
[5] 87:2 87:7 87:10 87:12 87:13

**Kid**
[1] 71:11

**Kin**
[1] 135:16

**Kind**
[44] 6:14 8:19 9:11 9:14 21:11 22:2 22:18 25:7
26:15 31:14 32:18 37:7 40:3 40:20 41:1 44:15
46:18 51:12 53:9 53:14 63:15 64:10 66:17 67:17
69:12 69:13 69:15 75:12 79:17 81:6 81:9 84:19
86:19 87:6 95:16 99:19 101:7 102:14 104:9 108:
15 109:8 115:6 123:3 129:3

**Kinds**
[1] 75:23

**Knee**
[2] 18:22 18:23

**Knowing**
[1] 74:8

**Knowledge**
[2] 81:10 127:6

**Known**

[1] 30:10
**Knows**
[2] 87:11 89:16
**Kuykendall**
[2] 1:17 2:2

## L

**Laceration**
[5] 56:6 56:23 58:18 68:18 68:22
**Lake**
[4] 32:11 32:13 32:14 32:19
**Land**
[14] 33:23 34:1 34:2 34:6 34:14 35:8 37:10 85:17 86:3 86:14 88:19 89:2 89:4 100:18
**Lane**
[18] 92:19 93:3 93:8 93:9 93:16 93:19 94:2 94:3 94:4 94:7 94:12 94:13 94:14 109:3 109:23 116:10 116:11 116:13
**Lanes**
[2] 94:2 94:8
**Laptop**
[1] 75:1
**Large**
[5] 4:7 50:18 98:16 99:3 135:22
**Larger**
[1] 98:11
**Larry**
[8] 114:4 114:13 114:16 117:6 117:11 117:12 118:13 118:14
**LASIK**
[1] 51:15
**Last**
[12] 7:3 24:16 33:17 42:14 42:15 48:18 48:21 49:7 66:9 66:12 114:6 128:11
**Late**
[2] 87:18 87:20
**Laura**
[2] 12:7 12:10
**Laurie**
[6] 12:5 12:12 12:13 12:13 14:9 23:15
**Law**
[6] 1:16 2:3 2:8 2:13 4:4 21:1
**Lawsuit**
[4] 6:10 17:4 18:6 31:14
**Lawsuits**
[1] 17:7
**Lawyer**
[5] 18:3 29:23 56:19 57:21 85:23
**Lawyers**
[1] 52:22
**Leading**
[1] 79:13
**Lean**
[1] 83:2
**Leased**
[3] 20:10 20:11 86:10
**Leasing**
[1] 20:12
**Leave**
[3] 56:2 101:10 104:1
**Leaves**
[1] 84:8
**Lebaron**
[2] 36:14 37:2
**Left**
[13] 6:22 7:7 55:3 57:1 66:17 85:3 92:19 93:19 94:2 97:8 99:18 110:2 110:2
**Left-hand**
[4] 92:19 93:19 94:2 110:2
**Leg**
[2] 17:22 18:21
**Length**
[1] 21:3
**Lenses**

[1] 51:10 51:12
**Less**
[3] 34:4 41:2 49:18
**Levis**
[1] 119:22
**License**
[3] 15:8 40:15 85:5
**Lick**
[1] 68:21
**Life**
[3] 39:23 50:18 79:13
**Light**
[7] 42:4 42:10 82:23 129:2 129:16 130:1 131:18
**Light-headed**
[2] 42:4 42:10
**Light-headedness**
[3] 129:2 129:16 130:1
**Lights**
[1] 29:21
**Likely**
[1] 123:14
**Limit**
[3] 62:13 107:21 131:4
**Limitations**
[3] 127:1 127:5 127:9
**Limits**
[1] 107:17
**Linc**
[2] 95:18 95:19
**Line**
[4] 21:12 49:3 110:1 133:9
**Lines**
[1] 55:11
**List**
[1] 75:13
**Listed**
[1] 78:2
**Live**
[1] 23:16
**Lived**
[3] 8:3 8:13 11:21
**Lives**
[3] 14:21 15:19 16:1
**Living**
[3] 24:6 42:13 107:11
**Load**
[2] 95:14 98:6
**Loaded**
[2] 121:8 121:9
**Loads**
[1] 105:14
**Local**
[3] 26:5 44:10 119:12
**Located**
[1] 39:18
**Lock**
[1] 87:1
**Log**
[9] 92:18 93:3 93:7 93:13 93:14 101:7 108:1 108:20 109:12
**Logging**
[5] 34:16 94:22 95:4 95:5 97:6
**Logs**
[12] 98:2 108:2 108:7 108:7 109:2 109:16 113:7 113:11 113:15 116:2 121:9 130:18
**Lois**
[5] 2:21 4:6 4:14 5:16 135:21
**Look**
[16] 37:18 38:3 46:6 55:4 67:21 69:20 83:3 83:5 83:6 99:13 101:1 116:22 117:4 118:6 118:16 120:21
**Looked**
[4] 36:1 62:15 129:3 134:1
**Looking**

[3] 57:9 83:4 118:12
**Looks**
[6] 56:4 56:22 58:10 99:2 119:18 120:12
**Lose**
[1] 51:23
**Loss**
[18] 6:15 6:17 6:22 59:2 59:3 59:3 59:3 65:18 66:7 66:17 66:21 67:3 68:1 68:9 68:23 70:15 72:6 72:7 74:5
**Lost**
[2] 54:23 114:1
**Louder**
[1] 67:9
**Lower**
[5] 39:4 39:7 39:8 49:12 98:10
**Lunch**
[2] 100:10 100:11
**Lyle**
[1] 85:22

## M

**Machine**
[1] 135:9
**Maiden**
[3] 12:8 12:9 13:6
**Mail**
[1] 133:20
**Main**
[1] 133:15
**Malady**
[1] 129:13
**Man**
[5] 17:15 17:17 74:19 117:21 126:9
**Manage**
[2] 34:3 74:7
**Managed**
[1] 34:1
**Management**
[3] 33:23 34:6 34:14
**March**
[2] 15:6 92:5
**Mark**
[2] 56:22 91:20
**Marked**
[3] 10:5 57:6 116:22
**Markings**
[1] 10:6
**Marriage**
[5] 12:22 13:2 14:4 14:7 48:21
**Married**
[4] 12:15 12:17 13:1 13:8
**Martino**
[2] 1:17 2:2
**Matter**
[6] 39:3 51:15 61:12 125:23 126:6 135:8
**Mean**
[14] 20:18 20:18 33:15 52:3 53:5 55:21 63:15 72:8 74:12 78:16 79:3 108:16 115:21 121:22
**Means**
[1] 26:6
**Measuring**
[1] 99:23
**Mechanism**
[1] 121:11
**Medical**
[10] 22:9 22:15 46:23 48:8 49:14 65:6 77:20 123:17 125:8 126:10
**Medication**
[2] 45:9 53:9
**Medicine**
[1] 45:14
**Member**
[2] 23:5 85:9
**Members**

Memories
[1] 23:16

Memory
[1] 67:18

Memory
[14] 59:2 59:3 66:18 69:2 70:15 72:6 72:7 73:5 73:18 73:19 74:5 83:20 128:19 128:20

Mentioned
[4] 14:22 67:13 123:3 128:19

Met
[3] 92:22 95:3 118:4

Middle
[2] 93:19 126:1

Middleton
[5] 63:22 64:4 76:20 76:21 77:19

Might
[6] 42:5 71:9 74:9 90:8 128:17 129:17

Migraine
[3] 50:3 50:6 50:6

Mile
[2] 36:18 105:2

Mileage
[5] 36:16 101:6 101:7 101:9 101:15

Miles
[5] 27:18 107:1 128:11 128:12 131:12

Military
[1] 16:17

Mill
[13] 34:22 35:5 36:4 36:7 36:8 98:3 105:8 105:13 109:12 109:12 109:15 130:18 133:14

Mind
[3] 63:10 93:12 98:23

Minor
[1] 49:18

Minute
[1] 110:13

Minutes
[29] 14:4 34:4 94:20 97:7 97:10 114:14

Miss
[4] 12:3 13:23 14:4 15:3

Mississippi
[2] 91:23 133:9

Mobile
[20] 1:2 1:18 2:4 2:14 5:20 21:16 23:16 24:3 34:22 35:5 41:13 45:3 45:21 51:9 52:7 62:1 62:2 91:19 113:23 135:5

Model
[1] 11:1

Moffett
[1] 52:14

Monday
[1] 96:22

Money
[2] 51:20 51:23

Monte
[1] 10:22

Montgomery
[2] 61:23 85:22

Month
[2] 77:8 77:10

Months
[6] 7:4 73:8 77:1 77:2 78:17 78:17

Morning
[15] 94:17 94:19 96:20 96:22 98:15 100:10 100:22 101:1 101:10 104:15 107:4 130:23 132:4 132:12 133:4

Mortar
[1] 8:21

Most
[8] 37:14 37:20 75:18 105:17 106:2 106:11 109:15 127:7

Mostly
[2] 38:2 89:16

Mother
[1] 24:7

Motion

[1] 121:13

Motorcycles
[1] 22:3

Mouth
[2] 72:17 78:21

Move
[2] 93:23 128:6

Moved
[4] 8:4 11:22 15:23 69:12

Movement
[1] 79:14

Moving
[5] 24:18 95:4 97:6 100:23 130:19

MRI
[2] 79:23 80:1

Mumble
[1] 7:13

Municipal
[2] 26:6 26:8

Must
[3] 28:19 44:18 46:13

Mustang
[1] 11:11

## N

Name
[25] 6:12 10:23 12:4 12:6 12:8 12:9 13:3 13:6 13:8 13:16 16:9 18:5 45:23 49:5 52:7 52:9 52:16 57:19 61:21 62:4 64:23 71:6 114:6 118:20 119:15

Name's
[3] 6:8 11:7 11:12

Names
[4] 14:12 24:5 71:3 75:16

Nannette
[3] 12:7 12:8 12:10

Natural
[1] 132:1

NAUGHT
[1] 134:10

Nauseated
[1] 50:8

Navy
[1] 13:22 92:4

Near
[3] 14:21 24:12 52:10

Nearest
[2] 39:19 113:1

Necessarily
[4] 26:6 59:9 100:14 101:3

Need
[6] 74:9 81:12 87:14 120:21 122:2 125:20

Needed
[1] 83:14

Negatively
[2] 22:4 115:14

Negotiating
[1] 37:12

Negotiations
[1] 37:20

Neighborhood
[2] 98:11 128:14

Nerve
[1] 49:23

Neurologist
[5] 61:12 61:13 61:15 63:20 63:23

Neuropsych
[1] 71:22

Neuropsychologist
[1] 61:17

Neurosurgeon
[1] 61:14

Never
[6] 51:21 59:8 68:16 110:11 111:5 115:9

New
[2] 36:11 122:8

News
[1] 46:11

Newspaper
[1] 117:19

Newspapers
[1] 52:20

Next
[4] 92:21 112:9 122:4 128:6

Nine
[1] 45:4

NIX
[1] 2:7

Nobody
[1] 48:6

Nobody's
[2] 111:15 111:20

Noise
[1] 7:6

Norfolk
[1] 13:21

Normal
[4] 70:12 96:22 100:5 105:5

Normally
[6] 38:3 76:2 99:19 104:1 132:8 133:15

North
[8] 37:4 52:13 94:5 94:9 105:18 105:23 106:16 112:8

Nose
[1] 65:3

Notary
[2] 4:7 135:22

Notes
[1] 70:21

Nothing
[2] 6:4 45:7

Notice
[4] 45:18 55:7 82:9 83:10

Noticed
[6] 44:23 59:19 67:15 67:16 82:16 83:12

Notices
[1] 4:11

Notwithstanding
[1] 125:4

November
[1] 15:14

Nuclear
[1] 92:4

Number
[20] 3:11 16:10 57:5 66:9 95:19 96:3 96:4 103:3 105:17 107:1 116:23 117:4 118:6 118:16 118:18 119:7 119:8 120:2 120:5 126:2

Numbers
[4] 66:23 75:17 75:17 117:5

## O

O'clock
[1] 100:19

Object
[16] 25:13 25:20 41:17 47:18 54:11 63:7 68:4 73:12 73:21 81:20 83:19 108:11 124:15 124:21 125:7 131:14

Objection
[6] 26:12 26:21 74:3 125:21 126:11 126:22

Objections
[1] 4:19

Obviously
[1] 62:13

Occasion
[3] 25:11 27:8 111:8

Occasionally
[1] 130:11

Occasions

[1] 27:1
Occur
[1] 29:4
Occurred
[1] 104:15
Occurrence
[2] 105:5 109:5
October
[3] 102:2 102:3 102:4
Odom
[1] 37:3
Odometer
[1] 101:10
Office
[21] 2:13 33:21 36:6 36:22 37:2 38:20 48:23 49:1 75:4 95:7 97:13 97:19 99:5 102:7 102:23 103:6 104:16 104:18 130:15 133:19 134:5
Officer
[3] 21:1 21:1 27:10
Offices
[1] 1:16
Official
[1] 85:11
Officials
[1] 30:14
Ogden
[3] 62:7 62:9 63:1
Ogden's
[1] 72:1
Oil
[1] 40:9
Okey
[1] 119:21
Okey-doke
[1] 119:21
Old
[8] 13:18 15:5 15:6 15:13 42:18 43:7 46:14 119:14
Old-timer
[1] 119:14
Once
[1] 113:14
One
[75] 9:19 10:2 10:13 13:15 14:3 17:9 17:10 17:11 24:3 28:19 28:22 31:4 32:23 36:11 36:12 36:13 39:11 39:19 42:14 42:15 43:10 46:16 46:20 52:12 52:13 62:13 52:19 56:21 56:22 60:12 61:18 61:19 64:2 66:12 73:14 75:22 76:1 76:10 78:22 80:7 80:21 82:22 87:16 87:19 88:17 89:10 89:10 90:6 90:19 91:3 93:2 93:7 94:4 94:5 94:8 94:20 98:9 98:11 100:8 100:9 100:9 100:10 105:22 106:13 111:1 112:3 112:3 113:3 113:3 117:23 118:15 119:5 119:6 119:7 122:7
Ones
[5] 47:10 75:5 106:2 106:2 109:20
Opened
[1] 88:12
Opening
[1] 70:11
Operating
[1] 105:14
Operations
[2] 34:16 34:16
Oral
[2] 4:4 5:22
Order
[3] 62:19 110:2 133:17
Original
[1] 4:23
Osborne
[1] 58:1
Out-of-town
[1] 91:8
Outlaw
[3] 64:5 64:8 77:19
Outside

[4] 10:7 12:18 68:12 109:23
Own
[15] 8:5 8:7 10:11 10:13 10:17 10:18 10:20 11:5 11:10 20:2 21:9 22:2 85:13 98:22 101:4
Owned
[1] 20:9
Owner
[5] 34:1 85:17 86:3 100:18 117:22
Owners
[3] 34:3 35:8 37:10
Ownership
[1] 11:8
Owns
[4] 10:13 11:6 11:10 86:21

P

P.C.
[2] 2:7 2:12
P.m.
[1] 1:20
Padlock
[1] 86:22
Page
[2] 3:2 41:2
Paid
[1] 22:9
Pain
[2] 49:12 79:8
Pains
[1] 49:12
Paper
[8] 20:11 23:1 23:3 32:8 38:22 102:10 117:22 117:22
Paperwork
[2] 33:13 40:21
Parchin
[2] 13:9 13:11
Parents
[1] 24:6
Park
[2] 94:22 97:3
Park's
[1] 97:4
Parking
[1] 24:19
Part
[10] 30:14 33:4 33:11 37:16 50:18 54:23 56:12 82:17 82:20 88:8
Partially
[1] 58:19
Participate
[1] 47:2
Participating
[1] 87:5
Particular
[10] 21:20 49:10 84:20 86:14 86:15 95:2 99:8 120:6 121:9 130:14
Parties
[2] 4:3 135:16
Parts
[1] 70:6
Party
[2] 17:3 121:8
Pass
[1] 120:23
Passing
[1] 41:23
Past
[7] 23:10 43:11 43:13 47:5 49:14 81:14 103:9
Patient
[2] 44:13 50:21
Patterson
[4] 43:8 43:9 44:1 132:21
Paxton

[1] 49:5
Pay
[11] 7:12 74:8 86:7 94:23 95:8 98:9 98:12 99:13 101:4 107:16 120:5
Paying
[1] 22:14
Payment
[1] 123:20
Peering
[1] 119:1
Pending
[1] 53:4
People
[16] 23:11 30:13 67:19 70:17 75:13 75:18 77:19 103:5 110:9 110:12 111:11 111:22 116:4 118:12 119:9 120:4
Per
[6] 98:10 98:10 98:12 107:1 131:12
Percent
[5] 66:11 66:17 67:6 99:2 99:3
Percentage
[7] 6:21 66:10 98:15 98:23 99:12 99:23 124:18
Percentages
[2] 67:1 99:18
Perfect
[1] 73:15
Perhaps
[1] 58:19
Period
[2] 73:1 103:2
Permanent
[5] 15:11 90:16 90:18 90:20 124:13
Persian
[1] 13:22
Person
[4] 17:4 38:5 117:18 128:17
Personal
[5] 96:13 96:16 101:13 101:18 135:11
Personally
[4] 10:17 19:20 30:4 30:9
Personnel
[2] 47:15 47:19
Phantom
[1] 120:16
Phone
[8] 37:21 39:17 46:6 75:16 96:1 96:7 96:13 96:17
Photo
[2] 116:22 117:1
Photograph
[3] 57:2 117:1 118:7
Photographs
[6] 56:19 57:9 57:17 116:15 117:19
Physical
[5] 34:13 44:20 45:18 46:16 46:18
Physically
[1] 133:21
Physician
[2] 53:9 126:10
Physicians
[3] 71:16 129:7 129:11
Pick
[1] 82:21
Pickup
[4] 9:13 9:21 112:11 112:12
Picture
[2] 93:11 120:9
Pictures
[3] 58:2 117:23 118:5
Pilings
[1] 8:22
Pinned
[1] 113:8
Pitch

[1] 86:7
**Pivoting**
[1] 108:7
**Place**
[1] 21:21
**Places**
[4] 52:8 54:20 70:17 82:12
**Plaintiff**
[3] 1:6 2:2 17:3
**Plan**
[3] 47:3 47:6 47:6
**Planner**
[1] 101:9
**Planning**
[1] 97:18
**Plant**
[1] 108:1
**Planting**
[1] 34:15
**Plastic**
[1] 64:12
**Pleaded**
[1] 88:16
**Pleading**
[1] 124:16
**Pleased**
[3] 55:16 55:19 69:16
**Pleasing**
[1] 55:17
**Pled**
[1] 25:4
**Plot**
[1] 86:14
**PM**
[1] 5:21
**Point**
[8] 27:17 47:9 74:6 93:17 93:17 94:10 131:9
131:19
**Poles**
[3] 82:23 82:23 83:13
**Police**
[2] 21:1 27:10
**Policy**
[1] 103:2
**Popped**
[1] 129:18
**Portable**
[1] 90:22
**Portion**
[3] 56:14 86:9 112:9
**Ports**
[1] 81:7
**Posse**
[1] 31:7
**Post**
[2] 2:13 32:18
**Practice**
[4] 42:21 42:23 43:1 107:20
**Practicing**
[1] 43:17
**Predominantly**
[1] 109:13
**Premier**
[3] 65:6 65:10 77:20
**Prepare**
[1] 130:20
**Prepared**
[2] 130:21 133:19
**Prescription**
[2] 45:9 53:8
**Prescriptions**
[2] 53:5 130:4
**Pressure**
[5] 45:10 45:11 48:7 48:11 81:9

**Pretty**
[6] 9:17 55:16 70:18 106:8 107:19 107:19
**Prevent**
[1] 121:20
**Price**
[5] 35:8 37:18 95:11 97:20 98:1
**Prices**
[1] 38:3
**Pricing**
[1] 74:17
**Primary**
[2] 133:16 133:18
**Private**
[1] 34:2
**Privilege**
[2] 62:12 63:14
**Pro**
[1] 21:12
**Problem**
[8] 7:8 59:7 70:5 71:18 72:4 76:17 83:4 123:1
**Problems**
[11] 41:14 45:16 46:10 46:12 49:14 49:17 60:16
72:6 76:13 78:18 115:7
**Procedure**
[5] 4:10 4:13 4:22 5:5 5:18
**Proceedings**
[4] 5:23 121:16 135:8 135:13
**Procurement**
[2] 34:22 35:4
**Produce**
[1] 63:5
**Produced**
[1] 130:18
**Productivity**
[1] 84:11
**Products**
[2] 82:21 82:22
**Professional**
[1] 39:23
**Program**
[3] 34:2 38:14 38:20
**Promise**
[2] 7:15 7:15
**Property**
[7] 8:6 8:8 8:9 85:12 87:8 90:17 102:9
**Provide**
[1] 102:12
**Provided**
[4] 4:12 5:4 5:17 56:20
**Provider**
[1] 48:8
**Provides**
[1] 96:12
**Provisions**
[2] 4:9 4:21
**Psychologist**
[1] 71:22
**Public**
[2] 4:7 135:22
**Purchase**
[2] 37:10 133:17
**Put**
[12] 38:18 46:19 51:20 54:23 64:5 78:5 81:6 93:
18 113:22 117:5 117:11 121:3
**Putting**
[1] 128:13

**Q**

**Quarterly**
[2] 101:22 101:23
**Questions**
[10] 4:20 54:5 63:7 63:8 63:18 121:5 121:20
122:2 122:16 135:10
**Quick**

[1] 63:17
**Quickly**
[2] 116:16 127:21
**Quite**
[2] 42:16 92:19

**R**

**Radar**
[1] 27:6
**Radio**
[7] 38:1 52:20 75:17 95:7 95:10 95:16 97:15
**Rail**
[1] 59:14
**Raised**
[1] 32:3
**Rate**
[2] 73:22 98:9
**Rates**
[1] 99:7
**Rather**
[1] 122:1
**RDR**
[2] 2:21 135:21
**Read**
[3] 5:3 33:8 69:5
**Ready**
[2] 95:5 95:15
**Real**
[3] 8:6 69:16 83:4
**Realize**
[1] 78:18
**Really**
[16] 18:9 50:5 54:3 56:15 57:3 58:7 63:7 66:9
72:8 74:12 81:23 83:13 92:10 92:23 93:14 118:8
**Rear**
[2] 111:3 112:15
**Reason**
[3] 49:10 68:9 71:21
**Receive**
[1] 123:20
**Received**
[1] 60:6
**Recently**
[1] 78:16
**Recognize**
[6] 57:1 61:21 118:11 118:11 119:5 120:1
**Recollection**
[5] 93:6 106:20 109:22 129:10 131:21
**Recommend**
[1] 61:13
**Recommended**
[1] 45:5
**Record**
[9] 22:10 22:12 26:19 72:23 89:21 115:15 115:
16 116:17 121:3
**Records**
[3] 61:20 62:18 63:6
**Recoup**
[1] 91:5
**Red**
[2] 112:17 131:18
**Redepo**
[1] 63:17
**Redepose**
[1] 122:9
**Reduced**
[1] 135:11
**Referral**
[1] 78:10
**Refrain**
[1] 62:23
**Regarding**
[1] 4:16
**Registered**

Regular
[1] 4:6
Regular
[5] 72:21 73:3 87:1 96:1 96:21
Regularly
[1] 133:10
Related
[1] 130:6
Release
[1] 62:18
Released
[2] 61:7 64:9
Releasing
[1] 47:19
Relieve
[1] 81:9
Remember
[49] 6:21 17:11 26:23 27:3 41:2 42:9 57:8 57:19 59:8 58:15 61:22 67:5 68:7 69:15 71:10 72:11 80:21 92:6 92:10 92:14 92:15 92:16 92:20 92:21 93:2 93:5 93:7 93:12 93:14 93:22 94:16 97:16 100:4 107:2 110:4 110:6 112:4 114:21 115:22 116:10 129:15 130:3 130:5 131:8 131:8 131:23 132:3 132:6 132:14
Remembered
[1] 127:18
Remembering
[2] 70:16 71:3
Renew
[1] 85:7
Rent
[1] 8:11
Rental
[2] 8:8 8:9
Rented
[1] 8:12
Repaired
[1] 79:11
Rephrase
[2] 25:17 74:3
Replaced
[1] 75:8
Report
[6] 62:15 63:5 101:16 101:20 103:12 129:21
Reporter
[5] 2:21 4:6 5:16 127:21 135:22
Reports
[1] 69:5
Represent
[1] 6:9
Representing
[3] 23:11 23:12 122:7
Represents
[2] 20:15 135:12
Require
[1] 46:17
Required
[1] 49:19
Requirements
[1] 4:15
Rescue
[3] 113:4 114:5 118:21
Researching
[1] 97:20
Reserved
[1] 4:20
Reside
[4] 11:17 13:12 13:20 24:8
Residence
[3] 8:15 8:19 15:11
Resident
[1] 18:7
Resides
[1] 13:21
Respective
[1] 4:3

Responses
[1] 78:3
Responsible
[1] 103:1
Result
[7] 14:7 22:8 54:7 60:7 66:8 125:5 135:17
Retired
[2] 42:20 44:2
Richard
[2] 2:5 62:16
Rick
[2] 26:11 120:23
Rick's
[1] 26:21
Right-hand
[1] 93:15
Ringing
[2] 7:6 67:13
Rings
[1] 96:9
Road
[13] 16:2 16:5 17:16 17:18 36:8 37:2 37:3 52:14 60:14 90:12 93:18 112:10 131:10
Roaring
[2] 67:8 67:13
Robinson
[5] 2:21 4:6 4:15 5:16 135:21
Rock
[1] 31:18
Roger
[1] 86:20
Rolodex
[1] 75:14
Room
[3] 44:12 67:19 92:22
Rough
[1] 66:21
Roughly
[1] 13:10
Route
[2] 62:20 104:22
Rude
[1] 126:2
Rules
[5] 4:10 4:13 4:22 5:5 5:18
Run
[3] 44:14 44:16 99:11
Runs
[3] 105:13 105:13 119:11
Rush
[1] 131:2

## S

Saddle
[1] 63:16
Safe
[2] 107:22 113:15
Safer
[1] 77:15
SAITH
[1] 134:10
Salaried
[1] 84:15
Salary
[2] 104:7 104:13
Sale
[1] 94:22
Samson
[1] 24:11
Sat
[2] 63:13 90:9
Save
[1] 4:19

Saw
[22] 27:13 42:14 43:5 43:7 47:8 49:7 50:8 55:14 55:15 56:17 77:9 78:17 110:19 110:22 111:11 111:16 111:17 112:1 112:5 115:21 132:19 132:23
Sawmill
[7] 35:14 36:5 36:6 36:17 36:18 36:22 37:5
Scale
[1] 73:9
Scars
[1] 55:22
Scheduled
[1] 61:10
Schillinger's
[1] 52:11
School
[12] 11:23 12:1 12:2 15:15 30:6 31:23 32:1 32:7 32:12 32:19 32:23 92:4
Science
[1] 32:16
Scientific
[1] 73:22
Scout
[1] 89:2
Scouting
[1] 88:19
Scratch
[1] 38:10
Season
[9] 88:4 88:5 88:8 88:12 88:18 88:19 88:23 89:1 89:3
Second
[4] 13:2 14:7 22:11 28:22
Sections
[2] 4:9 4:12
Securitas
[1] 16:9
Security
[5] 15:18 16:7 16:10 16:19 16:23
See
[34] 27:14 42:12 47:15 48:18 49:10 51:17 53:1 55:15 56:18 56:18 61:13 61:19 65:14 71:21 76:5 77:17 82:13 84:2 90:8 93:16 98:7 100:9 100:19 100:21 112:22 115:20 117:1 117:12 117:15 118:6 118:8 118:19 118:23 129:7
Seed
[1] 86:9
Seeing
[5] 63:21 93:2 93:22 110:6 115:22
Seizure
[1] 60:21
Seizures
[1] 60:19
Seldom
[1] 76:10
Self
[1] 56:3
Self-conscious
[1] 56:3
Send
[2] 61:14 61:16
Senior
[1] 35:16
Sense
[1] 31:10
Sent
[2] 45:1 58:1
Service
[2] 97:15 119:11
Set
[2] 4:18 89:4
Settlement
[2] 19:7 19:15
Seven
[2] 49:8 96:3

**Seven-digit**
[1] 96:3
**Several**
[5] 7:4 52:8 69:9 73:2 100:6
**Sewed**
[3] 56:16 58:22 64:5
**Shackelford**
[1] 52:16
**Shall**
[1] 4:8
**Sharp**
[1] 82:14
**Shaved**
[1] 55:13
**Sheriff's**
[1] 31:7
**Sherman**
[2] 48:17 48:19
**Shield**
[6] 47:7 47:10 47:13 48:1 48:3 48:4
**Shirt**
[4] 119:3 119:17 119:18 119:23
**Shoot**
[1] 88:14
**Shooting**
[1] 90:2
**Shop**
[1] 9:20
**Short**
[10] 59:3 70:15 70:23 71:1 72:5 73:5 74:5 92:3 121:23 128:20
**Short-term**
[6] 59:3 70:23 72:5 73:5 74:5 128:20
**Shorter**
[1] 109:9
**Shorthand**
[1] 135:10
**Show**
[1] 56:20
**Showing**
[1] 120:3
**Shows**
[2] 56:23 59:9
**Shunts**
[1] 81:6
**Side**
[6] 9:5 17:16 59:14 93:16 93:20
**Sign**
[4] 5:4 112:16 112:16 112:17
**Signature**
[1] 133:21
**Significant**
[1] 6:23
**Signing**
[1] 4:14
**Single**
[2] 9:3 9:4
**Single-family**
[2] 9:3 9:4
**Sit**
[2] 122:14 128:21
**Site**
[3] 39:15 97:5 111:16
**Sitting**
[5] 57:21 93:6 115:18 127:8 127:10
**Six**
[4] 49:8 77:1 77:2 109:17
**Sixth**
[1] 77:10
**Skin**
[1] 54:22
**Skull**
[11] 54:13 54:19 58:18 60:8 60:23 68:8 69:9 79:10 79:22 80:12 81:7

**Slavery**
[1] 89:19
**Sleep**
[1] 115:9
**Sleepiness**
[1] 115:13
**Sleeping**
[1] 115:6
**Slides**
[1] 80:2
**Slow**
[6] 29:13 29:16 29:18 74:11 132:2 132:8
**Slowed**
[1] 131:22
**Slower**
[2] 84:3 84:6
**Slowing**
[1] 131:19
**Slowly**
[1] 112:19
**Small**
[5] 30:13 98:16 99:2 109:12 109:12
**Smaller**
[1] 70:12
**Smiling**
[3] 120:11 120:12 120:19
**Snoring**
[2] 114:22 114:23
**Social**
[3] 16:10 16:19 16:23
**Softer**
[1] 7:21
**Sold**
[1] 89:19
**Someone**
[3] 19:11 98:20 116:7
**Sometime**
[4] 8:11 18:20 57:11 97:8
**Sometimes**
[8] 7:20 60:14 60:19 82:17 94:3 100:7 100:17 118:11
**Somewhere**
[5] 16:3 35:19 35:22 44:7 128:14
**Son**
[4] 11:11 13:15 14:3 92:4
**Sons**
[1] 96:14
**Sorry**
[4] 10:15 24:5 37:15 78:15
**Sort**
[22] 4:16 34:18 42:12 56:8 56:10 60:10 60:19 65:20 74:17 74:22 75:15 75:17 76:23 98:6 98:12 98:16 98:16 99:2 99:3 122:23 130:1 132:7
**Sorts**
[3] 98:2 98:5 98:9
**Sounded**
[1] 53:1
**Sounds**
[1] 56:10
**South**
[20] 13:13 29:5 32:1 32:3 36:22 36:23 40:13 40:14 40:16 52:13 92:3 94:4 104:23 105:2 105:18 106:1 106:4 106:18 106:19 107:8
**Southbound**
[2] 94:13 94:14
**Southern**
[4] 12:3 15:3 95:18 95:19
**Speaking**
[3] 66:15 69:2 90:1
**Special**
[1] 38:14
**Specialist**
[1] 64:23
**Specifically**

**St**
[1] 132:6
**Speed**
[7] 29:17 29:18 107:15 107:16 107:21 131:4 132:13
**Speeding**
[16] 25:8 25:11 25:15 25:16 25:18 25:18 26:2 27:1 27:7 27:12 27:16 27:21 28:1 30:2 107:18 131:16
**Speedometer**
[1] 106:23
**Spelled**
[1] 12:13
**Spelling**
[1] 13:10
**Spells**
[1] 41:23
**Spend**
[3] 87:19 98:21 98:21
**Split**
[1] 86:10
**Spreadsheet**
[1] 38:19
**Squad**
[1] 118:21
**St**
[2] 1:18 2:3
**Stack**
[1] 116:21
**Stairs**
[4] 59:10 59:10 59:11 77:14
**Stand**
[4] 83:5 90:5 90:12 90:15
**Standard**
[1] 9:21
**Standing**
[1] 120:6
**Stands**
[3] 89:4 90:3 90:16
**Star**
[1] 95:22
**Stars**
[1] 50:8
**Start**
[4] 17:17 21:17 67:14 95:5
**Started**
[4] 66:10 66:16 114:9 114:10
**Starting**
[1] 94:21
**State**
[10] 4:7 19:22 20:3 27:9 28:5 29:9 40:11 133:9 135:4 135:22
**Stay**
[2] 74:20 113:11
**Stayed**
[2] 90:7 97:9
**Steep**
[1] 82:14
**Steer**
[1] 82:12
**Stepchildren**
[1] 14:5
**Stepchildren's**
[1] 14:11
**Stepdaughter**
[2] 11:23 14:23
**Stepson**
[2] 10:23 11:21
**Steve**
[2] 42:14 43:3
**Stewart**
[6] 2:12 2:15 89:16 120:22 121:4 121:15
**Stickered**
[1] 116:23
**Still**

**[12]** 11:12 40:18 43:20 59:11 70:20 75:5 102:5
112:14 112:15 112:19 113:5 130:23
**Stipulate**
**[2]** 26:7 128:4
**Stipulated**
**[3]** 4:2 4:11 5:2
**Stipulation**
**[4]** 5:19 121:4 121:12 122:11
**Stitch**
**[1]** 55:11
**Stood**
**[1]** 113:20
**Stop**
**[4]** 45:14 74:12 87:13 131:19
**Stopped**
**[6]** 17:15 17:19 29:17 45:15 90:1 112:18
**Straight**
**[5]** 67:21 83:3 83:4 83:6 104:17
**Street**
**[10]** 1:18 2:3 16:2 36:13 36:14 36:14 65:4 77:20
104:23 105:1
**Stress**
**[11]** 45:3 45:4 45:8 123:9 123:12 123:14 129:20
130:3 130:6 130:6 132:18
**Stretch**
**[1]** 131:4
**Stretcher**
**[1]** 113:16
**Strictly**
**[1]** 104:13
**Struck**
**[1]** 26:15
**Structure**
**[3]** 68:12 70:5 104:12
**Struggle**
**[1]** 71:4
**Student**
**[1]** 132:22
**Stuff**
**[6]** 33:7 63:1 63:12 87:6 108:15 123:6
**Subject**
**[2]** 31:13 63:2
**Subsequent**
**[1]** 79:21
**Suburban**
**[1]** 10:20
**Sudden**
**[1]** 71:5
**Sued**
**[3]** 17:23 19:10 19:13
**Sugar**
**[1]** 41:21
**Suing**
**[1]** 17:3
**SUITE**
**[1]** 2:9
**Supervise**
**[1]** 103:5
**Supervised**
**[2]** 34:15 34:16
**Supervision**
**[1]** 135:12
**Supervisor**
**[3]** 103:13 103:13 103:17
**Supplement**
**[1]** 53:14
**Supplier**
**[3]** 95:4 100:9 100:18
**Suppliers**
**[3]** 35:9 37:9 94:21
**Suppose**
**[1]** 35:17
**Supposed**
**[4]** 61:11 69:21 105:14 111:19

**Supposedly**
**[1]** 77:19
**Surgeon**
**[1]** 64:12
**Surgery**
**[7]** 19:2 49:19 51:8 51:15 52:3 52:17 79:12
**Sustained**
**[3]** 54:4 54:7 66:8
**Swelling**
**[3]** 69:14 81:1 81:3
**Swing**
**[1]** 108:8
**Swinging**
**[1]** 110:1
**Sworn**
**[1]** 6:3
**Symptoms**
**[1]** 46:9

### T

**Table**
**[2]** 26:22 76:4
**Tasks**
**[1]** 37:7
**Taylor**
**[2]** 1:17 2:2
**Technicalities**
**[1]** 4:16
**Technically**
**[1]** 102:19
**Technician**
**[1]** 35:16
**Teenagers**
**[1]** 89:16
**Teeth**
**[5]** 72:16 72:18 78:22 81:11 81:13
**Telephone**
**[1]** 120:8
**Ten**
**[7]** 12:16 27:18 28:22 30:1 39:12 48:21 123:22
**Tend**
**[1]** 7:20
**Term**
**[9]** 59:3 70:15 70:23 71:1 72:5 73:5 74:5 126:20
128:20
**Terminal**
**[1]** 38:16
**Terms**
**[1]** 6:17
**Test**
**[3]** 45:3 45:4 45:20
**Testified**
**[2]** 6:4 83:20
**Testify**
**[2]** 68:4 124:20
**Testimony**
**[1]** 121:6
**Tests**
**[4]** 44:14 44:15 45:2 45:3 50:20 65:21 66:3
**Theirs**
**[2]** 102:13 102:19
**Thereabouts**
**[1]** 67:7
**Theresa**
**[1]** 13:4
**Thereto**
**[1]** 135:10
**They've**
**[5]** 4:4 35:18 41:8 42:19 111:21
**Think's**
**[1]** 52:19
**Thinking**
**[2]** 78:9 99:16

**Thirteen**
**[1]** 120:19
**Thirties**
**[1]** 98:10
**Thirty**
**[4]** 33:18 98:10 128:15 131:6
**Thirty-five**
**[1]** 131:6
**Thousand**
**[1]** 128:15
**Three**
**[7]** 47:10 54:20 69:9 78:17 107:12 109:17 122:
13
**Throat**
**[1]** 65:3
**Thrown**
**[2]** 28:8 28:11
**Ticket**
**[4]** 20:20 24:18 25:16 29:15
**Ticketed**
**[1]** 27:20
**Tickets**
**[8]** 24:19 24:21 25:2 25:18 27:23 29:1 30:2 30:
19
**Tight**
**[1]** 77:15
**Tillman's**
**[1]** 23:19
**Timber**
**[22]** 34:1 34:3 34:14 35:7 35:8 37:10 38:4 74:17
82:18 82:20 83:11 95:1 95:1 95:2 95:6 97:21 99:
9 99:22 109:9 109:9 109:13 133:23
**Timer**
**[1]** 119:14
**Timing**
**[1]** 114:19
**Tires**
**[1]** 112:19
**Title**
**[2]** 11:12 35:15
**Today**
**[16]** 7:9 17:5 29:15 54:2 54:8 56:20 57:3 60:7
66:22 93:6 115:18 121:7 122:14 127:5 127:8
128:22
**Together**
**[7]** 13:14 64:6 69:15 69:17 86:7 87:19 87:19
**Tommy**
**[1]** 91:22
**Ton**
**[4]** 9:13 98:10 98:10 98:13
**Took**
**[4]** 32:8 97:11 117:18 117:23
**Top**
**[3]** 75:2 75:3 82:11
**Totally**
**[1]** 61:5
**Touch**
**[2]** 77:16 79:3
**Touching**
**[2]** 59:14 79:18
**Tough**
**[1]** 107:19
**Town**
**[6]** 49:5 91:8 131:16 131:22 132:2 132:11
**Track**
**[2]** 65:19 72:23
**Tract**
**[1]** 98:17
**Trade**
**[1]** 33:2
**Traffic**
**[3]** 20:19 24:18 106:19
**Trailer**
**[3]** 108:4 109:2 109:18
**Trailer's**

[1] 108:7
**Training**
[3] 32:19 32:21 33:7
**Transcript**
[3] 4:23 135:8 135:13
**Treat**
[1] 65:17
**Treated**
[3] 53:18 72:19 77:18
**Treating**
[1] 71:15
**Treatment**
[1] 22:17
**Tree**
[9] 83:3 83:3 83:5 83:6 83:7 90:2 90:5 90:15 90:16
**Trees**
[2] 82:22 99:23
**Trial**
[2] 4:21 19:5
**Trip**
[3] 87:18 87:20 92:3
**Trips**
[4] 90:2 91:8 91:9 91:9
**Trooper**
[2] 27:9 29:9
**Troopers**
[1] 28:5
**Trouble**
[2] 70:16 71:14
**Truck**
[27] 9:14 9:17 9:18 9:22 75:23 76:3 92:18 93:3 93:7 93:13 93:15 93:22 101:2 105:4 109:23 111:2 111:3 112:7 112:14 112:18 112:21 113:6 113:6 113:11 113:21 116:12 117:10
**TRUCKING**
[1] 1:9
**Trucks**
[13] 11:9 92:20 105:6 105:10 106:4 106:8 106:10 108:1 108:21 109:1 109:15 112:8 131:17
**True**
[3] 108:13 118:10 135:13
**Trust**
[1] 53:2
**Truth**
[5] 6:3 6:3 6:4 58:9 92:11
**Try**
[8] 7:18 45:14 56:5 74:3 82:12 100:8 100:9 107:20
**Trying**
[9] 17:17 26:15 67:18 98:22 113:6 113:21 114:9 126:6 126:13
**Tube**
[1] 80:2
**Turkey**
[1] 91:11
**Turn**
[9] 38:19 46:14 93:8 93:8 105:6 108:21 109:2 109:23 110:3
**Turned**
[2] 15:14 112:20
**Turning**
[7] 92:19 93:3 93:18 94:12 105:4 112:15 112:20
**Twenty**
[5] 21:14 43:11 86:13 128:15 133:1
**Twenty-five**
[1] 128:15
**Twice**
[2] 19:4 89:3
**Two**
[26] 29:23 30:19 34:4 47:10 51:15 54:20 56:17 58:12 69:9 72:16 72:18 80:10 81:11 88:8 89:15 90:1 92:20 93:16 94:1 94:4 94:8 98:2 98:2 98:5 99:7 110:13
**Two-lane**

[2] 93:16 94:4
**Type**
[8] 32:15 33:7 33:13 39:6 61:13 61:15 121:14 133:17
**Types**
[2] 10:11 32:21
**Typical**
[2] 37:8 128:17
**Typically**
[1] 21:15

## U

**Uncertain**
[1] 129:3
**Unconscious**
[1] 114:13
**Under**
[2] 123:11 135:11
**Underlying**
[1] 68:23
**Underneath**
[1] 113:8
**Undertake**
[1] 121:11
**Union**
[2] 23:5 23:11
**Unionized**
[1] 23:9
**Unit**
[1] 9:1
**Unless**
[1] 9:19
**Unnecessary**
[1] 121:4
**Unsafe**
[1] 132:13
**Up**
[72] 7:16 28:13 30:11 32:3 38:17 39:16 40:18 41:1 42:13 42:16 43:5 43:20 44:10 45:2 46:6 52:13 52:14 59:9 59:21 60:14 60:20 63:17 63:18 64:5 64:7 68:18 79:1 79:19 80:2 80:12 82:10 82:11 83:2 83:3 83:4 83:5 83:6 83:13 85:23 86:10 87:4 87:11 89:1 92:5 93:17 94:10 94:10 94:12 95:3 95:15 97:9 97:11 97:12 97:15 98:8 99:6 100:23 100:23 101:2 101:6 106:3 111:15 111:1 23 112:15 113:16 113:20 119:8 122:21 128:3 133:13 133:20 133:20
**Upper**
[1] 39:4
**User**
[1] 53:23
**Utilize**
[1] 74:23

## V

**Vacation**
[4] 91:6 92:2 124:5 124:11
**Vacations**
[1] 91:4
**Vague**
[1] 41:19
**Vary**
[1] 9:16
**Vehicle**
[13] 9:9 10:9 17:16 17:17 17:18 17:19 20:5 20:9 20:10 20:10 116:2 119:2 128:13
**Vehicles**
[6] 9:12 10:12 10:17 11:5 20:2 22:2
**Versus**
[1] 98:16
**Violation**
[1] 24:18
**Virginia**
[1] 13:21
**Vision**

[1] 51:18
**Vitamins**
[1] 53:15
**Voice**
[1] 7:11
**Volkswagen**
[1] 11:7
**Volume**
[2] 106:8 106:10
**VS**
[1] 1:7

## W

**Waive**
[1] 62:12
**Waived**
[1] 4:13
**Waives**
[1] 5:3
**Waiving**
[1] 63:15
**Wal-Mart**
[2] 52:7 52:10
**Walk**
[3] 59:11 84:7 100:1
**Walk-through**
[1] 100:1
**Walked**
[1] 90:8
**Walking**
[2] 59:10 84:8
**Wants**
[2] 61:12 61:14
**Warning**
[4] 29:1 29:2 29:11 29:12
**Wash**
[1] 79:5
**Washington**
[3] 12:20 30:12 85:14
**Watching**
[1] 106:23
**Ways**
[2] 37:22 37:23
**Weak**
[1] 42:4
**Weakness**
[1] 130:1
**Wear**
[2] 51:10 51:13
**Wearing**
[2] 51:18 119:19
**Weather**
[1] 106:16
**Week**
[4] 37:8 122:3 122:4 134:7
**Weekend**
[3] 87:16 87:19 88:17
**Weeks**
[5] 51:15 57:11 58:6 122:13 123:22
**Wesley**
[2] 13:17 13:18
**West**
[3] 9:5 52:7 106:3
**Wetter**
[1] 106:17
**Wheelers**
[1] 22:3
**Wheels**
[1] 112:15
**White**
[1] 10:4
**Who'd**
[2] 76:19 91:18

**Whole**
[4] 6:3 45:4 58:8 81:23
**Widens**
[3] 93:18 94:10 94:12
**Wife**
[13] 11:6 11:10 11:19 11:20 23:22 24:1 46:15
51:20 74:20 80:23 84:7 92:22 96:14
**Wife's**
[2] 12:4 13:3
**William**
[3] 1:8 6:9 23:15
**Williams**
[3] 14:13 14:15 14:19
**Willie**
[2] 118:2 118:3
**Wind**
[2] 39:16 106:3
**Winter**
[1] 106:18
**Wiregrass**
[1] 24:14
**Wise**
[1] 36:16
**Wish**
[1] 16:15
**Withdraw**
[5] 125:3 125:14 125:18 125:20 125:23
**Witness**
[9] 4:5 5:3 5:22 6:2 62:8 65:7 78:6 120:23 135:
14
**Witnessed**
[1] 110:7
**Witnesses**
[1] 110:16
**Wood**
[16] 8:22 34:21 34:22 35:4 35:5 35:9 35:10 37:9
37:13 37:18 94:21 95:3 95:14 100:9 100:18 133:
13
**Woods**
[6] 82:11 97:6 98:22 99:18 104:18 130:15
**Word**
[1] 111:13
**Words**
[6] 47:6 53:8 90:21 93:21 105:5 110:1
**Worker**
[1] 114:5
**Worker's**
[4] 22:7 22:14 65:13 124:2
**Workmen's**
[1] 61:11
**Works**
[5] 15:18 16:8 117:6 117:19 118:21
**Worse**
[2] 6:20 77:7
**Worst**
[2] 73:10 74:6
**Wound**
[2] 45:2 54:22
**Wreck**
[1] 39:10
**Wrecker**
[2] 119:11 119:12
**Write**
[16] 29:12 29:15 33:9 41:1 41:5 70:21 74:9 74:
18 84:19 84:19 100:20 101:2 101:8 101:9 101:
12 101:15
**Writing**
[1] 135:11
**Written**
[1] 35:18
**Wrote**
[3] 45:9 117:12 130:4

## X

**X-rays**
[1] 79:21

## Y

**Y'all**
[10] 12:15 12:17 39:13 86:2 86:19 89:4 89:14
90:2 90:16 91:15
**Yard**
[2] 21:22 21:23
**Yards**
[1] 45:4
**Year**
[16] 11:1 11:22 11:22 15:21 45:17 85:7 86:10
87:20 88:13 88:20 88:22 90:2 103:18 103:20
106:14
**Years**
[46] 12:16 15:6 24:16 24:21 28:20 28:22 30:1
30:1 31:4 33:18 33:19 33:23 39:12 42:6 42:8 42:
17 42:19 43:3 43:11 43:13 46:14 46:16 47:5 47:
8 47:11 47:16 48:21 49:8 49:15 49:17 52:9 60:
20 66:5 73:2 75:19 86:13 86:16 103:3 107:12
107:13 107:23 109:6 128:12 129:8 129:20 133:1
**Yesterday**
[1] 104:4
**Yourself**
[2] 125:10 126:19

## Z

**Zero**
[1] 73:14