**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

ELEPHONE (334) 954-3600

January 17, 2005

# NOTICE OF CORRECTION

FROM:   Clerk's Office

Case Style:   Blair v. Johnson et al

Case No.:   2:05cv944-F
              Document 8 Answer by Don Kelly

This Notice of Correction was filed in the referenced case this date to replace the pdf document which contains a signed Certificate of Service page.