IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CRYSTAL JAMES BLAIR, | § | |
| Individually and as mother and | § | |
| next friend of F. M., a | § | |
| Minor, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No.2:05-cv-944-F |
| | § | |
| DANIEL A. JOHNSON, an individual, | § | |
| and DON KELLY, an individual | § | |
| d/b/a DON KELLY CO., | § | |
| | § | |
| Defendants. | § | |

**DEFENDANT'S FIRST SET OF INTERROGATORIES AND
REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFFS**

COMES NOW, Defendant, Don Kelly, an individual and d/b/a Don Kelly Co., and propounds the following Interrogatories and Request for Production of Documents to the Plaintiff as follows:

1. Please state your full name (and any other names you have ever gone by), current residence address, date of birth, and Social Security number.

2. Please state the name and address of each employer you have had within the past ten years, and for each, state the following:

    a. Your job title;

    b. Your rate of pay or salary;

    c. Your reason for leaving that employment.

3. Please state the name, address, and telephone number of every doctor or

        hospital that has treated you or examined you for any reason (except the accident made the basis of this lawsuit) within the last ten years, and for each, state the following:

    a.     The reason for treatment;

    b.     The dates of treatment;

    c.     The results of treatment.

4.     Please state the name of each and every doctor or hospital that has treated you or examined you for injuries sustained in the accident in question, and for each, please state the following:

    a.     The address and telephone number;

    b.     The dates of treatment;

    c.     The treatment provided;

    d.     Please submit copies of any bills rendered by said medical professionals;

    e.     Please state the amount of any and all charges made by said professionals;

5.     With respect to each charge, please state whether or not any third party payor has paid the bill or any portion of it, and if so, please state:

    a.     The name of the third party payor along with the payor's address,

    b.     The amount of the payment made, and

    c.     Whether or not the payor is subrogated to the benefits herein, or has made such a claim.

6. Please state whether or not you claim lost income as a result of this accident, and if so, please state the following:

    a. The name of your employer at the time of the accident and the employer's address and telephone number;

    b. Your rate of pay or salary at the time of the accident;

    c. The amount of time you missed from work as a result of the accident;

    d. Whether or not you will miss work in the future;

    e. The amount of past income lost; please fully describe the method of computation along with all facts assumed in computation;

    f. The amount of any future income you think you will lose, and describe the method of computation, along with all facts assumed in the computation;

    g. Please attach a copy of your state and federal income tax returns for the last five years;

    h. Whether or not you received or were eligible to receive disability income as a result of this accident. If received, state the amount received and the duration of payments.

7. Please state the name of each and every witness you know of to the alleged accident in question and for each, please state the following:

    a. Address;

    b. Telephone number;

    c. The substance of knowledge of said witness.

8. Please state the name, address, and telephone number of each and every expert witness you intend to call at the trial of this cause and for each, please state the following:

    a. Qualifications;

    b. Opinions of said witness;

    c. The facts upon which that opinion is based.

9. Please state the name of each and every witness you intend to call at the trial of this cause.

10. Please produce copies of any statement or other documents obtained by you or on your behalf from any person concerning this incident.

11. Please provide copies of any photographs or video taken of you or any part of your body or the scene of this alleged accident, subsequent to the date of the accident.

12. Was an inspection made of the alleged accident scene by you or by anyone on your behalf subsequent to the accident? If your answer is affirmative, please provide the following:

    a. Name of the person who conducted the inspection;

    b. Address or whereabouts of said person;

    c. The telephone number of said person;

    d. The result of said inspection.

13. Please state whether or not you claim property damage as a result of this alleged incident. If so, please state the following:

  a. The property damaged;

  b. The value of the property before being damaged;

  c. The value of the property after being damaged;

  d. The type of damage sustained by the property.

14. Do you understand that your answers to the Interrogatories are given under oath and may possibly be used as evidence in this matter?

15. Do you understand that you have a duty to supplement your answers when possible?

           Respectfully submitted,

           /s/ Michael Anthony Shaw
           MICHAEL ANTHONY SHAW (SHAWM3536)
           Nix Holtsford Gilliland Higgins & Hitson, P.C.
           29000 US Highway 98
           Suite A-302
           Daphne, Alabama 36526

**OF COUNSEL:**

*NIX HOLTSFORD GILLILAND*
  *HIGGINS & HITSON, P.C.*
29000 U.S. Highway 98
Suite A-302
Daphne, Alabama 36526
(251)447-0234

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have this the 16th day of May, 2006, mailed, postage prepaid, an exact copy of the foregoing document to:

Wesley L. Laird, Esq.
LAIRD, BAKER & BLACKSTOCK
501 North Main Street
Opp, Alabama 36467

                                              /s/ Michael Anthony Shaw
                                              **OF COUNSEL**