## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **CRYSTAL JAMES BLAIR, as** | § | |
| **mother and next friend of F.M.,** | § | |
| **a minor,** | § | |
| | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CASE NO. 2:05-cv-944-F** |
| | § | |
| **DANIEL A. JOHNSON, et al.,** | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

## JOINT MOTION TO MODIFY THE UNIFORM SCHEDULING ORDER

COMES NOW, the plaintiff and defendant in the above-referenced matter and respectfully request to modify the uniform scheduling order.  In support of said motion these parties would show unto this Honorable Court as follows:

1.    The parties have been attempting to complete discovery in good faith.

2.    One of the defendants in this matter suffered a stroke causing a delay in the discovery process and necessitating this motion.

3.    All parties agree in this request to amend the uniform scheduling order by continuing all dates, including trial, by ninety (90) days.

WHEREFORE, premises considered, the plaintiff and defendants respectfully request that this Honorable Court modify the uniform scheduling order by continuing all dates contained in said order by ninety (90) days.

 s/WESLEY L. LAIRD

Wesley L. Laird(LAI005)

Attorney for the Plaintiff

ASB-1956-A41W

Laird, Baker, & Blackstock, LLC

501 North main Street

Opp, Alabama 36467

334-493-9716


/s/ Michael Anthony Shaw

MICHAEL ANTHONY SHAW (SHAWM3536)

Attorney for Defendant

Nix, Holtsford, Gilliland, Higgins, & Hitson, P.C.

29000 U.S. Highway 98

Suite A-302

Daphne, Alabama 36526

251-447-0234