IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CRYSTAL JAMES BLAIR, as mother and next friend of F.M., a minor, | )<br>)<br>) |
| Plaintiff, | ) |
| v. | )  CASE NO. 2:05-cv-944-F |
| DANIEL A. JOHNSON, *et al.*, | )<br>) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the Joint Motion to Modify the Uniform Scheduling Order (Doc. #15) filed on May 31, 2006, it is hereby

ORDERED that the motion is GRANTED. The Uniform Scheduling Order dated November 18, 2005 is VACATED.

DONE this the 7th day of June, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE