IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CRYSTAL JAMES BLAIR, as mother and next friend of F.M., a minor,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL A. JOHNSON, et al.,<br><br>Defendants. | §§§§§§§§§§§§§§ CASE NO. 2:05-cv-944-F |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW, the Plaintiff, Crystal James Blair, individually and as mother and next of friend to Franklin Moose and the Defendants, Daniel A. Johnson, Don Kelley, individually d/b/a Don Kelley Co. and their insurer, Progressive Preferred Insurance Company by and through undersigned counsel, having settled all claims that were or could have been asserted by or on behalf of the plaintiff against the said defendants, and stipulates to the dismissal, **with prejudice**, of this action and of any and all claims which the plaintiff may have against defendants. The parties to bear their own costs.

Dated this 27th day of December, 2006.

Respectfully submitted,

_____
KENNETH A. HITSON, JR. (HIT002)
MICHAEL ANTHONY SHAW (SHA065)
JOHN W. BELL (BELL050)
Attorneys for Defendants, Daniel A. Johnson,
Don Kelley, individually d/b/a Don Kelley Co.
and Progressive Preferred Insurance Company

**OF COUNSEL:**

Nix, Holtsford, Gilliland
      Higgins & Hitson, P.C.
29000 U.S. Highway 98;
Suite A-302
Daphne, Alabama 36526
(251)447-0234

_____
Wesley L. Laird, Esq.
*Attorney for Plaintiff, Crystal James Blair, individually and as mother and next friend of Franklin Moose*

**OF COUNSEL:**

Laird, Baker, & Blackstock, LLC
501 North main Street
Opp, Alabama 36467