IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CRYSTAL JAMES BLAIR, as mother and next friend of F.M., a minor,<br><br>     Plaintiff,<br><br>v.<br><br>DANIEL A. JOHNSON, *et al.*,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)    CASE NO. 2:05-cv-944-F<br>)<br>)<br>)<br>) |

# **FINAL JUDGMENT**

Pursuant to the Joint Stipulation for Dismissal With Prejudice (Doc. #19) filed by the parties on December 28, 2006, it is

ORDERED and ADJUDGED that this case is DISMISSED in its entirety with prejudice, each party to bear their own costs and expenses.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 4th day of January, 2007

                                               /s/ Mark E. Fuller
                                   CHIEF UNITED STATES DISTRICT JUDGE